MICHAEL A. JACOBS (BAR NO. 111664)
Email: MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

RUDY Y. KIM (BAR NO. 199426)
Email: RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No. 14-CV-04908-EMC |
| Plaintiff, | **EXHIBIT A TO [DKT. 17-1] DECLARATION OF JEFF TRUE IN SUPPORT OF PALO ALTO NETWORK'S OPPOSITION TO FINJAN'S MOTION FOR ENTRY OF DEFAULT, OR ALTERNATIVELY, UNOPPOSED APPLICATION TO SET ASIDE DEFAULT** |
| v. | |
| PALO ALTO NETWORKS, INC., | |
| Defendant. | |
| | Judge:  Honorable Edward M. Chen |

# Exhibit A

| | |
|---|---|
| **From:** | Andre, Paul |
| **To:** | Jeff True |
| **Cc:** | Julie Mar-Spinola; Andre, Paul |
| **Subject:** | RE your voicemail |
| **Date:** | Tuesday, December 02, 2014 6:24:24 PM |

Jeff,

I just got back in my office and received your voicemail.  Because your response to the complaint was due yesterday and we had not heard anything from PAN, we filed an application for entry of default by clerk earlier today.  Given your voicemail this afternoon, we will not oppose your counsel's request to set aside a default if one is entered and we will also grant PAN a 30 day extension to respond to the complaint.

I have copied Finjan's VP of legal, Julie Mar-Spinola, on this email, so please feel free to contact her directly if you would like to discuss the matter with her.

Let me know if you have any question.

Paul Andre

**Paul Andre** | Partner
**T:** 650-752-1710 **F:** 650-752-1810 **E:** PAndre@KRAMERLEVIN.com
Kramer Levin Naftalis & Frankel LLP | 990 Marsh Road | Menlo Park, California 94025
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.