1  MICHAEL A. JACOBS (BAR NO. 111664)
   Email: MJacobs@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
4  Facsimile:  (415) 268-7522

5  RUDY Y. KIM (BAR NO. 199426)
   Email: RKim@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California 94304-1018
   Telephone:  (650) 813-5600
8  Facsimile:   (650) 494-0792

9  Attorneys for Defendant
   PALO ALTO NETWORKS, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

15 FINJAN, INC.,                    Case No.   3:14-CV-04908-EMC

16        Plaintiff,                **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

17        v.

18 PALO ALTO NETWORKS, INC.,        Judge:  Honorable Edward M. Chen

19        Defendant.

20

21      Pursuant to N.D. Cal. Civil Local Rule 6-1(a), plaintiff Palo Alto Networks, Inc. ("PAN")
22 and defendant Finjan, Inc. ("Finjan"), by their undersigned attorneys, stipulate to an extension of
23 time for PAN to respond to Finjan's complaint filed on November 4, 2014 and served on PAN on
24 November 7, 2014.  PAN shall have up to and including December 31, 2014 to respond to
25 Finjan's complaint.

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:14-CV-04908-EMC
sf-3485335

**IT IS SO STIPULATED.**

Dated: December 8, 2014    MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
MICHAEL A. JACOBS

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

Dated: December 8, 2014    KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: */s/ Paul J. Andre*
PAUL J. ANDRE

Attorneys for Plaintiff
FINJAN, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with Local Rule 5-1(i), I hereby attest that Paul J. Andre has concurred in this filing.

Dated: December 8, 2014    */s/ Michael A. Jacobs*
Michael A. Jacobs

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The time for PAN to respond to Finjan's complaint shall be extended to December 31, 2014.

Dated: 12/9/14

HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 3:14-CV-04908-EMC
sf-3485335

2