1   MICHAEL A. JACOBS (BAR NO. 111664)        PAUL ANDRE (State Bar No. 196585)
    Email: MJacobs@mofo.com                   pandre@kramerlevin.com
2   MORRISON & FOERSTER LLP                    LISA KOBIALKA (State Bar No. 191404)
    425 Market Street                          lkobialka@kramerlevin.com
3   San Francisco, California 94105-2482       JAMES HANNAH (State Bar No. 237978)
    Telephone: (415) 268-7000                  jhannah@kramerlevin.com
4   Facsimile: (415) 268-7522                  KRAMER LEVIN NAFTALIS & FRANKEL
                                               LLP
5   RUDY Y. KIM (BAR NO. 199426)               990 Marsh Road
    Email: RKim@mofo.com                       Menlo Park, CA  94025
6   MORRISON & FOERSTER LLP                    Telephone:  (650) 752-1700
    755 Page Mill Road                         Facsimile:  (650) 752-1800
7   Palo Alto, California 94304-1018
    Telephone:  (650) 813-5600                 Attorneys for Plaintiff
8   Facsimile:  (650) 494-0792                 FINJAN, INC.

9   Attorneys for Defendant
    PALO ALTO NETWORKS, INC.
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15   FINJAN, INC.,                             Case No.    3:14-CV-04908-EMC

16                  Plaintiff,                 **STIPULATION AND
                                               [PROP~~OS~~ED] ORDER
17        v.                                   REQUESTING RESCHEDULING
                                               OF CASE MANAGEMENT
18   PALO ALTO NETWORKS, INC.,                 CONFERENCE**

19                  Defendant.                 Judge:  Honorable Edward M. Chen

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rule 16-2(e), plaintiff Finjan, Inc. ("Plaintiff") and defendant Palo
2   Alto Networks, Inc. ("PAN") (collectively, "the Parties"), by and through their respective
3   counsel, stipulate to the following request to change the date of the Initial Case Management
4   Conference:
5   WHEREAS, the Initial Case Management Conference was set by the Court for February
6   19, 2015 (Dkt. No. 23);
7   WHEREAS, pursuant to Civil Local Rule 16-2(e), the parties may file a stipulation
8   requesting an order changing the date of the Initial Case Management Conference;
9   WHEREAS, lead counsel for PAN, Mr. Michael Jacobs, has a preexisting scheduling
10  conflict on February 19, 2015, due to international travel, and therefore he is not available for the
11  Initial Case Management Conference as currently scheduled;
12  WHEREAS, subject to the Court's approval, the parties stipulate to continue the Initial
13  Case Management Conference to March 12, 2015, at 9:30 a.m.;
14  WHEREAS, the parties agree that all other deadlines in the schedule shall remain the
15  same as if the Initial Case Management Conference were held on February 19, 2015, including
16  the deadline for the parties' conference pursuant to Fed. R. Civ. P. 26(f), the deadline for the
17  parties' Joint Case Management Statement pursuant to Civil Local Rule 16-9, and the deadlines
18  set forth under the Patent Local Rules;
19  WHEREAS, the parties have not requested any prior time modifications affecting the
20  Initial Case Management Conference in this case; and
21  WHEREAS, the parties are not seeking any modification of other deadlines, and the
22  requested continuance should not have any material effect on the schedule for the case;
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION & PROPOSED ORDER TO CONTINUE CMC
CASE NO. 3:14-CV-04908-EMC
sf-3494803

2

1    NOW THEREFORE, the Parties hereby stipulate and request that the Initial Case

2    Management Conference currently scheduled for February 19, 2015 be continued to March 12,

3    2015, at 9:30 a.m.

4    **IT IS SO STIPULATED.**

5    Dated: January 16, 2015                        MORRISON & FOERSTER LLP

6

7                                                   By:  /s/ Michael A. Jacobs
                                                        MICHAEL A. JACOBS
8
                                                        Attorneys for Defendant
9                                                       PALO ALTO NETWORKS, INC.

10

11   Dated: January 16, 2015                        KRAMER LEVIN NAFTALIS & FRANKEL
                                                    LLP
12

13

14                                                  By:  /s/ Paul J. Andre
                                                        PAUL J. ANDRE
15
                                                        Attorneys for Plaintiff
16                                                      FINJAN, INC.

17

18

19

20

21

22

23

24

25

26

27

28

1

# ~~PROPOS~~ED ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

     The Initial Case Management Conference in this case is hereby continued from February

4

19, 2015 at 9:30 a.m. to March 12, 2015 at 9:30 a.m.   Joint CMC Statement due March 5, 2015.

5

6

7

DATED: January _____20____, 2015

8

                                           _____

The Honorable Edward M. Chen
United States District Court Judge

9

10

IT IS SO ORDERED
AS MODIFIED

11

Judge Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & PROPOSED ORDER TO CONTINUE CMC
CASE NO. 3:14-CV-04908-EMC
sf-3494803

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTESTATION</u>**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this document.  I hereby attest that Paul J. Andre concurs in this filing.


Dated:  January 16, 2015                        _____ /s/ *Michael A. Jacobs*
                                                                Michael A. Jacobs