PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

MICHAEL A. JACOBS (SBN 111664)
mjacobs@mofo.com
EMILY FRIESEN REGIER (SBN 281871)
eregier@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

RUDY Y. KIM (SBN 199426)
rkim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

NICOLE M. SMITH (SBN 189598)
nsmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Blvd.
Los Angeles, CA  90017
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 14-cv-04908-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION** |

## **RECITALS**

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and 16-2(e), Plaintiff Finjan, Inc. and Defendant Palo Alto Networks, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the deadline to complete mediation in this matter:

WHEREAS, on January 30, 2015, the Court granted the Parties' stipulation to select mediation as the Alternative Dispute Resolution ("ADR") process, with a presumptive deadline of April 30, 2015 (Dkt. No. 37);

WHEREAS, on February 19, 2015, the Court appointed Vicki Veenker as Mediator by ADR Clerk's Notice (Dkt. No. 40);

WHEREAS, on March 10, 2015, the Parties attended an ADR Phone Conference with Ms. Veenker;

WHEREAS, during the ADR Phone Conference, the Parties agreed that it would be beneficial to extend the deadline to complete mediation in this matter from the current deadline of April 30, 2015 to August 31, 2015;

WHEREAS, Ms. Veenker agreed with the Parties on such an extension; and

WHEREAS, the requested extension of time should not have any material effect on the schedule in this case.

# STIPULATION

NOW THEREFORE, the Parties hereby stipulate and request that the deadline to complete mediation in this matter be extended to August 31, 2015.

Respectfully submitted,

Dated: March 16, 2015

By: */s/ Paul J. Andre*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Counsel for Plaintiff*
FINJAN, INC.

Respectfully submitted,

By: */s/ Rudy Y. Kim*
Rudy Y. Kim (SBN 199426)
Michael A. Jacobs (SBN 111664)
Emily Friesen Regier (SBN 281871)
Nicole M. Smith (SBN 189598)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
rkim@mofo.com
mjacobs@mofo.com
eregier@mofo.com
nsmith@mofo.com

*Counsel for Defendant*
PALO ALTO NETWORKS, INC.

2

JOINT STIPULATION AND [PROPOSED] ORDER                         CASE NO. 14-cv-04908-EMC
EXTENDING THE DEADLINE TO COMPLETE MEDIATION

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

>  */s/ Paul J. Andre*
> Paul J. Andre

Case 4:14-cv-04908-PJH   Document 47   Filed 03/19/15   Page 5 of 5

**[PRO~~POS~~ED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for the Parties to complete mediation in this matter is extended from April 30, 2015 to August 31, 2015. Further CMC reset for September 24, 2015 at 10:30 a.m. An updated joint CMC statement shall be filed by September 17, 2015.

Dated: March 19, 2015



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen