1   MICHAEL A. JACOBS (BAR NO. 111664)      PAUL ANDRE (BAR NO. 196585)
    Email: MJacobs@mofo.com                 Email:  pandre@kramerlevin.com
2   MORRISON & FOERSTER LLP                 LISA KOBIALKA (BAR NO. 191404)
    425 Market Street                       Email:  lkobialka@kramerlevin.com
3   San Francisco, California  94105-2482   JAMES HANNAH (BAR NO. 237978)
    Telephone:      (415) 268-7000          Email:  jhannah@kramerlevin.com
4   Facsimile:      (415) 268-7522          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            990 Marsh Road
5   RUDY Y. KIM (BAR NO. 199426)            Menlo Park, CA 94025
    Email: RKim@mofo.com                    Telephone: (650) 752-1700
6   MORRISON & FOERSTER LLP                 Facsimile: (650) 752-1800
    755 Page Mill Road
7   Palo Alto, California 94304-1018        Attorneys for Plaintiff
    Telephone:      (650) 813-5600          FINJAN, INC.
8   Facsimile:      (650) 494-0792

9   Attorneys for Defendant
    PALO ALTO NETWORKS, INC.
10

11                  **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                         **OAKLAND DIVISION**

14

15   FINJAN, INC.,                              CASE NO. 4:14-CV-04908-PJH

16                  Plaintiff,

17          v.                                  **[PROPOSED]** **ORDER
                                                RESCHEDULING CASE
18   PALO ALTO NETWORKS, INC.,                  MANAGEMENT CONFERENCE**

19                  Defendant.                  Judge:  Phyllis J. Hamilton

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. 4:14-CV-04908-PJH
la-1301547

1    Having considered the Joint Stipulation of Palo Alto Networks, Inc. and Finjan, Inc. to

2    Reschedule Case Management Conference, the case management conference in this matter set for

3    November 5, 2015 is hereby rescheduled to December 3, 2015, at 2:00 p.m., with the joint case

4    management statement due November 25, 2015.

5

6    IT IS SO ORDERED.

7

8    Dated:  October 26, 2015

9    _____
     THE HONORABLE PHYLLIS J. HAMILTON

10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE            1
CASE NO. 4:14-CV-04908-PJH
la-1301547