PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

MICHAEL A. JACOBS (BAR NO. 111664)
Email: MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (BAR NO. 199426)
Email: RKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>  Plaintiff,<br><br> v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>  Defendant. | Case No.: 4:14-CV-004908-PJH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Palo Alto Networks, Inc. ("PAN") (collectively, "the Parties"), by and through their respective counsel, respectfully submit the following stipulation to stay the case pending a decision by the United States Patent and Trademark Office's Patent Trial and Appeal Board (the "PTAB") concerning whether to institute an inter partes review ("IPR") pursuant to petitions for IPR submitted by PAN on the patents asserted in this action:

WHEREAS, on November 4, 2014, Finjan filed the complaint in this action alleging that PAN infringes ten patents, specifically, U.S. Patent Nos. 6,804,780 ("the '780 Patent"); 6,965,968 ("the '968 Patent"); 7,058,822 ("the '822 Patent"); 7,418,731 ("the '731 Patent"); 7,613,918 ("the '918 Patent"); 7,613,926 ("the '926 Patent"); 7,647,633 ("the '633 Patent"); 8,141,154 ("the '154 Patent"); 8,225,408 ("the '408 Patent") and 8,677,494 ("the '494 Patent") (collectively, the "Asserted Patents") (Dkt. No. 1);

WHEREAS, in September and November 2015, PAN filed with the PTAB thirteen (13) petitions for IPR of the Asserted Patents (the "IPR Petitions"), as summarized in the chart below:

| Patent No. | IPR Filing Date | IPR Case No. |
|---|---|---|
| '780 Patent | November 6, 2015 | IPR2016-00165 |
| '968 Patent | November 5, 2015 | IPR2016-00149 |
| | November 5, 2015 | IPR2016-00150 |
| '822 Patent | September 30, 2015 | IPR2015-01999 |
| '731 Patent | September 30, 2015 | IPR2015-02000 |
| '918 Patent | November 6, 2015 | IPR2016-00164 |
| '926 Patent | November 4, 2015 | IPR2016-00145 |
| '633 Patent | September 30, 2015 | IPR2015-01974 |
| '154 Patent | September 25, 2015 | IPR2015-01979 |
| | November 5, 2015 | IPR2016-00151 |
| '408 Patent | September 30, 2015 | IPR2015-02001 |
| | November 6, 2015 | IPR2016-00157 |
| '494 Patent | November 6, 2015 | IPR2016-00159 |

WHEREAS, on November 30, 2015, PAN filed a motion to stay the case pending resolution on

1

the merits of the IPR Petitions (Dkt. No. 63) ("Motion to Stay");

WHEREAS, the parties had an Initial Case Management Conference ("CMC") with the Court on December 3, 2015, during which the parties agreed to submit to this Court a Stipulated Order regarding the Motion to Stay based on the discussions with the Court at the CMC;

WHEREAS, the Court grants PAN's Motion to Stay in part and denies it in part, as set forth below;

WHEREAS, the Court grants the Motion to Stay in part to the extent that the case and all pending deadlines (including deadlines under the Patent Local Rules) are stayed until the last decision by the PTAB is issued concerning whether to institute IPR pursuant to PAN's IPR Petitions;

WHEREAS, the parties agree to file a joint status report within seven (7) days of the issuance of the PTAB's last decision concerning whether to institute IPR pursuant to PAN's IPR Petitions;

WHEREAS, the parties agree that the joint status report should include the parties' respective positions on next steps for the litigation, including whether the stay should be lifted or continued based on the PTAB's decisions and the circumstances at that point in time;

WHEREAS, PAN's motion in the alternative pursuant to Federal Rule of Civil Procedure 12(c) for partial judgment on the pleadings to dismiss Finjan's complaint with respect to the '780 and '494 Patents under 35 U.S.C. §101 (Dkt. No. 63) is withdrawn.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 9, 2015          By: */s/ Paul J. Andre*
                                      Paul Andre (State Bar. No. 196585)
                                      Lisa Kobialka (State Bar No. 191404)
                                      James Hannah (State Bar No. 237978)
                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                      990 Marsh Road
                                      Menlo Park, CA 94025
                                      Telephone: (650) 752-1700
                                      Facsimile: (650) 752-1800
                                      pandre@kramerlevin.com
                                      lkobialka@kramerlevin.com
                                      jhannah@kramerlevin.com

                                      *Attorneys for Plaintiff*
                                      FINJAN, INC.


Respectfully submitted,

DATED: December 9, 2015          By: */s/ Rudy Y. Kim*
                                      MICHAEL A. JACOBS (BAR NO. 111664)
                                      Email: MJacobs@mofo.com
                                      MORRISON & FOERSTER LLP
                                      425 Market Street
                                      San Francisco, California 94105-2482
                                      Telephone:     (415) 268-7000
                                      Facsimile: (415) 268-7522

                                      RUDY Y. KIM (BAR NO. 199426)
                                      Email: RKim@mofo.com
                                      MORRISON & FOERSTER LLP
                                      755 Page Mill Road
                                      Palo Alto, California 94304-1018
                                      Telephone:     (650) 813-5600
                                      Facsimile: (650) 494-0792

                                      *Attorneys for Defendant*
                                      PALO ALTO NETWORKS, INC.

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                        */s/ Paul J. Andre*
                                          Paul J. Andre

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December _9_, 2015                             

                                                          The Honorable Phyllis J. Hamilton