1  Juanita R. Brooks (CA SBN 75934)
   brooks@fr.com
2  FISH & RICHARDSON P.C.
   12860 El Camino Real, Ste. 400
3  San Diego, CA 92130
4  Telephone: (858) 678-5070 / Fax: (858) 678-5099

5  Attorneys for Plaintiff,
   FINJAN, INC.
6

7  Michael A. Jacobs (CA SBN 111664)
   MJacobs@mofo.com
8  Matthew A. Chivvis (CA SBN 251325)
   MChivvis@mofo.com
9  Diek O. Van Nort (CA SBN 273823)
   DVanNort@mofo.com
10 MORRISON & FOERSTER LLP
   425 Market Street
11 San Francisco, California 94105-2482
12 Telephone: (415) 268-7000/Fax: (415) 268-7522

13 Attorneys for Defendant,
   PALO ALTO NETWORKS, INC.
14

15 *[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>      Defendant. | Case No. 14-cv-04908-PJH<br><br>**JOINT STATEMENT REGARDING NEXT STEPS IN THE LITIGATION**<br><br>Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |

Case No. 14-cv-04908-PJH

Plaintiff Finjan LLC (f/k/a Finjan, Inc.)[1] ("Finjan") and Defendant Palo Alto Networks, Inc. ("PAN") submit this Joint Statement Regarding Next Steps in the Litigation pursuant to the Court's December 30, 2020 Order, in which the Court directed the parties to file a "joint statement outlining their proposed next steps."  Dkt. No. 81 at 1.

In view of the final determinations and exhausted appeals for PAN's IPRs (*see* Dkt. No. 79), the parties request the Court to lift the stay and set this matter for a Case Management Conference on February 18, 2021, or later, subject to the convenience of the Court's calendar, with a new Joint Case Management Statement due not less than seven (7) days before the conference.

Dated:  January 20, 2021

Respectfully Submitted,

By:  */s/ Juanita R. Brooks*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff FINJAN, INC.

Respectfully Submitted,

By:  */s/ Colette Reiner Mayer*
Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Diek O. Van Nort (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

---

[1] On July 31, 2020, Plaintiff represents that Finjan, Inc.'s parent, Finjan Holdings, was acquired, and Plaintiff was converted from a Delaware Corporation to a Delaware Limited Liability Company.  As a result, Plaintiff Finjan, Inc. changed its name to Finjan LLC., although Finjan's management team has not changed.  Finjan will be filing a motion and proposed order to request that the Court amend the caption for this case due to Finjan's name change.  Finjan will also be filing certification of interested parties to reflect the name change.

Rudy Y. Kim (CA SBN 99426)
RudyKim@mofo.com
Colette Reiner Mayer (CA SBN 263630)
CRMayer@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600/Fax: (650) 494-0792


Attorneys for Defendant
PALO ALTO NETWORKS, INC.

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Juanita R. Brooks*
Juanita R. Brooks

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 20, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

                                               */s/ Juanita R. Brooks*
                                               Juanita R. Brooks