UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br>        Plaintiff,<br><br>        v.<br><br>PALO ALTO NETWORKS, INC.,<br>        Defendant. | Case No. 14-cv-04908-PJH<br><br>**ORDER LIFTING STAY AND SETTING THIS MATTER FOR CMC ON MARCH 18, 2021**<br><br>Re: Dkt. No. 83 |

The court is in receipt of the parties' joint statement regarding next steps in the litigation. Dkt. 83. In it, they propose lifting the litigation stay entered by the court on May 26, 2016 (Dkt. 69) and setting the action for a case management conference. Id. at 2.

The court agrees. Accordingly, the court **ORDERS** its prior stay lifted. The court also sets this matter for a case management conference on **March 18, 2021 at 2:00 pm**. At least seven days before the conference, the parties must also file a joint case management statement. In it, they must address each of the items listed in the "Standing Order For All Judges of the Northern District -- Contents of Joint Case Management Statement." Counsel can find the standing order on the court's website.

**IT IS SO ORDERED.**

Dated: January 25, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge