Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Susan Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Attorneys for Plaintiff,
FINJAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | Case No. 14-cv-04908-PJH |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR FINJAN, INC.** |
| v. | |
| PALO ALTO NETWORKS, INC., | Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Finjan LLC (formerly known as Finjan, Inc.) has retained Fish & Richardson P.C. to substitute as lead counsel and to replace Kramer Levin Naftalis & Frankel LLP in the above-captioned matter.

All pleadings, orders, and notices should henceforth also be served upon the following substituted counsel for Plaintiff Finjan.

Juanita R. Brooks (CA SBN 75934), brooks@fr.com
Roger A. Denning (CA SBN 228998), denning@fr.com
Frank J. Albert (CA SBN 247741), albert@fr.com
K. Nicole Williams (CA SBN 291900), nwilliams@fr.com
Jared A. Smith (CA SBN 306576), jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038), terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*), kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*), jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Phone: (404) 892-5005 / Fax: (404) 892-5002

Phillip W. Goter (*Pro Hac Vice*), goter@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN  55402
Phone: (612) 335-5070 / Fax: (612) 288-9696

Susan E. Morrison (*Pro Hac Vice*), morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Phone: (302) 652-5070 / Fax: (302) 652-0607

Tracea Rice (*Pro Hac Vice*), trice@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave. Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070 / Fax: (202) 783-2331

| | |
|---|---|
| Dated: February 17, 2021 | Respectfully Submitted,<br><br>By:  /s/ Roger A. Denning<br>Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Jared A. Smith (CA SBN 306576)<br>jasmith@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Ste. 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070 / Fax: (858) 678-5099<br><br>Susan E. Morrison (*Pro Hac Vice*)<br>morrison@fr.com<br>FISH & RICHARDSON P.C.<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Telephone: (302) 652-5070 / Fax: (302) 652-0607<br><br>Attorneys for Plaintiff FINJAN, INC. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 17, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Roger A. Denning
　　　　　　　　　　　　　　　　　　　　　　　　　Roger A. Denning (SBN 228998)