1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No. 14-cv-04908-PJH<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF FINJAN, INC.'S SUBSTITUTION OF COUNSEL**<br><br>Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |

1  Having reviewed and considered Plaintiff Finjan, Inc.'s ("Finjan") Notice of Change in
2  Counsel (Dkt. No. 93) and Finjan's Notice of Substitution of Counsel, and good cause appearing,
3  the Court hereby Orders, pursuant to Local Rule 11-5(a), that Paul J. Andre, Lisa Kobialka, James
4  Hannah, and Benu Wells of Kramer Levin Naftalis & Frankel LLP be permitted to withdraw as
5  counsel of record, and Juanita R. Brooks, Roger A. Denning, Frank J. Albert, K. Nicole Williams,
6  Jared A. Smith, Tucker N. Terhufen, Aamir Kazi, Lawrence Jarvis, Phillip W. Goter, Susan E.
7  Morrison, and Tracea Rice of Fish & Richardson P.C. may be substituted as counsel of record for
8  Finjan, Inc.  The Court's ECF should be updated to reflect these changes.

10  **IT IS SO ORDERED.**

12  Dated:  February 25, 2021

   Hon. Phyllis J. Hamilton
   United States District Court Judge