| | |
|---|---|
| 1 | Juanita R. Brooks (CA SBN 75934) / brooks@fr.com |
| 2 | Roger A. Denning (CA SBN 228998) / denning@fr.com |
|   | Frank J. Albert (CA SBN 247741) / albert@fr.com |
| 3 | K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com |
|   | Jared A. Smith (CA SBN 306576) / jasmith@fr.com |
| 4 | Tucker Terhufen (CA SBN 311038) / terhufen@fr.com |
|   | FISH & RICHARDSON P.C. |
| 5 | 12860 El Camino Real, Ste. 400 |
|   | San Diego, CA 92130 |
| 6 | Telephone: (858) 678-5070 / Fax: (858) 678-5099 |
| 7 | |
|   | Susan Morrison (Pro Hac Vice) / morrison@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 222 Delaware Avenue, 17th Floor |
| 9 | P.O. Box 1114 |
|   | Wilmington, DE 19801 |
| 10 | Telephone: (302) 652-5070 / Fax: (302) 652-0607 |
| 11 | Additional counsel listed on signature page |
| 12 | *Attorneys for Plaintiff FINJAN LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FINJAN, INC., | | Case No. 14-cv-04908-PJH |
| Plaintiff, | | **PLAINTIFF FINJAN LLC'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| v. | | |
| PALO ALTO NETWORKS, INC., | | Hon. Phyllis J. Hamilton |
| Defendant. | | Ctrm: 3, 3rd Floor |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Finjan Holdings LLC.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Finjan LLC (formerly known as Finjan, Inc.) is wholly-owned by Finjan Holdings LLC.  No publicly held corporation owns 10% or more of Finjan LLC's stock.

Dated:  March 3, 2021

Respectfully Submitted,

*/s/ Roger A. Denning*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tucker Terhufen (CA SBN 311038)
terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Phillip W. Goter (*Pro Hac Vice*)
goter@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

| | |
|---|---|
| 1 | Susan E. Morrison (*Pro Hac Vice*) |
| 2 | morrison@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 222 Delaware Ave., 17th Floor |
|   | P.O. Box 1114 |
| 4 | Wilmington, DE  19801 |
| 5 | Telephone: (302) 652-5070 / Fax: (302) 652-0607 |

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Tracea Rice (*Pro Hac Vice*)
trice@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave. Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070 / Fax: (202) 783-2331

*Attorneys for Plaintiff FINJAN LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 03, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

                                            */s/ Roger A. Denning*
                                            Roger A. Denning