UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No. 14-cv-04908-PJH |
| Plaintiff, | [PROPOSED] ORDER GRANTING FINJAN'S UNOPPOSED MOTION TO AMEND CASE CAPTION |
| v. | |
| PALO ALTO NETWORKS, INC., | |
| Defendant. | Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |

### [PROPOSED] ORDER GRANTING MOTION TO AMEND CASE CAPTION

Having read Finjan's unopposed motion, the Court HEREBY GRANTS Finjan's Motion to Amend Case Caption to change the name of Plaintiff from Finjan, Inc. to Finjan LLC.

SO ORDERED.

DATED: March 8, 2021

By: _____
Hon. Phyllis J. Hamilton
U.S. District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*