UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** March 18, 2021  (Time: 30 minutes)     **JUDGE:**  Phyllis J. Hamilton

**Case No:** 14-cv-04908-PJH
**Case Name:**  Finjan LLC v. Palo Alto Networks, Inc.

**Attorney(s) for Plaintiff:**          Roger Denning
**Attorney(s) for Defendants:**     Michael Jacobs; Collette Mayer; Diek Van Nort

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Not Reported

### PROCEEDINGS

Further Case Management Conference-Held via Zoom Webinar.  Tutorial set for 9/29/2021 at 9:00 a.m.  Claim Construction hearing will be set for 10/13/2021 or 10/14/2021 dependent on the Court's schedule. Parties shall attempt to compromise on a jointly proposed plan on narrowing the case and submit a stipulated proposal.  By the end of April 2021 plaintiff shall file the three claim construction orders in cases set for trial this year before Judge Freeman and Mag. Judge Burke in Delaware (Finjan LLC v. Sonicwall, Inc., Cisco Systems, Inc., Rapid7, Inc.) and prepare a document as to what claim construction was asserted on claims at issue in this case.

**REFERRALS:**
[X] Case referred to Magistrate Judge Nathanael Cousins for SETTLEMENT CONFERENCE within 5 months, or as soon thereafter as is convenient for the judge.

cc: chambers