Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.om
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038) / terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff,
FINJAN LLC

Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Diek O. Van Nort (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Attorneys for Defendant,
PALO ALTO NETWORKS, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>          Defendant. | Case No. 14-cv-04908-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF THREE PATENTS-IN-SUIT**<br><br>Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |

Plaintiff Finjan LLC ("Finjan") and Defendant Palo Alto Networks, Inc. ("PAN") hereby agree and stipulate:

Finjan has agreed to withdraw its claims of infringement with regard to three of the asserted patents in this case, namely U.S. Patent No. 6,965,968 (Counts III and IV of Dkt. No. 1), U.S. Patent No. 7,058,822 (Counts V and VI of Dkt. No. 1), and U.S. Patent No. 7,613,918 (Counts IX and X of Dkt. No. 1) and have those claims dismissed with prejudice.

Likewise, PAN has agreed to withdraw its counterclaims and defenses with regard to the same three patents and have those counterclaims and defenses dismissed without prejudice.

Each party shall bear its own costs and fees pertaining to the dismissed patents.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  March 26, 2021                           Respectfully Submitted,

/s/ *Roger A. Denning*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038)
terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

1                                     Case No. 14-cv-04908-PJH
Stipulation and [Proposed] Order re Dismissal of Three Patents-In-Suit

| | |
|---|---|
| 1 | Phillip W. Goter (*Pro Hac Vice*) |
| 2 | goter@fr.com |
| | FISH & RICHARDSON P.C. |
| 3 | 3200 RBC Plaza, 60 South Sixth Street |
| | Minneapolis, MN  55402 |
| 4 | Telephone: (612) 335-5070 / Fax: (612) 288-9696 |
| | Susan E. Morrison (*Pro Hac Vice*) |
| 5 | morrison@fr.com |
| | FISH & RICHARDSON P.C. |
| 6 | 222 Delaware Ave., 17th Floor |
| | P.O. Box 1114 |
| 7 | Wilmington, DE  19801 |
| 8 | Telephone: (302) 652-5070 / Fax: (302) 652-0607 |
| | |
| 9 | Tracea Rice (*Pro Hac Vice*) |
| | trice@fr.com |
| 10 | FISH & RICHARDSON P.C. |
| | 1000 Maine Ave. Ste. 1000 |
| 11 | Washington, DC 20024 |
| 12 | Telephone: (202) 783-5070 / Fax: (202) 783-2331 |

Attorneys for Plaintiff
FINJAN LLC


Respectfully Submitted,

*/s/ Colette Reiner Mayer*
Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Diek O. Van Nort (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Rudy Y. Kim (CA SBN 99426)
RudyKim@mofo.com
Colette Reiner Mayer (CA SBN 263630)
CRMayer@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600/Fax: (650) 494-0792

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eric W. Lin (*Pro Hac Vice*)
Elin@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000/Fax: (212) 468-7900


Attorneys for Defendant
PALO ALTO NETWORKS, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                */s/ Roger A. Denning*
                                                Roger A. Denning

**[PROPOSED] ORDER**

The Court, having read and considered the parties' Stipulation, and finding good cause in support thereof, hereby orders the following:

Finjan's claims for infringement of U.S. Patent No. 6,965,968 (Counts III and IV of Dkt. No. 1) are dismissed with prejudice;

PAN's counterclaims and defenses with regard to U.S. Patent No. 6,965,968 are dismissed without prejudice;

Finjan's claims for infringement of U.S. Patent No. 7,058,822 (Counts V and VI of Dkt. No. 1) are dismissed with prejudice;

PAN's counterclaims and defenses with regard to U.S. Patent No. 7,058,822 are dismissed without prejudice;

Finjan's claims for infringement of U.S. Patent No. 7,613,918 (Counts IX and X of Dkt. No. 1) are dismissed with prejudice; and

PAN's counterclaims and defenses with regard to U.S. Patent No. 7,613,918 are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 31, 2021

_____
Hon. Phyllis J. Hamilton
United States District Court Judge