# EXHIBIT A

**From:** Ivan Chaperot <ivan@finjan.com>
**Sent:** Monday, October 13, 2014 1:25 PM
**To:** Michael Ritter
**Subject:** RE: Palo Alto Networks / Finjan - Call on Mon 10/13 or Tue 10/14

Michael:

This decision is still disappointing. It has been over 1 year now and the absence of any form of protection of our confidential information is getting in the way of holding (more) substantive discussions.

I've just tried to reach you a few minutes ago. If you could return my call today (before 4:30pm) or tomorrow (before 9:30am or in the afternoon), this would be much appreciated.

Thank you,

Ivan

---

**From:** Michael Ritter [mailto:mritter@paloaltonetworks.com]
**Sent:** Monday, October 13, 2014 1:10 PM
**To:** Ivan Chaperot
**Subject:** RE: Palo Alto Networks / Finjan - Call on Mon 10/13 or Tue 10/14

Hello Ivan,

For the reasons I discussed with your team on Sept. 26th, I found the first set of claim charts deficient.. If you send me additional information, I will review it. However, I still see no reason for an NDA.

Michael

**Michael Ritter** | Associate General Counsel, Director of Intellectual Property
Palo Alto Networks® | 4401 Great America Parkway | Santa Clara, CA 95054-1211, USA
+1.408.753.3956 (office) | +1.650.576.0828 (mobile) | www.paloaltonetworks.com


paloalto networks. the enterprise security company"

---

**From:** Ivan Chaperot [mailto:ivan@finjan.com]
**Sent:** Friday, October 10, 2014 3:35 PM
**To:** Michael Ritter
**Subject:** Palo Alto Networks / Finjan - Call on Mon 10/13 or Tue 10/14

Mike:

The absence of a confidentiality agreement is now an issue for us to move forward in our discussions.

In the past, we shared detailed claim chart analysis with Palo Alto Networks without NDA. We also mentioned repeatedly that we have other analysis that we could make available - but only under NDA.

1

We don't see how entering into a NDA could arm Palo Alto Networks. Besides, regardless of your opinion of the first claim chart analysis, prudence would suggest entering into a NDA to at a minimum review this information.

This disconnect is still troubling to me and I'd like to talk on the phone with you. I am available next week on:
- Mon 10/13 after 11am and before 4pm, and
- Tue 10/14 anytime

Could you let me know what date / time works for you...

Thank you,

**Ivan Chaperot**
Finjan Holdings, Inc.
Vice President, IP Licensing
Office: 650-282-3233
Cell: 650-353-8711
E-Mail: ivan@finjan.com


This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged, subject to regulations, or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication.
This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged, subject to regulations, or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication.