Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038) / terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Susan Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Additional counsel listed on signature page*

Attorneys for Plaintiff,
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>             Defendant. | Case No. 14-cv-04908-PJH<br><br>**IDENTIFICATION OF PRIOR CLAIM CONSTRUCTIONS OF TERMS IN THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT**<br><br>Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |

Pursuant to the Court's direction during the March 18, 2021 Case Management Conference and its related Civil Minutes (Dkt. No. 106), Plaintiff Finjan LLC ("Finjan") submits the following Identification of Prior Claim Constructions of Terms in the Asserted Claims of U.S. Patent Nos. 6,804,780; 7,418,731; 7,613,926; 7,647,633; 8,141,154; 8,225,408; 8,677,494 (collectively, "Patents-In-Suit"). Pursuant to the same, Finjan attaches hereto the claim construction orders for *Finjan LLC v. SonicWall, Inc.*, Case No. 5:17-cv-04467 (N.D.Cal.) (Exhibit 1), *Finjan, LLC. v. Cisco Systems Inc.*, Case No. 5:17-cv-00072 (N.D.Cal.) (Exhibits 2-4), and *Finjan LLC v. Rapid7, Inc. et al.*, Case No. 1:18-cv-01519 (D.Del.) (Exhibit 5).[1]

Claim terms in the asserted claims of the Patents-In-Suit have been construed in the following cases:

- *Sophos, Inc. v. Finjan, Inc.*, Case No. IPR2015-00907 ("IPR2015-00907");
- *Sophos, Inc. v. Finjan, Inc.*, Case No. IPR2015-01022 ("IPR2015-01022");
- *Symantec Corp. v. Finjan, Inc.*, Case No. IPR2015-01892 ("IPR2015-01892");
- *Symantec Corp. v. Finjan, Inc.*, Case No. IPR2015-01893 ("IPR2015-01893");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2015-01974 ("IPR2015-01974");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2015-01979 ("IPR2015-01979");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2015-02000 ("IPR2015-02000");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2015-02001 ("IPR2015-02001");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2016-00145 ("IPR2016-00145");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2016-00151 ("IPR2016-00151");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2016-00157 ("IPR2016-00157");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2016-00159 ("IPR2016-00159");
- *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. IPR2016-00165 ("IPR2016-00165");
- *Cisco Systems, Inc. v. Finjan, Inc.*, Case No. IPR2017-02155 ("IPR2017-02155");

---

[1] The Court's Civil Minutes ordered Finjan to file the claim construction orders from "Finjan v. Sonicwall, Inc., Cisco Systems, Inc., Rapid7, Inc.," which Finjan has attached hereto as Exhibits 1-5. To avoid flooding the Court's docket, Finjan has not filed any of the other orders or decisions cited in this identification of prior claim constructions. But Finjan is ready to do so if the Court would find that helpful.

1. • *Cisco Systems, Inc. v. Finjan, Inc.*, Case No. IPR2018-00391 ("IPR2018-00391");
2. • *Juniper Networks, Inc. v. Finjan, Inc.*, Case No. IPR2019-00031 ("IPR2019-00031");
3. • *Juniper Networks, Inc. v. Finjan, Inc.*, Case No. IPR2019-00060 ("IPR2019-00060");
4. • *Juniper Networks, Inc. v. Finjan, Inc.*, Case No. IPR2019-00073 ("IPR2019-00073");
5. • *Finjan Software Ltd. v. Secure Computing Corporation et al.*, Case No. 1:06-cv-00369 (D.Del.) ("*Secure Computing*");
7. • *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 5:13-cv-03999 (N.D.Cal.) ("*Blue Coat I*");
9. • *Finjan, Inc. v. Proofpoint, Inc. et al.*, Case No. 4:13-cv-05808 (N.D.Cal.) ("*Proofpoint*");
10. • *Finjan, Inc. v. Sophos, Inc.*, Case No. 3:14-cv-01197 (N.D.Cal.) ("*Sophos*");
11. • *Finjan, Inc. v. Symantec Corp.*, Case No. 4:14-cv-02998 (N.D.Cal.) ("*Symantec*");
12. • *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 5:15-cv-03295 (N.D.Cal.) ("*Blue Coat II*");
14. • *Finjan LLC v. Cisco Systems Inc.*, Case No. 5:17-cv-00072 (N.D.Cal.) ("*Cisco*");
15. • *Finjan LLC v. ESET, LLC et al.*, Case No. 3:17-cv-00183 (S.D.Cal.) ("*ESET*");
16. • *Finjan LLC v. SonicWall, Inc.*, Case No. 5:17-cv-04467 (N.D.Cal.) ("*SonicWall*");
17. • *Finjan, Inc. v. Bitdefender Inc. et al.*, Case No. 4:17-cv-04790 (N.D.Cal.) ("*Bitdefender*");
18. • *Finjan, Inc. v. Juniper Network, Inc.*, Case No. 3:17-cv-05659 (N.D.Cal.) ("*Juniper*");
19. • *Finjan LLC v. Rapid7, Inc. et al.*, Case No. 1:18-cv-01519 (D.Del.) ("*Rapid7*");
20. • *Finjan LLC v. Qualys Inc.*, Case No. 4:18-cv-07229 (N.D.Cal.) ("*Qualys*");
21. • *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case Nos. 2017-2543, 2017-2623, 2017-2047, 777 F. App'x 501 (Fed. Cir. 2019) ("*Palo Alto Networks* Appeal I");
23. • *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case Nos. 2017-2314, 2017-2315, 752 F. App'x 1017 (Fed. Cir. 2018) ("*Palo Alto Networks* Appeal II");
25. • *Palo Alto Networks, Inc. v. Finjan, Inc.*, Case No. 2019-2151, 836 F. App'x 916 (Fed. Cir. 2020) ("*Palo Alto* Networks Appeal III");
27. • *Finjan, Inc.* v. Blue Coat Systems, Inc., Case No. 2016-2520, 879 F.3d 1299 (Fed. Cir. 2018) ("*Blue Coat* Appeal"); and

