Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038) terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff,
FINJAN LLC

Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Diek O. Van Nort (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Attorneys for Defendant,
PALO ALTO NETWORKS, INC.

Additional counsel on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>Defendant. | Case No.    4:14-CV-04908-PJH<br><br>**STIPULATION & [PROPOSED] ORDER RE: CASE NARROWING SCHEDULE AS MODIFIED BY THE COURT**<br><br>Judge:  Honorable Phyllis J. Hamilton |

Pursuant to Civil Local Rule 7-12 and the Court's instructions at the Case Management Conference (CMC) held on March 18, 2021, Defendant Palo Alto Networks, Inc. ("PAN") and Plaintiff Finjan LLC ("Finjan") stipulate to the following case narrowing schedule.

| Election | Timing | Max Claims/ References Per Patent | Total Claims/ References |
|---|---|---|---|
| Preliminary Election of Asserted Claims | Not later than 35 days after PAN's invalidity contentions, *i.e.*, June 21, 2021 | 10 | 21 |
| Preliminary Election of Asserted Prior Art | Not later than 15 days after Preliminary Election of Asserted Claims, *i.e.*, July 6, 2021 | 12 | 30 |
| Second Election of Asserted Claims | Not later than 21 days after Claim Construction Order | 6 | 14 |
| Second Election of Asserted Prior Art | Not later than 14 days after Second Election of Asserted Claims | 7 | 20 |
| Third Election of Asserted Claims and Asserted Prior Art | Parties to meet and confer and submit competing proposal if necessary no less than 45 days before opening expert reports | TBD | TBD |

Not later than June 21, 2021, Finjan shall serve a Preliminary Election of Asserted Claims, which shall assert from claims previously asserted in its Infringement Contentions (Patent L.R. 3-1) no more than 10 claims per patent and no more than a total of 21 claims across all Patents-in-Suit.  Not later than July 6, 2021, PAN shall serve a Preliminary Election of Asserted Prior Art, which shall assert from prior art previously asserted in its Invalidity Contentions (Patent L.R. 3-3) no more than 12 prior art references per patent and no more than a total of 30 references across all Patents-in-Suit.[1]

Not later than 21 days after the Court enters a claim construction order, Finjan shall serve a Second Election of Asserted Claims, which shall assert from the subset of claims previously identified no more than 6 claims per patent and no more than a total of 14 claims across all Patents-in-Suit.  Not later than 14 days after service of the Second Election of Asserted Claims,

---

[1] A prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.  Any such closely related work shall be used solely for the purposes of describing the prior art instrumentality and shall not be available to be used in combination with other disclosed instrumentalities unless specifically disclosed for those other instrumentalities.

1    PAN shall serve a Second Election of Asserted Prior Art, which shall assert from the subset of

2    prior art references previously identified no more than 7 references per patent and no more than a

3    total of 20 references across all Patents-in-Suit.

4           Not later than 45 days prior to the parties' service of opening expert reports, the parties

5    shall meet and confer regarding a possible Third Election of Asserted Claims and Third Election

6    of Asserted Prior Art.  At the time of signing of this stipulation, neither party commits that it will

7    propose further reduction in Third Election, only that it will agree to meet and confer.  If the

8    parties agree on further reduction, they will submit a joint proposal to the Court.  If the parties

9    disagree, they may submit competing proposals if necessary.

10          Upon a showing of diligence, and with due consideration for prejudice, a party may seek

11   to modify the above limits on asserted claims and prior art references for good cause shown.  Any

12   request to increase these limits must specifically show why the inclusion of additional asserted

13   claims or prior art references is warranted.  *See In re Katz Interactive Call Processing Patent*

14   *Litig.*, 639 F.3d 1303, 1312–13 (Fed. Cir. 2011).  A failure to seek such a modification will

15   constitute acquiescence to the above limits on asserted claims and prior art references.

16

17   DATED: June 1, 2021                    */s/ Colette Reiner Mayer*
                                            Michael A. Jacobs (CA SBN 111664)
18                                          MJacobs@mofo.com
                                            Matthew A. Chivvis (CA SBN 251325)
19                                          MChivvis@mofo.com
                                            Diek O. Van Nort (CA SBN 273823)
20                                          DVanNort@mofo.com
                                            MORRISON & FOERSTER LLP
21                                          425 Market Street
                                            San Francisco, California 94105-2482
22                                          Telephone: (415) 268-7000/Fax: (415) 268-7522

23                                          Rudy Y. Kim (CA SBN 99426)
                                            RudyKim@mofo.com
24                                          Colette Reiner Mayer (CA SBN 263630)
                                            CRMayer@mofo.com
25                                          MORRISON & FOERSTER LLP
                                            755 Page Mill Road
26                                          Palo Alto, California 94304-1018
                                            Telephone: (650) 813-5600/Fax: (650) 494-0792

27

28

1
Rose S. Lee (CA SBN 294658)
RoseLee@mofo.com
2
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
3
Los Angeles, California 90017-3543
Telephone: (213) 892-5200/Fax: (213) 892-5454
4

5
Eric W. Lin (*Pro Hac Vice*)
Elin@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
6
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
7
250 West 55th Street
New York, New York 10019-9601
8
Telephone: (212) 468-8000/Fax: (212) 468-7900

9
Attorneys for Defendant
PALO ALTO NETWORKS, INC.
10

11
DATED:  June 1, 2021

12
*/s/ Roger A. Denning*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
13
Roger A. Denning (CA SBN 228998)
denning@fr.com
14
Frank J. Albert (CA SBN 247741)
albert@fr.com
15
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
16
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
17
Tucker N. Terhufen (CA SBN 311038)
terhufen@fr.com
18
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
19
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099
20

21
Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
22
jarvis@fr.com
FISH & RICHARDSON P.C.
23
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
24
Telephone: (404) 892-5005 / Fax: (404) 892-5002

25
Phillip W. Goter (*Pro Hac Vice*)
goter@fr.com
26
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
27
Minneapolis, MN  55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696
28

[Proposed] STIPULATION & ORDER RE: CASE NARROWING SCHEDULE
CASE NO. 4:14-CV-04908-PJH
sf-4495786

3

1                                                

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Tracea Rice (*Pro Hac Vice*)
trice@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave. Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070 / Fax: (202) 783-2331

Attorneys for Plaintiff
FINJAN LLC

## ATTESTATION OF E-FILED SIGNATURE

I, Colette Reiner Mayer, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Roger A. Denning has concurred in this filing.

Dated:  June 1, 2021                     */s/ Colette Reiner Mayer*
                                         Colette Reiner Mayer

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This stipulation does not modify the court's standing order for patent cases, which provides that no more than ten terms will be construed.

Dated:  June 9, 2021

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Hon. Phyllis J. Hamilton
United States District Court Judge