MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (CA SBN 199426)
RudyKim@mofo.com
COLETTE REINER MAYER (CA SBN 263630)
CRMayer@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

ERIC W. LIN (*Pro Hac Vice*)
Elin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>  Defendant. | Case No.   4:14-CV-04908-PJH<br><br>**DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION TO STRIKE PLAINTIFF FINJAN LLC'S INFRINGEMENT CONTENTIONS**<br><br>Noticed Hearing Date:  July 22, 2021<br>Noticed Hearing Time:  1:30 pm<br>Courtroom:  3, 3rd Floor<br>Judge:  Honorable Phyllis J. Hamilton |

I, DIEK O. VAN NORT, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am submitting this declaration in support of Defendant Palo Alto Networks, Inc.'s ("PAN") Motion to Strike Plaintiff Finjan LLC's ("Finjan") Infringement Contentions.

2. I am a Partner at the law firm of Morrison & Foerster LLP. I am counsel for PAN in this litigation.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Civil Minute Order from *Finjan, Inc. v. FireEye, Inc.*, No. C 4:13-03133 SBA (JCS), Dkt. No. 134 (N.D. Cal. Oct. 16, 2017).

4. Attached hereto as **Exhibit 2** is an excerpt of a true and correct copy of the transcript of hearing on Cisco's Motion to Compel Amended Infringement Contentions from *Finjan, Inc. v. Cisco Systems, Inc.*, Case No. 5:17-cv-00072-BLF-SVK, Dkt. No. 696 (N.D. Cal. Oct. 12, 2017).

5. Attached hereto as **Exhibit 3** is a true and correct copy of Finjan's Initial Disclosure of Asserted Claims and Infringement Contentions and Document Production Pursuant to Patent Local Rule 3-1 and 3-2 ("Infringement Contentions"), served on April 1, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Roger Denning, counsel for Finjan, to me, dated May 27, 2021.

7. Attached hereto as **Exhibit 5** is an excerpt of a true and correct copy of Appendix B-1 to Infringement Contentions, entitled "Appendix B-1 Infringement Chart for U.S. Patent No. 7,418,731 and NGFW, Traps, and WildFire Products."

8. Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of Appendix E-1 to Infringement Contentions, entitled "Appendix E-1 Infringement Chart for U.S. patent No. 8,141,154 and NGFW, Wildfire, Threat Prevention, and URL Filtering Products."

9. Attached hereto as **Exhibit 7** is an excerpt of a true and correct copy of Appendix E-2 to Infringement Contentions, entitled "Appendix E-2 Infringement Chart for U.S. patent No. 8,141,154 and Traps (Cortex XDR) and Wildfire."

10. Attached hereto as **Exhibit 8** is an excerpt of a true and correct copy of letter from me to Roger Denning, counsel from Finjan, dated May 12, 2021.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Jared Smith, counsel for Finjan, to me, dated May 27, 2021.

12. On May 28, 2021, I participated in a meet and confer with Roger Denning, counsel for Finjan, along with other attorneys for Finjan. During the meet and confer, the parties reached an impasse when Finjan again disputed that its infringement contentions were deficient and refused to provide pinpoint citations or amend its contentions.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from Rudy Kim, counsel for PAN, to Paul Andre, former counsel for Finjan, dated March 4, 2015.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Rose Lee, counsel for PAN, to Benu Wells, former counsel for Finjan, dated April 10, 2015.

15. Attached hereto as **Exhibit 12** is a true and correct copy of an email from me to Jared Smith, counsel for Finjan, dated February 5, 2021.

16. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Jared Smith, counsel for Finjan, to me, dated February 22, 2021.

17. Attached hereto as **Exhibit 14** is a true and correct copy of an email from me to Jared Smith, counsel for Finjan, dated March 10, 2021.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a letter from Nicole Smith, former counsel for PAN, to Benu Wells, former counsel for Finjan, dated April 14, 2015.

19. Attached hereto as **Exhibit 16** is a true and correct copy of a letter from Rose Lee, counsel for PAN, to Benu Wells, former counsel for Finjan, dated May 11, 2015.

20. Attached hereto as **Exhibit 17** is a true and correct copy of a letter from Rose Lee, counsel for PAN, to Benu Wells, former counsel for Finjan, dated September 1, 2015.

21. At the Case Management Conference on March 18, 2021, PAN requested that the Court order Finjan to provide pinpoint citations. Judge Hamilton indicated that PAN's request was premature because Finjan had not served its infringement contentions.

22. Attached hereto as **Exhibit 18** is a true and correct copy of the Joint Discovery Dispute Letter Regarding Plaintiff Finjan's Infringement Contentions from *Finjan, Inc. v. FireEye, Inc.*, No. C 4:13-03133 SBA (JCS), Dkt. No. 129 (N.D. Cal. Oct. 4, 2017).

23. Attached hereto as **Exhibit 19** is a true and correct copy of Defendant Check Point Software Technologies, Inc.'s Brief re: Case Narrowing and Infringement Contentions from *Finjan, Inc. v. Check Point Software Technologies, Inc.*, Case No. 5:18-cv-02621-WHO, Dkt. No. 28 (N.D. Cal. Aug. 28, 2018).

24. Attached hereto as **Exhibit 20** is a true and correct copy of the Order re Case Narrowing and Infringement Contentions from *Finjan, Inc. v. Check Point Software Technologies, Inc.*, Case No. 5:18-cv-02621-WHO, Dkt. No. 29 (N.D. Cal. Sept. 10, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of June 2021, in San Clemente, CA.

                                            */s/ Diek O. Van Nort*
                                            Diek O. Van Nort

**ATTESTATION OF E-FILED SIGNATURE**

I, Colette Reiner Mayer, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i), I hereby attest that Diek O. Van Nort has concurred in this filing.

Dated: June 15, 2021                        */s/ Colette Reiner Mayer*
                                            Colette Reiner Mayer

---

DECLARATION OF DIEK O. VAN NORT ISO PAN'S MOTION TO STRIKE FINJAN'S INFRINGEMENT CONTENTIONS
CASE NO. 4:14-CV-04908-PJH

3