# Exhibit 4

| | |
|---|---|
| **From:** | Roger Denning |
| **To:** | Van Nort, Diek O.; Finjan-PAN_Fish-Service |
| **Cc:** | MoFo-PAN-Finjan |
| **Subject:** | RE: Finjan v. PAN - Invalidity of "780, "494, and "926 Patents in View of ESET Decision |
| **Date:** | Thursday, May 27, 2021 4:08:49 PM |
| **Attachments:** | 2021-05-25 Van Nort Ltr to Denning re Dismissal of 780-494-926 Patents.pdf |

**External Email**

**Dear Diek:**

**I am responding to your attached letter of May 25 regarding the '780, '494 and '926 Patents.**

**In light of Judge Bencivengo's order and final judgment in the *ESET* case—which includes the '780 Patent—Finjan is willing to dismiss all three patents from the ongoing case against Palo Alto Networks. Finjan plans to appeal the judgment in *ESET*, so Finjan will agree to dismiss the three patents from this case without prejudice against asserting them in the future, should the appellate court reverse the judgment in *ESET*.**

**Please confirm PAN's agreement, and we will prepare the papers.**

**Thanks.**

**--Roger**

**Roger Denning ::** Managing Principal **::** Fish & Richardson P.C.
12860 El Camino Real Suite 400, San Diego, CA 92130
858 678 4784 direct **::** 858 752 2546 mobile **::** denning@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

**From:** Van Nort, Diek O. <DVanNort@mofo.com>
**Sent:** Tuesday, May 25, 2021 4:06 PM
**To:** Roger Denning <denning@fr.com>; Finjan-PAN_Fish-Service <Finjan-PAN_Fish-Service@fr.com>
**Cc:** MoFo-PAN-Finjan <MoFo-PAN-Finjan@mofo.com>
**Subject:** Finjan v. PAN - Invalidity of '780, '494, and '926 Patents in View of ESET Decision

[This email originated outside of F&R.]

Roger,

Please see the attached letter.

Diek

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

****************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
****************************************************************************************