# Exhibit 5

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; SOURCE CODE

# Appendix B-1 Infringement Chart for U.S. Patent No. 7,418,731 and NGFW, Traps, and WildFire Products

The following chart is produced pursuant to Patent Local Rule 3-1 regarding infringement of U.S. Patent No. 7,418,731. The statements and documents cited below are based on information available to Finjan at the time this chart was created. Finjan reserves the right to supplement this chart as additional information is discovered.

This chart provides Finjan's contentions regarding **PAN's Next Generation Firewall products ("NGFW")**. Finjan understands that PAN's NGFW products include at least the following model numbers and/or services:

- Next Generation Firewalls, including PA-220R, PA-200P, PA-200, PA-220, PA-500, PA-820, PA-850, PA-2000, PA-2020, PA-2050, PA-3000, PA-3020, PA-3050, PA-3060, PA-3220, PA-3250, PA-3260, PA-4020, PA-4050, PA-4060, PA-5000, PA-5020, PA-5050, PA-5060, PA-5220, PA-5250, PA-5260, PA-5280, PA-7000, PA-7050, and PA-7080 series firewalls (*See* PAN_FIN00000847-852); and

- Virtualized Firewalls, including VM-50 Lite, VM-50, VM-100, VM-200, VM-300, VM-500, VM-700, VM-1000-HV series virtual firewalls (See FINJAN-PAN 093607-11); and

- And PAN firewall or gateway product that operates on PAN-OS version 4.1 or higher.

This chart also provides Finjan's contentions regarding **PAN's WildFire products ("WildFire")**. Finjan understands that PAN's WildFire products include at least the following products, services, and subscriptions:

- Basic WildFire, WF-500 and WildFire Subscription. Basic WildFire functionality is available as part of the Threat Prevention license and as part of all platforms running PAN OS 4.1 and greater, including the NG Firewalls, and also including all platforms running WildFire 6.0, 6.1, 7.0, 7.1, and 8.0. *See* FINJAN-PAN 093612-15. Each accused WildFire product or subscription operates in substantially the same manner, with the differences being that Basic WildFire provides limited analysis on certain file types in comparison to WildFire Subscription. *See* FINJAN-PAN 093612-15. In addition, WF-500 is a hardware appliance that acts as a "private cloud" version of the WildFire Subscription. *See* FINJAN-PAN 093612-15.

This chart provides Finjan's contentions regarding **PAN's Traps products ("Traps")**. Finjan understands that PAN's Traps products include at least the following products, services, and subscriptions:

- Cortex XDR, Traps, and other Endpoint Products (referred to here as "Traps"). For purposes of these Infringement Contentions, "Traps" refers to Traps Advanced Endpoint Protection and any associated endpoint protection products, including Endpoint

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; SOURCE CODE**

## Appendix B-1 Infringement Chart for U.S. Patent No. 7,418,731 and NGFW, WildFire, and Traps Products

| Claim 1 | Support |
|---|---|
| | servers (https://cuckoosandbox.org/) for additional processing. The modules running of the Cuckoo servers that receive network packets corresponding to files transmitted by Traps constitute a scanner for scanning incoming files from the Internet. As another example, the modules running on the Cuckoo servers that implement the operations analyzing the received files constitute a scanner for scanning incoming files from the Internet.<br><br>Within the Traps and Cuckoo source code, a scanner for scanning incoming files from the Internet is implemented by source code in the following files:<br><br>[REDACTED] |
| 1[b] a file cache for storing files that have been scanned by the scanner for future access, wherein each of the stored files is indexed by a file identifier; and | NGFW alone or in combination with WildFire provide a file cache for storing files that have been scanned by the scanner for future access, wherein each of the stored files is indexed by a file identifier.<br><br>NGFWs alone or in combination with WildFire meet the recited claim language because they provide a file cache for storing files that have been scanned by the scanner for future access, wherein each of the stored files is indexed by a file identifier.<br><br>NGFW have a file cache for storing files that have been scanned by the scanner for future access in form of software and/or hardware.<br><br>NG Firewalls cache the results of Content-ID, which "enables customers to apply policies to inspect and control content traversing the network." FINJAN-PAN 093593-97. This includes entries related to the allowability of particular content relative to a policy. For example: |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; SOURCE CODE**

**Appendix B-1 Infringement Chart for U.S. Patent No. 7,418,731 and NGFW, WildFire, and Traps Products**

| Claim 1 | Support |
|---|---|
| | [redacted] <br><br> **Traps/Cuckoo** <br><br> The Cuckoo servers includes a file cache for storing files that have been scanned by the scanner for future access. As an example, the Cuckoo servers store the received files within a directory that is identified using a file identifier and stores the link to the received file within a local database. Together, the portion of the disk where the received file is stored and the database that stores the link to the received file constitute a file cache for storing files that have been scanned by the scanner for future access. <br><br> **Doctrine of Equivalents:** |

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY; SOURCE CODE**

**Appendix B-1 Infringement Chart for U.S. Patent No. 7,418,731 and NGFW, WildFire, and Traps Products**

| Claim 1 | Support |
|---|---|
| | To the extent the Accused Products do not literally infringe this claim element, NGFW alone and in combination with WildFire infringes under the doctrine of equivalents. The above described functionality of the Accused Products is at most insubstantially different from the claimed functionality and performs substantially the same function in substantially the same way to achieve substantially the same result.<br><br>The Accused Products perform the same function because they have a memory for storing files that have been scanned by the scanner for future access. For example, each of the Accused Products at least temporarily stores and indexes the file in a memory for future use.<br><br>The Accused Products perform this function in the same way because the stored file is indexed so that it can be retrieved for future access. For example, the Accused Products index the stored file by a file identifier, which can be a hash.<br><br>The Accused Products achieve the same result as this element because they store a scanned file in memory and index it in a way that it can be retrieved for future access. For example, the Accused Products allow the file to be retrieved for future use by storing files in memory and index them. |
| 1[c] a security profile cache for storing the security profiles derived by the scanner, wherein each of the security profiles is indexed in the security profile cache by a file identifier associated | NGFW alone or in combination with WildFire provide a security profile cache for storing the security profiles derived by the scanner, wherein each of the security profiles is indexed in the security profile cache by a file identifier associated with a corresponding file stored in the file cache.<br><br>NGFW alone or in combination with WildFire meet the recited claim language because the Accused Products provide a security profile cache for storing the security profiles derived by the scanner, wherein each of the security profiles is indexed in the security profile cache by a file identifier associated with a corresponding file stored in the file cache. |