Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.om
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038) / terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff,
FINJAN LLC

Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Diek O. Van Nort (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Attorneys for Defendant,
PALO ALTO NETWORKS, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No. 4:14-cv-04908-PJH<br><br>**JOINT STIPULATION RE DISMISSAL OF THREE PATENTS-IN-SUIT**<br><br>Hon. Phyllis J. Hamilton<br>Ctrm: 3, 3rd Floor |

Plaintiff Finjan LLC ("Finjan") and Defendant Palo Alto Networks, Inc. ("PAN") hereby agree and stipulate:

In Finjan's case against ESET, LLC, pending in the United States District Court for the Southern District of California, Judge Bencivengo found that the asserted claims of U.S. Patent No. 6,804,780 ("the '780 Patent") and four other Finjan patents are invalid on the grounds that the claim term "Downloadable," as used in those claims and construed by that court, is indefinite. *Finjan, Inc. v. ESET, LLC*, No. 3:17-cv-0183-CAB-BGS, Dkt. No. 869 (S.D. Cal. Mar. 29, 2021). Based on that order, Judge Bencivengo entered judgment of invalidity with regard to those patents. *Id.* at Dkt. No. 875 (May 20, 2021). Finjan has filed a notice of appeal of that judgment to the Federal Circuit. *Id.* at Dkt. No. 878 (June 17, 2021).

Finjan has asserted the '780 Patent in this case against PAN. Finjan also has asserted two other patents that—although not asserted in *ESET* and therefore not included in Judge Bencivengo's order and judgment—also use the claim term "Downloadable," namely U.S. Patent No. 7,613,926 ("the '926 Patent") and U.S. Patent No. 8,677,494 ("the '494 Patent").

In light of Judge Bencivengo's order and judgment, the parties have agreed to dismissal of Finjan's claims of infringement of the '780 Patent (Counts I and II of Dkt. No. 112), the '926 Patent (Counts V and VI), and the '494 Patent (Counts XIII and XIV) on the following terms:

1. In the event the judgment of invalidity of the '780 patent becomes final without any further appeal, the dismissal shall then be with prejudice; and

2. The dismissal shall be without prejudice to Finjan's reassertion of infringement claims on these three patents against PAN if and only if the judgment of invalidity of the '780 patent is reversed or vacated on appeal.

If Finjan reasserts its infringement claims on these three patents against PAN after the invalidity judgment against the '780 Patent is reversed or vacated, PAN agrees the time limitation on damages under 35 U.S.C. § 286 will be tolled and the date for filing of the reasserted infringement claims for the purposes of 35 U.S.C. § 286 shall be the date of filing of the original complaint in this present action.

Likewise, the parties have agreed to dismissal without prejudice of PAN's counterclaims

1  (Counts I, II, V, VI, XIII and XIV of Dkt. No. 116) and defenses for the '780, '926, and '494 Patents.

2

3  Each party shall bear its own costs and fees pertaining to the dismissed patents.

4  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

5

6

7  Dated:  June 21, 2021                                    Respectfully Submitted,

8
                                                            */s/ Roger A. Denning*
9                                                           Juanita R. Brooks (CA SBN 75934)
                                                            brooks@fr.com
10                                                          Roger A. Denning (CA SBN 228998)
                                                            denning@fr.com
11                                                          Frank J. Albert (CA SBN 247741)
                                                            albert@fr.com
12                                                          K. Nicole Williams (CA SBN 291900)
                                                            nwilliams@fr.com
13                                                          Jared A. Smith (CA SBN 306576)
                                                            jasmith@fr.com
14                                                          Tucker N. Terhufen (CA SBN 311038)
                                                            terhufen@fr.com
15                                                          FISH & RICHARDSON P.C.
                                                            12860 El Camino Real, Ste. 400
16                                                          San Diego, CA 92130
                                                            Telephone: (858) 678-5070 / Fax: (858) 678-5099
17
                                                            Aamir Kazi (*Pro Hac Vice*)
18                                                          kazi@fr.com
                                                            Lawrence Jarvis (*Pro Hac Vice*)
19                                                          jarvis@fr.com
                                                            FISH & RICHARDSON P.C.
20                                                          1180 Peachtree St. NE, 21st floor
                                                            Atlanta, GA  30309
21                                                          Telephone: (404) 892-5005 / Fax: (404) 892-5002

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phillip W. Goter (*Pro Hac Vice*)
goter@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696
Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Tracea Rice (*Pro Hac Vice*)
trice@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave. Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070 / Fax: (202) 783-2331


Attorneys for Plaintiff
FINJAN LLC

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | /s/ *Colette Reiner Mayer* |
| 3 | Michael A. Jacobs (CA SBN 111664)<br>MJacobs@mofo.com |
| 4 | Matthew A. Chivvis (CA SBN 251325)<br>MChivvis@mofo.com |
| 5 | Diek O. Van Nort (CA SBN 273823)<br>DVanNort@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| 7 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 8 | Telephone: (415) 268-7000/Fax: (415) 268-7522 |
| 9 | Rudy Y. Kim (CA SBN 99426) |
| 10 | RudyKim@mofo.com<br>Colette Reiner Mayer (CA SBN 263630) |
| 11 | CRMayer@mofo.com<br>MORRISON & FOERSTER LLP |
| 12 | 755 Page Mill Road |
| 13 | Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600/Fax: (650) 494-0792 |
| 14 | Eric W. Lin (*Pro Hac Vice*)<br>Elin@mofo.com |
| 15 | Michael J. DeStefano (*Pro Hac Vice*)<br>Mdestefano@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
| 17 | 250 West 55th Street<br>New York, New York 10019-9601 |
| 18 | Telephone: (212) 468-8000/Fax: (212) 468-7900 |
| 19 | |
| 20 | Attorneys for Defendant<br>PALO ALTO NETWORKS, INC. |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

>     /s/ Roger A. Denning
>     Roger A. Denning