UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No. 14-cv-04908-PJH<br><br>**ORDER TERMINATING MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND MOTION TO SEAL**<br><br>Re: Dkt. Nos. 143, 144 |

On July 19, 2021, plaintiff Finjan LLC filed a motion for leave to amend its infringement contentions. See Dkt. 143.  The motion, set for hearing on August 12, 2021, is in violation of this court's local rules, which require all motions to be noticed for hearing "not less than 35 days after the filing of the motion."  Civil L.R. 7-2(a).

Because another motion has already been filed and ruled on regarding Finjan's infringement contentions, Finjan's motion to amend is TERMINATED rather than re-set for hearing on an appropriate day.  The parties are ordered to meet and confer in person to resolve the issue themselves before re-noticing the motion – in accordance with the Local Rules – on the court's docket.

Because the court will not consider the motion to amend infringement contentions at this time, the concurrently-filed motion to seal (Dkt. 144) is also TERMINATED.

**IT IS SO ORDERED.**

Dated:  July 20, 2021

                                                          /s/ *Phyllis J. Hamilton*
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge