Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.om
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038) / terhufen@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff,
FINJAN LLC

Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew A. Chivvis (CA SBN 251325)
MChivvis@mofo.com
Diek O. Van Nort (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Attorneys for Defendant,
PALO ALTO NETWORKS, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-04908-JD<br><br>**JOINT STIPULATION RE DISMISSAL OF THREE PATENTS-IN-SUIT**<br><br>Hon. James Donato<br>Courtroom 11, 19th floor |

Plaintiff Finjan LLC ("Finjan") and Defendant Palo Alto Networks, Inc. ("PAN") hereby agree and stipulate:

In Finjan's case against ESET, LLC, pending in the United States District Court for the Southern District of California, Judge Bencivengo found that the asserted claims of U.S. Patent No. 6,804,780 ("the '780 Patent") and four other Finjan patents are invalid on the grounds that the claim term "Downloadable," as used in those claims and construed by that court, is indefinite. *Finjan, Inc. v. ESET, LLC*, No. 3:17-cv-0183-CAB-BGS, Dkt. No. 869 (S.D. Cal. Mar. 29, 2021). Based on that order, Judge Bencivengo entered judgment of invalidity with regard to those patents. *Id.* at Dkt. No. 875 (May 20, 2021). Finjan has filed a notice of appeal of that judgment to the Federal Circuit. *Id.* at Dkt. No. 878 (June 17, 2021).

Finjan has asserted the '780 Patent in this case against PAN. Finjan also has asserted two other patents that—although not asserted in *ESET* and therefore not included in Judge Bencivengo's order and judgment—also use the claim term "Downloadable," namely U.S. Patent No. 7,613,926 ("the '926 Patent") and U.S. Patent No. 8,677,494 ("the '494 Patent").

In light of Judge Bencivengo's order and judgment, the parties have agreed to dismissal of Finjan's claims of infringement of the '780 Patent (Counts I and II of Dkt. No. 112), the '926 Patent (Counts V and VI), and the '494 Patent (Counts XIII and XIV) on the following terms:

1. In the event the judgment of invalidity of the '780 Patent becomes final without any further appeal, the dismissal shall then be with prejudice; and

2. The dismissal shall be without prejudice to Finjan's reassertion of these three patents against PAN by filing a new infringement action if and only if the judgment of invalidity of the '780 Patent is reversed or vacated on appeal.

Likewise, the parties have agreed to dismissal without prejudice of PAN's counterclaims for the '780, '926, and '494 Patents (Counts I, II, V, VI, XIII, XIV, XV, and XVII of Dkt. No. 116) and defenses for the '780, '926, and '494 Patents.

Finjan and PAN have entered into a separate and contemporaneous Patent Assertion Agreement that includes a tolling provision relating to damages for the '780, '926, and '494 Patents should the judgment of invalidity of the '780 Patent be reversed or vacated on appeal and should

1  Finjan file a new infringement action.

2      Each party shall bear its own costs and fees pertaining to the dismissed patents.

3      **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

4

5

6  Dated:  August 23, 2021      Respectfully Submitted,

7      /s/ *Roger A. Denning*

8      Juanita R. Brooks (CA SBN 75934)
    brooks@fr.com

9      Roger A. Denning (CA SBN 228998)
    denning@fr.com

10     Frank J. Albert (CA SBN 247741)
    albert@fr.com

11     K. Nicole Williams (CA SBN 291900)
    nwilliams@fr.com

12     Jared A. Smith (CA SBN 306576)
    jasmith@fr.com

13     Tucker N. Terhufen (CA SBN 311038)
    terhufen@fr.com

14     FISH & RICHARDSON P.C.
    12860 El Camino Real, Ste. 400

15     San Diego, CA 92130
    Telephone: (858) 678-5070 / Fax: (858) 678-5099

16

17     Aamir Kazi (*Pro Hac Vice*)
    kazi@fr.com

18     Lawrence Jarvis (*Pro Hac Vice*)
    jarvis@fr.com

19     FISH & RICHARDSON P.C.
    1180 Peachtree St. NE, 21st floor

20     Atlanta, GA  30309
    Telephone: (404) 892-5005 / Fax: (404) 892-5002

21

22     Phillip W. Goter (*Pro Hac Vice*)
    goter@fr.com

23     FISH & RICHARDSON P.C.
    3200 RBC Plaza, 60 South Sixth Street

24     Minneapolis, MN  55402
    Telephone: (612) 335-5070 / Fax: (612) 288-9696

25     Susan E. Morrison (*Pro Hac Vice*)
    morrison@fr.com

26     FISH & RICHARDSON P.C.
    222 Delaware Ave., 17th Floor

27     P.O. Box 1114

28

1  
2  
        Wilmington, DE 19801  
        Telephone: (302) 652-5070 / Fax: (302) 652-0607  

3  
        Tracea Rice (*Pro Hac Vice*)  
        trice@fr.com  
4        FISH & RICHARDSON P.C.  
        1000 Maine Ave. Ste. 1000  
5        Washington, DC 20024  
        Telephone: (202) 783-5070 / Fax: (202) 783-2331  
6  

7        Attorneys for Plaintiff  
        FINJAN LLC  
8  

9  
        Respectfully Submitted,  
10  

        */s/ Diek O. Van Nort*  
11        _____  
        Michael A. Jacobs (CA SBN 111664)  
12        MJacobs@mofo.com  
        Matthew A. Chivvis (CA SBN 251325)  
13        MChivvis@mofo.com  
        Diek O. Van Nort (CA SBN 273823)  
14        DVanNort@mofo.com  
        MORRISON & FOERSTER LLP  
15        425 Market Street  
        San Francisco, California 94105-2482  
16        Telephone: (415) 268-7000/Fax: (415) 268-7522  

17  
        Rudy Y. Kim (CA SBN 99426)  
18        RudyKim@mofo.com  
        MORRISON & FOERSTER LLP  
19        755 Page Mill Road  
        Palo Alto, California 94304-1018  
20        Telephone: (650) 813-5600/Fax: (650) 494-0792  
        Eric W. Lin (*Pro Hac Vice*)  
21        Elin@mofo.com  
        Michael J. DeStefano (*Pro Hac Vice*)  
22        Mdestefano@mofo.com  
        MORRISON & FOERSTER LLP  
23        250 West 55th Street  
        New York, New York 10019-9601  
24        Telephone: (212) 468-8000/Fax: (212) 468-7900  
25  

26        Attorneys for Defendant  
        PALO ALTO NETWORKS, INC.  
27  
28

...

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Roger A. Denning*
Roger A. Denning