1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 4:14-cv-04908-JD<br><br>**[PROPOSED] ORDER RE DISMISSAL OF THREE PATENTS-IN-SUIT**<br><br>Hon. James Donato<br>Ctrm: 11, 19th Floor |

**[PROPOSED] ORDER**

The Court, having read and considered the parties' Stipulation, and finding good cause in support thereof, hereby orders the following:

Finjan's claims for infringement of U.S. Patent No. 6,804,780 (Counts I and II of Dkt. No. 112) are dismissed with prejudice in the event the *ESET* judgment of invalidity of the '780 patent (*Finjan, Inc. v. ESET, LLC*, No. 3:17-cv-0183-CAB-BGS, Dkt. No. 875 (S.D. Cal. Mar. 29, 2021)) becomes final without any further appeal and are dismissed without prejudice to Finjan's reassertion of this patent against PAN by filing a new infringement action if and only if the *ESET* judgment of invalidity of the '780 patent is reversed or vacated on appeal;

Finjan's claims for infringement of U.S. Patent No. 7,613,926 (Counts V and VI of Dkt. No. 112) are dismissed with prejudice in the event the *ESET* judgment of invalidity of the '780 patent becomes final without any further appeal and are dismissed without prejudice to Finjan's reassertion of this patent against PAN by filing a new infringement action if and only if the *ESET* judgment of invalidity of the '780 patent is reversed or vacated on appeal;

Finjan's claims for infringement of U.S. Patent No. 8,677,494 (Counts XIII and XIV of Dkt. No. 112) are dismissed with prejudice in the event the *ESET* judgment of invalidity of the '780 patent becomes final without any further appeal and are dismissed without prejudice to Finjan's reassertion of this patent against PAN by filing a new infringement action if and only if the *ESET* judgment of invalidity of the '780 patent is reversed or vacated on appeal;

PAN's counterclaims and defenses with regard to U.S. Patent No. 6,804,780 (Counts I and II of Dkt. No. 116) are dismissed without prejudice;

PAN's counterclaims and defenses with regard to U.S. Patent No. 7,613,926 (Counts V and VI of Dkt. No. 116) are dismissed without prejudice; and

PAN's counterclaims and defenses with regard to U.S. Patent No. 8,677,494 (Counts XIII, XIV, XV, and XVII of Dkt. No. 116) are dismissed without prejudice.

1    **IT IS SO ORDERED.**

3    Dated: _____

_____
Hon. James Donato
United States District Court Judge