MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (CA SBN 99426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No.　4:14-CV-04908-JD<br><br>**DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION TO CONFIRM FINJAN LLC HAS NO OPERATIVE INFRINGEMENT CONTENTIONS FOR THE '633, '408, AND '731 PATENTS AND STRIKE FINJAN'S AMENDED INFRINGEMENT CONTENTIONS FOR THE '154 PATENT**<br><br>Date:　October 21, 2021<br>Time:　10:00 a.m.<br>Courtroom:　11, 19th Floor<br>Judge:　Honorable James Donato |

I, DIEK O. VAN NORT, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am submitting this declaration in support of Defendant Palo Alto Networks, Inc.'s ("PAN") Motion to confirm Finjan LLC ("Finjan") has no operative infringement contentions for the '633, '408, and '731 patents and strike Finjan's amended infringement contentions for the '154 patent.

2. I am a Partner at the law firm of Morrison & Foerster LLP. I am counsel for PAN in this litigation.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Matthew Chivvis, counsel for PAN, to Hannah Lee, former counsel for Finjan, dated July 23, 2015.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Rose Lee, counsel for PAN, to Jared Smith, counsel for Finjan, dated April 15, 2021.

5. Since the Court lifted the stay on January 25, 2021, PAN has produced all requested versions of its source code and all core technical documents.

6. Attached hereto as **Exhibit 3** is a true and correct copy of correspondence between Jared Smith, counsel for Finjan, and me, from July 14, 2021 to July 19, 2021.

7. Attached hereto as **Exhibit 4** is a true and correct copy of correspondence between Jared Smith and Aamir Kazi, counsel for Finjan, and me, from August 27, 2021 to September 16, 2021.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the Order Regarding 7/7/2015 Joint Discovery Letter from *Monolithic Power Sys., Inc. v. Silergy Corp.*, No. 14–cv–01745–VC, Dkt. No. 173 (N.D. Cal. Aug. 26, 2015).

9. Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of Amended Appendix E-1 to Infringement Contentions for U.S. Patent No. 8,141,154 and NGFW, WildFire, Threat Prevention, and URL Filtering Products, which was served on August 19, 2021.

10. Attached hereto as **Exhibit 7** is an excerpt of a true and correct copy of Proposed Amended Appendix D-1 to Infringement Contentions for U.S. Patent No. 7,647,633 and NGFW,

DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION TO CONFIRM AND STRIKE
CASE NO. 4:14-CV-04908-JD
sf-4567117

1

1  WildFire, and Traps Products, which was redlined against Finjan's April 1, 2021 initial
2  infringement contentions and served on July 16, 2021.

3        11.    Attached hereto as **Exhibit 8** is an excerpt of a true and correct copy of Proposed
4  Amended Appendix F-1 to Infringement Contentions U.S. Patent No. 8,225,408 and NGFW,
5  WildFire, and Traps Products, which was redlined against Finjan's April 1, 2021 initial
6  infringement contentions and served on July 16, 2021.

7        12.    Attached hereto as **Exhibit 9** is an excerpt of a true and correct copy of Proposed
8  Amended Appendix B-1 to Infringement Contentions for U.S. Patent No. 7,418,731 and NGFW,
9  WildFire, and Traps Products, which was redlined against Finjan's April 1, 2021 initial
10 infringement contentions and served on July 16, 2021.

11       13.    Attached hereto as **Exhibit 10** is a true and correct copy of the Civil Minute Order
12 from *Finjan, Inc. v. FireEye, Inc.*, No. C 4:13-03133 SBA (JCS), Dkt. No. 134 (N.D. Cal. Oct.
13 16, 2017).

14       14.    Attached hereto as **Exhibit 11** is a true and correct copy of letter from me to Roger
15 Denning, counsel from Finjan, dated May 12, 2021.

16 I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th
17 day of September 2021, in San Clemente, CA.

                                      */s/ Diek O. Van Nort*
                                      Diek O. Van Nort

DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION TO CONFIRM AND STRIKE
CASE NO. 4:14-CV-04908-JD
sf-4567117

2