# Exhibit 11

| | |
|---|---|
| **From:** | DeStefano, Michael J |
| **To:** | Finjan-PAN_Fish-Service |
| **Cc:** | MoFo-PAN-Finjan |
| **Subject:** | Finjan v. PAN - Supplemental Invalidity Claim Charts |
| **Date:** | Wednesday, October 6, 2021 4:16:59 PM |

Counsel,

You should have received claim charts which correspond to PAN's Supplemental Invalidity Contentions.  The charts incorporate the following changes, in response to Finjan's previous requests.  PAN reserves the right to further amend these claim charts once it has received outstanding document productions from Finjan related to previous Finjan cases, and once it has reviewed relevant source code.

Amendments to these claim charts include:

- Specifically identifying all obviousness combinations PAN relies on its supplemental invalidity contentions.  These combinations can also be found in Appendix A to PAN's Supplemental Invalidity Contentions
- Disclosures associated with each obviousness combination PAN relies on.
- PAN's contentions regarding single-reference obviousness and motivation to combine for the invalidity theories provided in these claim charts
- Narratives associated with each disclosure for each limitation
- Narratives and citations to source code to the extent source code has been made available to PAN.

Regards,
Mike

### MICHAEL DESTEFANO

Associate | Morrison & Foerster LLP

250 West 55th Street | New York, NY 10019-9601
P: +1 (212) 336-4005
mofo.com | LinkedIn | Twitter