# EXHIBIT I

| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664) | ROSE S. LEE (CA SBN 294658) |
| MJacobs@mofo.com | RoseLee@mofo.com |
| MATTHEW A. CHIVVIS (CA SBN 251325) | MORRISON & FOERSTER LLP |
| MChivvis@mofo.com | 707 Wilshire Boulevard, Suite 6000 |
| DIEK O. VAN NORT (CA SBN 273823) | Los Angeles, California 90017-3543 |
| DVanNort@mofo.com | Telephone: (213) 892-5200 |
| MORRISON & FOERSTER LLP | Facsimile: (213) 892-5454 |
| 425 Market Street | |
| San Francisco, California 94105-2482 | ERIC W. LIN (*Pro Hac Vice*) |
| Telephone: (415) 268-7000 | Elin@mofo.com |
| Facsimile: (415) 268-7522 | MICHAEL J. DESTEFANO (*Pro Hac Vice*) |
| | Mdestefano@mofo.com |
| RUDY Y. KIM (CA SBN 99426) | MORRISON & FOERSTER LLP |
| RudyKim@mofo.com | 250 West 55th Street |
| COLETTE REINER MAYER (CA SBN 263630) | New York, New York 10019-9601 |
| CRMayer@mofo.com | Telephone: (212) 468-8000 |
| MORRISON & FOERSTER LLP | Facsimile: (212) 468-7900 |
| 755 Page Mill Road | |
| Palo Alto, California 94304-1018 | |
| Telephone: (650) 813-5600 | |
| Facsimile: (650) 494-0792 | |

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN LLC, <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | Case No.   4:14-CV-04908-PJH <br><br> **DEFENDANT PALO ALTO NETWORKS, INC.'S ("PAN")'S PRELIMINARY ELECTION OF ASSERTED PRIOR ART** <br><br> Judge:  Honorable Phyllis J. Hamilton |

PAN submits the below list of prior art references for its Preliminary Election of Asserted Prior Art pursuant to the Court's June 6, 2021 Case Narrowing Schedule Order (Dkt. No. 126). In addition, based on information presently available to PAN, PAN designates below which patent, patent publication and non-patent literature it understands is subject to IPR estoppel to the extent each reference is not used in combination with a prior art product or system. PAN reserves the right to amend this list should Finjan amend its deficient infringement contentions or should additional information be made available to PAN concerning Finjan's infringement contentions or third party systems during the course of claim construction, fact and expert discovery.

**References Invalidating U.S. Patent No. 7,418,731 ("the '731 Patent")**

PAN is not subject to IPR estoppel when relying on, either individually or in combination with other references, any of the following references as part of an invalidity defense against the asserted claims of the '731 Patent.

| '731 Pat. Ref. Count | Overall Ref. Count | Reference Name | Short Name |
|---|---|---|---|
| 1 | 1 | Squid System | Squid |
| 2 | 2 | VICEd System | VICEd |
| 3 | 3 | SurfinGate System | SurfinGate |
| 4 | 4 | Checkpoint Firewall-1 System | Checkpoint Firewall-1 |
| 5 | 5 | U.S. Patent No. 6,088,803 | Tso |
| 6 | 6 | U.S. Patent No. 6,170,012 | Coss |
| 7 | 7 | U.S. Patent No. 6,038,601 | Lambert |
| 8 | 8 | Proxy Servers and Databases for Managing Web-based Information | Thomson |
| 9 | 9 | Trust Management for the World Wide Web | Chu |

**References Invalidating U.S. Patent No. 7,647,633 ("the '633 Patent")**

PAN is not subject to IPR estoppel when relying on, either individually or in combination with other references (including those listed below), VirusWall, AppletTrap, Janus, or Digital Immune System as part of an invalidity defense against the asserted claim of the '633 Patent. For the asserted claims, PAN will not rely on Bull, Golan, Hanson, Hashii, or Herbert alone or in combination with another reference, other than in combinations including at least one of the references listed above for which PAN is not subject to IPR estoppel.

| '633 Pat. Ref. Count | Overall Ref. Count | Reference Name | Short Name |
|---|---|---|---|
| 1 | 10 | InterScan VirusWall | VirusWall |
| 2 | 11 | InterScan AppletTrap | AppletTrap |
| 3 | 12 | Janus System | Janus System |
| 4 | 13 | Digital Immune System | Digital Immune System |
| 5 | 14 | U.S. Patent No. 6,065,118 | Bull |
| 6 | 15 | U.S. Patent No. 5,974,549 | Golan |
| 7 | 16 | WO 98/31124 | Hanson |
| 8 | 17 | Brant Hashii et al. "Securing Systems Against External Programs," IEEE Internet Computing, 35-45 (Nov./Dec. 1998) | Hashii |
| 9 | 18 | Andrew Herbert, "Secure Mobile Code Management; Enabling Java for the Enterprise" (May, 1997) | Herbert |

**References Invalidating U.S. Patent No. 8,141,154 ("the '154 Patent")**

PAN is not subject to IPR estoppel when relying on, either individually or in combination with other references (including those listed below), VirusWall, AppletTrap, Janus, or Digital Immune System as part of an invalidity defense against the asserted claims of the '154 Patent.

