MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW A. CHIVVIS (CA SBN 251325)
MChivvis@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

RUDY Y. KIM (CA SBN 99426)
RudyKim@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>Defendant. | Case No.    3:14-CV-04908-JD<br><br>**DEFENDANT PALO ALTO NETWORKS, INC.'S STATEMENT REGARDING PLAINTIFF FINJAN LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT NO. 178)**<br><br>Courtroom:  11, 19th Floor<br>Judge:  Honorable James Donato |

1        Pursuant to Civil Local Rule 79-5(f)(3) and Judge Donato's Standing Order for Civil

2  Cases ¶¶ 29-31, Defendant Palo Alto Networks, Inc. ("PAN") submits this statement regarding

3  Plaintiff Finjan LLC's ("Finjan") Administrative Motion to File Under Seal,[1] filed on January 13,

4  2022.  (*See* Dkt. No. 178.)

5        Finjan seeks to seal the entirety of Exhibits Q and U to Finjan's Opposition to PAN's

6  Motion for Leave to Amend Its Invalidity Contentions ("Opposition").  (*Id.*)  Exhibits Q and U

7  are invalidity claim charts that PAN served on October 6, 2021; together they contain over 1200

8  pages.  (*See* Dkt. No. 178-3; Dkt. No. 178-5.)  Finjan's Opposition cites to 16 pages in total from

9  the two Exhibits:  twelve pages from Exhibit Q and four pages from Exhibit U.  (Dkt. No. 179 at

10  7, 8, 12.)

11        In view of both Judge Hamilton's and Judge Donato's previous orders requiring the

12  parties to "streamline their further filings for the purpose of judicial economy" (Dkt. No. 146 at 4;

13  *see* Dkt. No. 177),[2] PAN requests that the Court consider only the pages of Exhibits Q and U that

14  Finjan specifically cites to and relies on in its Opposition—instead of Exhibits Q and U in their

15  entirety.

16        While the entirety of Exhibits Q and U do contain third-party confidential information, the

17  specific pages that Finjan cites to and relies on do not.  They therefore do not need to be sealed

18  and can be filed publicly.  Finjan's Opposition confirms this.  The only time that Finjan mentions

19  Exhibits Q and U in its Opposition are alleged examples of PAN's invalidity claim charts

20  containing "printed publications" that Finjan previously produced as public.  (Dkt. No. 179 at 7,

21  8, 12.)

22

23      [1] Finjan appears to have incorrectly styled its Administrative Motion.  Under Civil Local
Rule 79-5(f) (effective November 1, 2021), "[f]or any document a party ('Filing Party') seeks to

24  seal because that document has been designated as confidential by another party or non-party (the
'Designating Party'), the Filing Party must, instead of filing an Administrative Motion to File

25  Under Seal, file an Administrative Motion to Consider Whether Another Party's Material Should
Be Sealed."

26      [2] Judge Hamilton previously stated that "the court neither has the time nor the inclination
to read" Finjan's "over 2,000 pages of exhibits[.]"  (Dkt. No. 146 at 4.)  Judge Donato has

27  similarly advised the parties that filings "should not require review of hundreds of pages of
exhibits."  (Dkt. No. 177.)

28

1    Accordingly, PAN requests that the Court consider and publicly file the attached

2    excerpted copies of Exhibits Q and U that contain only the pages that Finjan specifically cites to

3    and relies on in its Opposition—instead of Exhibits Q and U in their entirety.  Because the

4    excerpted copies do not contain any confidential information, PAN additionally requests that

5    Finjan's Administrative Motion to File Under Seal (Dkt. No. 178) be terminated without

6    prejudice.

7

8    Dated: January 20, 2022                    MORRISON & FOERSTER LLP

9

10

11                                        By:    /s/ Diek O. Van Nort
                                                 Diek O. Van Nort

12                                              Attorneys for Defendant
                                                PALO ALTO NETWORKS, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28