Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Susan E. Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607
Additional counsel listed on signature page

***Attorneys for Plaintiff,***
**FINJAN LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>          Defendant. | Case No. 4:14-cv-04908-JD<br><br>**FINJAN LLC'S NOTICE OF WITHDRAWAL OF ITS ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF No. 178)**<br><br>Hon. James Donato<br>Ctrm: 11, 19th Floor |

Case No. 4:14-cv-04908-JD
FINJAN'S NOTICE OF WITHDRAWAL OF MFUS

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(e), Plaintiff Finjan LLC

2 ("Finjan") hereby withdraws its Administrative Motion to File Under Seal Exhibits Q and U to

3 Finjan LLC's Opposition to Defendant Palo Alto Networks, Inc.'s ("PAN") Motion for Leave to

4 Amend Its Invalidity Contentions on January 13, 2022 (ECF No. 178), which requested sealing

5 Exhibit Q (Palo Alto Networks, Inc.'s Proposed Supplemental Invalidity Contentions Charts,

6 Exhibit G-10) and Exhibit U (Palo Alto Networks, Inc.'s Proposed Supplemental Invalidity

7 Contentions Charts, Exhibit F-10) attached to the Declaration of Phillip W. Goter in Support of

8 Finjan's Opposition To Palo Alto Networks, Inc.'s Motion For Leave To Amend Its Invalidity

9 Contentions.  Contemporaneous with this notice of withdrawal of that motion, Finjan is filing

10 excerpted public versions of Exhibits Q and U, which shall serve as replacements for the redacted

11 Exhibits Q and U (ECF Nos. 179-19 and 179-23), respectively.[1]

12

13 Dated: January 24, 2022                      /s/ Roger A. Denning

14                                              Juanita R. Brooks (CA SBN 75934)
                                                brooks@fr.com
15                                              Roger A. Denning (CA SBN 228998)
                                                denning@fr.com
16                                              Frank J. Albert (CA SBN 247741)
                                                albert@fr.com
17                                              K. Nicole Williams (CA SBN 291900)
                                                nwilliams@fr.com
18                                              Jared A. Smith (CA SBN 306576)
19                                              jasmith@fr.com
                                                FISH & RICHARDSON P.C.
20                                              12860 El Camino Real, Ste. 400
                                                San Diego, CA 92130
21                                              Phone: (858) 678-5070 / Fax: (858) 678-5099

22

23

24
    ───────────────────────
25 [1] PAN designated every page of Exhibit Q as containing "Highly Confidential – Attorneys' Eyes
   Only," "Check Point Highly Confidential Attorneys' Eyes Only," and "Highly Confidential –
26 Source Code Information" under the Protective Order.  PAN also designated every page of
   Exhibit U as containing "Third Party Highly Confidential – Attorneys' Eyes Only" and "Highly
27 Confidential – Source Code Information" under the Protective Order.  PAN has subsequently
   represented that the specific pages that Finjan cites to and relies on do not contain confidential
28 information and therefore do not need to be sealed and can be filed publicly.  *See* Dkt. No. 183 at
   p. 1.  Finjan therefore provides excerpted public versions of Exhibits Q and U in accordance with
   PAN's representation.

| | |
|---|---|
| 1 | |
| 2 | Aamir Kazi (*Pro Hac Vice*) |
|   | kazi@fr.com |
| 3 | Lawrence Jarvis (*Pro Hac Vice*) |
|   | jarvis@fr.com |
| 4 | FISH & RICHARDSON P.C. |
|   | 1180 Peachtree St. NE, 21st floor |
| 5 | Atlanta, GA  30309 |
|   | Phone: (404) 892-5005 / Fax: (404) 892-5002 |

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Phone: (404) 892-5005 / Fax: (404) 892-5002

Phillip W. Goter (*Pro Hac Vice*)
goter@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN  55402
Phone: (612) 335-5070 / Fax: (612) 288-9696

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor, P.O. Box 1114
Wilmington, DE  19801
Phone: (302) 652-5070 / Fax: (302) 652-0607

Tracea Rice (*Pro Hac Vice*)
trice@fr.com
FISH & RICHARDSON P.C.
1000 Maine Ave. Ste. 1000
Washington, DC 20024
Phone: (202) 783-5070 / Fax: (202) 783-2331

Attorneys for Plaintiff FINJAN LLC