Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Susan E. Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Additional counsel listed on signature page*

**Attorneys for Plaintiff**
FINJAN LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| FINJAN LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 3:14-cv-04908-JD<br><br>**FINJAN LLC'S REPLY IN SUPPORT OF ITS OPPOSED MOTION FOR A SCHEDULING ORDER**<br><br>Date:　August 25, 2022<br>Time:　10:00am<br>Courtroom 11, 19th Floor<br>Hon. James Donato |

1     PAN improperly seeks a *de facto* stay of this case without moving the Court to do so. As detailed in Finjan's motion, this nearly 8 year old case was already stayed more than 5 years to allow PAN's 13 IPRs and related appeals to run their course. That delay resulted in just 3 of the more than 198 challenged claims being found unpatentable. Now PAN seeks another delay. It argues that the Court should simply let this case languish without a scheduling order indefinitely to allow Finjan's other district court cases and Federal Circuit appeals to resolve in the hope that they "*may* narrow issues in this case by eliminating patents or issuing claim construction or other substantive decisions." *See* Dkt. No. 192. PAN argues that the Court should take this approach for reasons of judicial efficiency (*see id.*), but PAN merely seeks yet another delay in this case that has been pending almost 8 years.

Furthermore, PAN's reliance on the Federal Circuit's pending decision in *Finjan v. ESET* ("*ESET* Appeal Decision") is just another excuse to further delay this case after already delaying the case years for PAN's largely unsuccessful IPRs. There can be no doubt this Court is fully capable of dealing with whatever outcome, efficiently and effectively, whenever it should occur.

Finally, PAN's purported concern with judicial resources does not comport with its own actions. PAN had the opportunity to propose a schedule, including one that accounted for the pending *ESET* Appeal Decision in response to Finjan's offer to meet and confer to file a joint stipulated proposed schedule. It refused to do so. In fact, PAN did not take issue with a single date in Finjan's proposed schedule that was presented to PAN and ultimately submitted to the Court as Exhibit 1 to Finjan's motion. Instead, PAN's lack of cooperation in coming up with a much needed joint schedule necessitated Finjan's opposed motion and related pending hearing—actually wasting both the parties' and judicial resources to further delay this case.

There are no immediate prospects for settlement in sight as the parties have already had multiple mediation sessions to no avail. With all respect, Finjan is entitled to a timely day in Court and requests the Court enter the revised proposed case schedule included as Exhibit 1 to Finjan's motion. Dkt. No. 191; Dkt. No. 191-1.

Dated: August 8, 2022

Respectfully submitted,

*/s/ Juanita R. Brooks*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA 30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor, P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

***Attorneys for Plaintiff FINJAN LLC***