UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN LLC,

        Plaintiff,

v.

PALO ALTO NETWORKS, INC.,

        Defendant.

Case No. 3:14-cv-04908-JD

**SCHEDULING ORDER**

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| **Event** | **Deadline** |
|---|---|
| Add parties or amend pleadings | Closed |
| Exchange of privilege logs | December 5, 2022 |
| Fact discovery cut-off | December 23, 2022 |
| Last day to meet and confer and submit proposals for third election of asserted claims and prior art | January 3, 2023 |
| Expert disclosures | January 27, 2023 |
| Rebuttal expert disclosures | February 24, 2023 |
| Expert discovery cut-off | March 17, 2023 |
| Last day to file written technology synopsis | March 21, 2023 |

| Event | Deadline |
|---|---|
| Claim construction tutorial | April 4, 2023, at 11:00 a.m. |
| Claim construction hearing | April 11, 2023, at 11:00 a.m. |
| Subsequent case management conference | 30 days after issuance of claim construction order |
| Second election of asserted claims | 21 days after issuance of claim construction order |
| Patent Local Rule 3-7 disclosures | 30 days after issuance of claim construction order |
| Second election of asserted prior art | 14 days after second election of asserted claims |
| Last day to file dispositive and *Daubert* motions | July 31, 2023 |
| Last day to file oppositions to dispositive and *Daubert* motions | August 21, 2023 |
| Last day to file replies to dispositive and *Daubert* motions | September 4, 2023 |
| Hearing on dispositive and *Daubert* motions | September 28, 2023, at 10:00 a.m. |
| Pretrial conference | March 21, 2024, at 1:30 p.m. |
| Jury Trial | April 8, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: August 23, 2022

_____
JAMES DONATO
United States District Judge

2