|||
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
|   | MJacobs@mofo.com |
| 2 | DIEK O. VAN NORT (CA SBN 273823) |
|   | DVanNort@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FINJAN LLC, | Case No.   3:14-CV-04908-JD |
|---|---|
| Plaintiff, | **DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION TO STRIKE AND DISMISS** |
| v. |  |
| PALO ALTO NETWORKS, INC., |  |
| Defendant. | Date:   November 17, 2022 |
|  | Time:   10:00 a.m. |
|  | Courtroom: 11, 19th Floor |
|  | Judge:  Honorable James Donato |

I, DIEK O. VAN NORT, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am submitting this declaration in support of Defendant Palo Alto Networks, Inc.'s ("PAN") Motion to Strike Finjan LLC's ("Finjan") Infringement Contentions for the '154, '408, and '731 Patents and to Dismiss These Patent Claims with Prejudice.

2. I am a Partner at the law firm of Morrison & Foerster LLP. I am counsel for PAN in this litigation.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Susan Ravelo, serving Finjan's amended infringement charts for the '633, '154, '408, and '731 Patents on January 28, 2022.

4. Attached hereto as **Exhibit 2** is an excerpt of a true and correct copy of Second Amended Appendix E1 Infringement Chart for the '154 Patent, served on January 28, 2022.

5. Attached hereto as **Exhibit 3** is an excerpt of a true and correct copy of Amended Appendix F1 Infringement Chart for the '408 Patent, served on January 28, 2022.

6. Attached hereto as **Exhibit 4** is an excerpt of a true and correct copy of Amended Appendix B1 Infringement Chart for the '731 Patent, served on January 28, 2022.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Diek Van Nort regarding the parties' meet and confer, dated September 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2022, in San Clemente, CA.

      */s/ Diek O. Van Nort*
      Diek O. Van Nort

DECLARATION OF DIEK O. VAN NORT IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S MOTION TO STRIKE AND DISMISS
CASE NO. 3:14-CV-04908-JD
NY-2450497

1