1  Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
   Roger A. Denning (CA SBN 228998) / denning@fr.com
2  Frank J. Albert (CA SBN 247741) / albert@fr.com
3  K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
   Jared A. Smith (CA SBN 306576) / jasmith@fr.com
4  Tyler R. Train (CA SBN 318998) / train@fr.com
   FISH & RICHARDSON P.C.
5  12860 El Camino Real, Ste. 400
   San Diego, CA 92130
6  Telephone: (858) 678-5070 / Fax: (858) 678-5099
7
   Susan E. Morrison (Pro Hac Vice) / morrison@fr.com
8  FISH & RICHARDSON P.C.
   222 Delaware Avenue, 17th Floor
9  P.O. Box 1114
   Wilmington, DE 19801
10 Telephone: (302) 652-5070 / Fax: (302) 652-0607
   *Additional counsel listed on signature page*
11
12 Attorneys for Plaintiff,
   FINJAN LLC
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC, | Case No. 3:14-cv-04908-JD |
| Plaintiff, | **PLAINTIFF FINJAN LLC'S AMENDED CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |
| v. | |
| PALO ALTO NETWORKS, INC., | Hon. James Donato |
| Defendant. | Ctrm: 11, 19th Floor |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Finjan LLC (formerly known as Finjan, Inc.) is wholly-owned by Finjan Holdings LLC, which is wholly-owned by CFIP Goldfish Holdings LLC. No publicly held corporation owns 10% or more of Finjan LLC's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Finjan Holdings LLC, CFIP Goldfish Holdings LLC, and Fortress Investment Group LLC, each of which has a direct or indirect financial interest in Finjan LLC.

Dated:  December 22, 2022

Respectfully Submitted,

*/s/ Roger A. Denning*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tyler R. Train (CA SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John M. Farrell (CA SBN 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070 / Fax: (650) 839-5071

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Attorneys for Plaintiff FINJAN LLC*