- *Finjan, Inc. v. Cisco Systems Inc.*, Case Nos. 2019-2074, 2019-2146, 837 F. App'x. 799 (Fed. Cir. 2020) ("*Cisco* Appeal").

These cases are referenced in the following tables by their case abbreviation (defined above) along with the relevant docket number for district court cases, case citation for Federal Circuit decisions, or paper number for matters before the Patent Trial and Appeal Board ("PTAB").

Finjan has made its best efforts in compiling this identification of prior claim constructions related to the asserted claims of the Patents-In-Suit to identify *all* prior relevant constructions entered by any U.S. courts (including claim construction orders, summary judgment orders, and/or appeal decisions) and the PTAB (including decisions denying or institution of IPR, decisions instituting IPR, and final written decisions). The litigation history for these patents, however, is complicated, so Finjan reserves the right to supplement this identification of prior claim constructions to the extent one or more constructions has been inadvertently omitted.

## I.   U.S. PATENT NO. 6,804,780

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| Downloadable | *Blue Coat I* (D118); *Cisco* (D134); *SonicWall* (D132); *Bitdefender* (D101) | an executable application program, which is downloaded from a source computer and run on the destination computer |
| | *ESET* (D195) | a small executable or interpretable application program which is downloaded from a source computer and run on a destination computer |
| | IPR2016-00165 Decision Denying Institution (Paper 7) | The '780 patent defines this term as "an executable application program, which is downloaded from a source computer and run on the destination computer." Therefore, no further construction is needed. |
| Downloadable ID | IPR2016-00165 Decision Denying Institution (Paper 7) | No construction necessary |

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| software components required to be executed by the Downloadable | *ESET* (D195) | components of code that the Downloadable is required to execute |
| ID Generator | *ESET* (D195) | Not subject to 112(6). "ID generator" is not a nonce term as advocated by Defendant. It is a common name for a known program construct that would be familiar to one of skill in the art to perform a function further identified by its modifier. |
| software component[s] | *Cisco* (D173) | Plain and ordinary meaning; no construction necessary |
| performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID | *Secure Computing* (D142) | performing a hashing function on the Downloadable together with its fetched software components to generate a Downloadable ID |
| | *Cisco* (D134); *SonicWall* (D214) | performing a hashing function on the Downloadable together with its fetched software components to generate a unique and reproducible ID for that Downloadable |
| | *Bitdefender* (D101) | performing a hashing function that operates across the combination of a Downloadable together with its fetched software components to transmute the Downloadable and its fetched software components into a unique and reproducible ID for that Downloadable |
| | *Juniper* (D180) | performing a hashing function on the Downloadable together with its fetched software components to generate a single hash value that identifies the contents of both the Downloadable and the fetched components |
| performing a hashing function on the Downloadable and the fetched software components | IPR2016-00165 Decision Denying Institution (Paper 7); | performing a hashing function on the Downloadable together |