For the asserted claims, PAN will not rely on Shipp, Khazan, Chander, Sirer, Davis, or Davenport alone or in combination with another reference, other than in combinations including at least one of the references listed above for which PAN is not subject to IPR estoppel.

| '154 Pat. Ref. Count | Overall Ref. Count | Reference Name | Short Name |
|---|---|---|---|
| 1 | | InterScan VirusWall | VirusWall |
| 2 | | InterScan AppletTrap | AppletTrap |
| 3 | | Janus System | Janus System |
| 4 | | Digital Immune System | Digital Immune System |
| 5 | 19 | U.S. Pat. No. 7,487,540 | Shipp |
| 6 | 20 | U.S. Pat. Pub. No. 2005/0108562 | Khazan |
| 7 | 21 | "Mobile Code Security by Java Bycode Instrumentation," 2001 | Chander |
| 10 | 22 | "Design and implementation of a distributed virtual machine for networked computers" | Sirer |
| 11 | 23 | U.S. Pat. No. 8,244,910 | Davis |
| 12 | 24 | U.S. Pat. No. 8,522,350 | Davenport |

**References Invalidating U.S. Patent No. 8,225,408 ("the '408 Patent")**

PAN is not subject to IPR estoppel when relying on, either individually or in combination with other references (including those listed below), Privoxy, JSLint, Bison, or Flex as part of an invalidity defense against the asserted claim of the '408 Patent. PAN is not subject to IPR estoppel when relying on, either individually or in combination with other references, any of the following references as part of an invalidity defense against claim 8 of the '408 Patent. For the asserted claims other than claim 8, PAN will not rely on Li or Zurko alone or in combination with

another reference, other than in combinations including at least one of the references listed above for which PAN is not subject to IPR estoppel. PAN does not limit its use of Li or Zurko for claim 8 of the '408 Patent.

| '408 Pat. Ref. Count | Overall Ref. Count | Reference Name | Short Name |
|---|---|---|---|
| 1 | 25 | Privoxy System | Privoxy |
| 2 | 26 | JSLint | JSLint |
| 3 | 27 | Bison | Bison |
| 4 | 28 | Flex | Flex |
| 5 | 29 | U.S. Patent No. 7,398,553 | Li |
| 6 | 30 | U.S. Patent Application 2005/0198692 A1 | Zurko |

Dated:  July 6, 2021                                 MORRISON & FOERSTER LLP

                                                     By:   */s/ Diek O. Van Nort*
                                                           Diek O. Van Nort

                                                           Attorneys for Defendant
                                                           PALO ALTO NETWORKS, INC.

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that on July 6, 2021, I served a copy of:

**DEFENDANT PALO ALTO NETWORKS, INC.'S ("PAN")'S PRELIMINARY ELECTION OF ASSERTED PRIOR ART**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rule of Civil Procedure Rule 5(b).

**By Email**

Juanita R. Brooks  
Roger A. Denning  
K. Nicole Willliams  
Frank J. Albert  
Jared A. Smith  
Tucker N. Terhufen  
Fish & Richardson P.C.  
12860 El Camino Real, Suite 400  
San Diego, CA  92130  
Telephone:  (858) 678-5070  
Facsimile:   (858) 678-5099  
*Attorneys for Plaintiff*  
*FINJAN LLC*

Email: Finjan-PAN_Fish-Service@fr.com

**By Email**

Aamir Kazi  
Lawrence Jarvis  
Fish & Richardson P.C.  
1180 Peachtree St. NE 21st Floor  
Atlanta, GA 30309  
Telephone:  (404) 892-5005  
Facsimile:   (404) 892-5002  
*Attorneys for Plaintiff*  
*FINJAN LLC*

Email: Finjan-PAN_Fish-Service@fr.com

**By Email**

Philip W. Goter  
Fish & Richardson P.C.  
3200 RBC Plaza  
60 South Sixth Street  
Minneapolis, MN 55402  
Telephone:  (612) 335-5070  
Facsimile:   (612) 288-9696

Email: Finjan-PAN_Fish-Service@fr.com

*Attorneys for Plaintiff*
*FINJAN LLC*

**By Email**                                    Email: Finjan-PAN_Fish-Service@fr.com

Susan Morrison
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099
*Attorneys for Plaintiff*
*FINJAN LLC*

**By Email**                                    Email: Finjan-PAN_Fish-Service@fr.com

Tracea Rice
Fish & Richardson P.C.
1000 Maine Ave. Ste. 1000
Washington, D.C. 20024
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331
*Attorneys for Plaintiff*
*FINJAN LLC*

Executed at Dublin, California, this 6th day of July, 2021.

By: */s/ Daisy Belle Visitacion*
         Daisy Belle Visitacion