4

Case No. 14-cv-04908-PJH
IDENTIFICATION OF PRIOR CLAIM CONSTRUCTIONS OF TERMS IN THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| | *Blue Coat I* (D118);<br><br>*ESET* (D195) | with its fetched software components |
| | *Blue Coat I* (D265) | The phrase "performing a hashing function on the Downloadable together with its fetched software components" requires a computation or combination of computations that transmutes the Downloadable and its components into a unique and reproducible ID for that Downloadable |
| fetching | *Bitdefender* (D101) | No construction necessary – Plain and ordinary meaning of "fetching" is "retrieving," which is not limited as Bitdefender suggests |
| means for fetching at least one software component | IPR2016-00165 Decision Denying Institution (Paper 7) | Not indefinite.<br><br>*Function*: fetching at least one software component;<br><br>*Structure*: a programmed general purpose digital computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits |
| means for fetching at least one software component identified by the one or more references | *SonicWall* (D132) | *Function*: fetching at least one software component identified by the one or more references<br><br>*Structure*: ID generator programmed to perform the algorithm of step 820 disclosed in the '780 Patent at Fig. 8; 9:62–64; and 4:56–66. |
| means for obtaining a Downloadable | IPR2016-00165 Decision Denying Institution (Paper 7) | Not indefinite.<br><br>*Function*: obtaining a Downloadable;<br><br>*Structure*: a programmed general purpose digital |

5

Case No. 14-cv-04908-PJH
IDENTIFICATION OF PRIOR CLAIM CONSTRUCTIONS OF TERMS IN THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| | | computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits |
| means for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable | *SonicWall* (D132) | *Function*: obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable<br><br>*Structure*: ID generator programmed to perform the algorithm of step 810 disclosed in the '780 Patent at Fig. 8; 9:60–62; and 4:50–54. |
| means for performing a hashing function | IPR2016-00165 Decision Denying Institution (Paper 7) | Not indefinite.<br><br>*Function*: performing a hashing function;<br><br>*Structure*: a programmed general purpose digital computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits |

II.   U.S. PATENT NO. 7,418,731

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| network gateway | *Blue Coat I* (D118) | Plain and ordinary meaning |
| computer gateway | *Blue Coat I* (D118) | Plain and ordinary meaning |
| file cache | IPR2015-02000 Decision Denying Institution (Paper 7) | Plain and ordinary meaning, which is "a memory for holding a file, at least temporarily" |
| list of computer commands | *Blue Coat* Appeal (879 F.3d 1299) | Plain and ordinary meaning |
| incoming files from the Internet | *Qualys* (D74) | files requested by an intranet computer from the Internet |

### III. U.S. PATENT NO. 7,613,926

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| receiver | IPR2015-00907 Decision Denying Institution (Paper 8) | No construction necessary |
| | IPR2019-00073 Decision Denying Institution (Paper 7) | one or more components that receive data |
| transmitter coupled with said receiver | IPR2015-00907 Decision Denying Institution (Paper 8) | No construction necessary |
| database | IPR2015-00907 Decision Denying Institution (Paper 8); *Sophos* (D73); *SonicWall* (D132); *Symantec* (D170) | a collection of interrelated data organized according to a database schema to serve one or more applications |
| | IPR2015-01893 Decision Denying Institution (Paper 8) | No construction necessary |
| database manager | IPR2015-00907 Decision Denying Institution (Paper 8) | No construction necessary |
| Downloadable | IPR2015-00907 Decision Denying Institution (Paper 8) | an executable application program which is automatically downloaded from a source computer and run on a destination computer |
| | IPR2019-00073 Decision Denying Institution (Paper 7); *SonicWall* (D132); *Symantec* (D170) | an executable program, which is downloaded from a source computer and run on a destination computer |
| Downloadable identifier | IPR2015-00907 Decision Denying Institution (Paper 8) | No construction necessary |
| Downloadable security profile data | IPR2015-00907 Decision Denying Institution (Paper 8) | a presentation or summary of information regarding the protection or safeguarding of an executable application program which is automatically downloaded from a secure computer and run on a destination computer |
| a representation of the retrieved Downloadable security profile data | IPR2015-00907 Decision Denying Institution (Paper 8) | No construction necessary |
| append[ing] | IPR2016-00145 Decision Denying Institution (Paper 9) | attach[ing] |

7

Case No. 14-cv-04908-PJH
IDENTIFICATION OF PRIOR CLAIM CONSTRUCTIONS OF TERMS IN THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| destination computer | *SonicWall* (D132) | No construction necessary—plain and ordinary meaning |

### IV.  U.S. PATENT NO. 7,647,633

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| information re-communicator | IPR2018-00391 Final Written Decision (Paper 33); *Cisco* Appeal (837 F. App'x 799) | The term "information re-communicator" is "not limited to receiving downloadable-information from an external network" |
| executable code | IPR2018-00391 Decision Instituting IPR (Paper 7); IPR2018-00391 Final Written Decision (Paper 33) | the executable code whose operations are processed by the mobile protection code at the destination is the same as the executable code received, i.e., it undergoes no modification |
|  | IPR2015-01974 Final Written Decision (Paper 49) | "executable code" at the destination is not modified |
| mobile protection code | *Blue Coat I* (D118) | code that, at runtime, monitors or intercepts actually or potentially malicious code operations |
|  | *Proofpoint* (D267); IPR2019-00060 Decision Denying Institution (Paper 7) | code that, at runtime, monitors or intercepts actually or potentially malicious operations |
|  | *SonicWall* (D132); *Cisco* (D173, D247) | code that, at runtime, monitors or intercepts actually or potentially malicious code operations without modifying the executable code<br><br>where the mobile protection code itself must be executable |
| downloadable-information destination | *Proofpoint* (D267) | a device or process that is capable of receiving and initiating or otherwise hosting a mobile code execution |
|  | *Cisco* (D134); *SonicWall* (D214) | user device that includes one or more devices or process that are capable of receiving and initiating or otherwise hosting a mobile code execution |

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising: providing a system, . . . | *Blue Coat I* (D118) | No construction necessary |
| | *Blue Coat I* (D118) | A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, comprising: providing a system, . . . |
| | *Blue Coat I* (D256) | Claim 14 is not indefinite |
| A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising: | *SonicWall* (D132); *Cisco* (D173) | The typographic error in the preamble is corrected to read: A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, comprising: |
| causing mobile protection code to be executed by the mobile code executor at a downloadable-information destination such that one or more operations of the executable code at the destination, if attempted, will be processed by the mobile protection code | *Blue Coat I* (D118) | Plain and ordinary meaning, wherein the mobile protection code was communicated to the downloadable-information destination without modifying the executable code |

V. **U.S. PATENT NO. 8,141,154**

| Construed Term | Case (s) | Construction(s) |
|---|---|---|
| dynamically generate[d] | IPR2015-01547 Decision Denying Institution (Paper 9)  IPR2016-00151 Decision Instituting IPR (Paper 10) | No construction necessary |
| protecting a computer from dynamically generated malicious content | *Symantec* (D170) | No construction necessary of preamble |

| | Construed Term | Case(s) | Construction(s) |
|---|---|---|---|
| 1 | content | IPR2015-01979 Final Written Decision (Paper 62); | data or information, which has been modified and is received over a network |
| 2 | | | |
| 3 | | IPR2019-00031 Decision Denying Institution (Paper 8) | |
| 4 | | | |
| 5 | first function | IPR2015-01979 Decision Instituting IPR (Paper 8) | No construction necessary |
| 6 | [a] call to a first function | IPR2015-01979 Final Written Decision (Paper 62), *aff'd Palo Alto Networks* Appeal II (752 F. App'x 1017); | a statement or instruction in the content, the execution of which causes the function to provide a service |
| 7 | | | |
| 8 | | | |
| 9 | | IPR2019-00031 Decision Denying Institution (Paper 8); | |
| 10 | | | |
| 11 | | *Palo Alto Networks* Appeal III (836 F. App'x 916); | |
| 12 | | *Rapid7* (D123) | |
| 13 | | IPR2016-00151 Final Written Decision (Paper 51) | a statement or instruction in a program requesting the services of a particular (i.e., first) function |
| 14 | | | |
| 15 | | *Bitdefender* (D101) | No construction necessary – Plain and ordinary meaning |
| 16 | a call to a first function . . . [invoking/invoke/calling] a second function | *Proofpoint* (D267) | plain and ordinary meaning; no construction necessary |
| 17 | | | |
| 18 | first function / second function | *Cisco* (D134) | substitute function / original function, which is different than the first function |
| 19 | | *SonicWall* (D132, D214) | |
| 20 | | *Rapid7* (D123) | plain and ordinary meaning and no construction is necessary |
| 21 | | | |
| 22 | [a] second function | IPR2015-01979 Decision Instituting IPR (Paper 8) | No construction necessary |
| 23 | | *Bitdefender* (D101) | No construction necessary – Plain and ordinary meaning |
| 24 | when the first function is invoked | *Bitdefender* (D101) | No construction necessary – Plain and ordinary meaning, which is not limited to the conditional meaning of "when" |
| 25 | | | |
| 26 | invoking a function | *Palo Alto Networks* Appeal II (752 F. App'x 1017) | initiating a call to a function, regardless of whether the function is executed |
| 27 | | | |
| 28 | invoke | IPR2019-00031 Decision Denying Institution (Paper 8) | "invoke" does not require execution of a function |

10

Case No. 14-cv-04908-PJH
IDENTIFICATION OF PRIOR CLAIM CONSTRUCTIONS OF TERMS IN THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT

| Construed Term | Case (s) | Construction(s) |
|---|---|---|
| content processor (i) for processing content received over a network, the content including a call to a first function, and the call including an input, and (ii) for invoking a second function with the input, only if security computer indicates that such invocation is safe | *Proofpoint* (D267) | Not subject to 112(6)<br><br>plain and ordinary meaning; no construction necessary |
| [a] content processor | *Symantec* (D170) | No construction necessary—Plain and ordinary meaning |
| | *Rapid7* (D123) | a processor that processes content |
| | *Qualys* (D74) | a content processor on the protected computer |
| | *Juniper* (D491) | a processor that processes modified content |
| a content processor for (i) processing content received over a network | *Bitdefender* (D101) | No construction necessary – Plain and ordinary meaning |
| inspection[s] | *Symantec* (D170) | No construction necessary, plain and ordinary meaning. |
| receiver | IPR2015-01979 Decision Instituting IPR (Paper 8) | No construction necessary |
| | *Qualys* (D74) | 35 U.S.C. § 112 ¶ 6 does not apply; no construction |
| transmitter | IPR2015-01979 Decision Instituting IPR (Paper 8) | No construction necessary |
| | *Qualys* (D74) | 35 U.S.C. § 112 ¶ 6 does not apply; no construction |
| security computer | *Qualys* (D74) | No construction necessary |

## VI.   U.S. PATENT NO. 8,225,408

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| parse tree | IPR2015-02001, IPR2016-00157 Decision Instituting IPR (Paper 7);<br><br>IPR2015-02001, IPR2016-00157 Final Written Decision (Paper 41);<br><br>*Proofpoint* (D267); | a hierarchical structure of interconnected nodes built from scanned content |

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| | SonicWall (D132); Rapid7 (D123); Blue Coat II (D178) | |
| scanner | Rapid7 (D123) | a scanner that is able to adapt itself dynamically to scan a specific type of content |
| parser rules | Rapid7 (D123) | patterns of tokens that form syntactical constructs of program code |
| dynamically building | IPR2015-02001, IPR2016-00157 Decision Instituting IPR (Paper 7); IPR2015-02001, IPR2016-00157 Final Written Decision (Paper 41) | requires that a time period for dynamically building overlap with a time period during which the incoming stream is being received |
| | Rapid7 (D123) | Plain and ordinary meaning, which is "non-static building" |
| dynamically detecting | IPR2015-02001, IPR2016-00157 Decision Instituting IPR (Paper 7); IPR2015-02001, IPR2016-00157 Final Written Decision (Paper 41) | requires that at a time period for dynamically detecting overlap with a time period during which the parse tree is built |
| | Rapid7 (D123) | Plain and ordinary meaning, which is "non-static detecting" |
| incoming stream of program code | Rapid7 (D123) | Plain and ordinary meaning |
| incoming stream | Blue Coat II (D286) | an "incoming stream" need not be from an external source |
| instantiating … a scanner for the specific programming language | IPR2015-02001, IPR2016-00157 Decision Instituting IPR (Paper 7); IPR2015-02001, IPR2016-00157 Final Written Decision (Paper 41) | substituting specific data, instructions, or both into a generic program unit to make it usable for scanning the specific programming language |
| instantiating, by the computer, a scanner for the specific programming language / | SonicWall (D132) | substituting specific data, instructions, or both into a scanner to make it usable for scanning the specific programming language |

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| instantiating a scanner for the specific programming language | *Rapid7* (D123) | generating or requesting a scanner that can scan the specific programming language |
| instantiating, by the computer, a scanner for the specific programming language | *Qualys* (D74) | generating or requesting a scanner that can scan the programming language by providing a generic scanner instance with language-specific data, rules, or both |
| programming language | *Blue Coat II* (D286) | a "programming language" must at least be something that has "lexical constructs" which can be recognized as "tokens" and put together in detectable "patterns" |

## VII. U.S. PATENT NO. 8,677,494

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| receiver | *Qualys* (D74) | 35 U.S.C. § 112 ¶ 6 does not apply |
| list of suspicious computer operations | IPR2017-02155 Decision Denying Institution (Paper 11) | No construction necessary |
| | IPR2015-01892 Final Written Decision (Paper 58); *Palo Alto Networks* Appeal I (777 F. App'x 501) | list of all operations that could ever be deemed potentially hostile  [non-limiting examples of which includes file operations, network operations, registry operations, operating systems operations, resource usage threshold operations, memory operations, CPU operations, and graphics operations] |
| | *Juniper* (D189) | list of computer operations in a received Downloadable that are deemed hostile or potentially hostile |
| suspicious computer operations | IPR2015-01022 Decision Denying Institution (Paper 7) | No explicit construction warranted or necessary |
| | *Bitdefender* (D101) | hostile or potentially hostile computer operations |
| | *Juniper* (D189) | the term "suspicious" in this context is not indefinite |

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| list of suspicious computer operations [that may be attempted by] | *Rapid7* (D123) | list of computer operations derived from a received Downloadable that are deemed hostile or potentially hostile |
| database | IPR2015-01022 Decision Denying Institution (Paper 7); IPR2015-01892 Decision Instituting IPR (Paper 9); IPR2015-01892 Final Written Decision (Paper 58); IPR2016-00159 Decision Instituting IPR (Paper 8); IPR2016-00159 Final Written Decision (Paper 50); IPR2017-02155 Decision Denying Institution (Paper 11); *Symantec* (D170); *Cisco* (D134); *SonicWall* (D132); *Rapid7* (D123); *Bitdefender* (D101); *Juniper* (D189); *Sophos* (D73) | a collection of interrelated data organized according to a database schema to serve one or more applications |
| database manager | *Bitdefender* (D101); *Juniper* (D189) | a program or programs that control a database so that the information it contains can be stored, retrieved, updated, and sorted |
| storing the Downloadable security profile data in a database | *Palo Alto Networks* Appeal I (777 F. App'x 501) | placing the derived DSP data into the database |
14

Case No. 14-cv-04908-PJH
IDENTIFICATION OF PRIOR CLAIM CONSTRUCTIONS OF TERMS IN THE ASSERTED CLAIMS OF THE PATENTS-IN-SUIT

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| Downloadable | IPR2015-01022 Decision Denying Institution (Paper 7) | an executable application program which is automatically downloaded from a source computer and run on a destination computer |
| | IPR2016-00159 Decision Instituting IPR (Paper 8); IPR2016-00159 Final Written Decision (Paper 50); *Symantec* (D170); *SonicWall* (D132); *Cisco* (D134); *Rapid7* (D123); *Bitdefender* (D101) | an executable application program, which is downloaded from a source computer and run on the destination computer |
| Downloadable security profile data | IPR2016-00159 Final Written Decision (Paper 50) | In view of the parties' agreed interpretation of the term "Downloadable," there was no need to separately construe the term "Downloadable security profile data." |
| scanner | *Juniper* (D189) | software that searches code to identify suspicious patterns or suspicious computer operations |
| Downloadable scanner | *Cisco* (D134); *SonicWall* (D214) | software that searches code to identify suspicious patterns or suspicious computer operations |
| | *Rapid7* (D123) | software that decomposes code using conventional parsing techniques to identify suspicious patterns or suspicious computer operations |
| Downloadable scanner coupled with said receiver, for deriving security profile data for the Downloadable | *Bitdefender* (D101) | downloadable software that searches code to identify suspicious patterns or suspicious computer operations, coupled with said receiver, for deriving security |

| Construed Term | Case(s) | Construction(s) |
|---|---|---|
| | | profile data for the Downloadable |
| program script | IPR2015-01022 Decision Denying Institution (Paper 7) | No construction necessary |

Dated: April 30, 2021

Respectfully Submitted,

/s/ Roger A. Denning
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038)
terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Phillip W. Goter (*Pro Hac Vice*)
goter@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Susan Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor

P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Tracea Rice (*Pro Hac Vice*)
trice@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave. Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070 / Fax: (202) 783-2331

Attorneys for Plaintiff FINJAN LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Roger A. Denning*
Roger A. Denning