Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff,
FINJAN LLC

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant,
PALO ALTO NETWORKS, INC.

Additional counsel on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC, | Case No. 3:14-cv-04908-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CASE NARROWING SCHEDULE** |
| v. | |
| PALO ALTO NETWORKS, INC., | Hon. James Donato |
| Defendant. | Ctrm: 11, 9th Floor |

Pursuant to Civil Local Rule 7-12 and the June 9, 2021 Stipulation and Order Re: Case Narrowing Schedule as Modified by the Court (Dkt. No. 126), Defendant Palo Alto Networks, Inc. ("PAN") and Plaintiff Finjan LLC ("Finjan") stipulate to the following case narrowing schedule.

| Election | Timing | Max Claims/ References Per Patent | Total Claims/ References |
|---|---|---|---|
| Second Election of Asserted Claims | January 13, 2023 | 7 | 16 |
| Second Election of Asserted Prior Art | January 27, 2023, with the submission of PAN's Opening Invalidity Report | 8 | 22 |
| Third Election of Asserted Claims and Asserted Prior Art | Parties to meet and confer and submit competing proposal if necessary no less than 10 days after entry of Claim Construction Order.  Finjan to make its election no later than 21 days after entry of Claim Construction Order, and PAN to make its election no later than 35 days after entry of Claim Construction Order. | TBD | TBD |

Not later than January 13, 2023, Finjan shall serve a Second Election of Asserted Claims, which shall assert from the subset of claims previously identified no more than 7 claims per patent and no more than a total of 16 claims across all Patents-in-Suit.  Not later than January 27, 2023, PAN shall serve a Second Election of Asserted Prior Art, which shall assert from the subset of prior art references previously identified no more than 8 references per patent and no more than a total of 22 references across all Patents-in-Suit.[1]

Not later than 10 days after the Court's entry of a Claim Construction Order, the parties shall meet and confer regarding a possible Third Election of Asserted Claims and Third Election of Asserted Prior Art.  At the time of signing of this stipulation, neither party commits that it will

---

[1] A prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.  Any such closely related work shall be used solely for the purposes of describing the prior art instrumentality and shall not be available to be used in combination with other disclosed instrumentalities unless specifically disclosed for those other instrumentalities.

propose further reduction in Third Election, only that it will agree to meet and confer. If the parties agree on further reduction, they will submit a joint proposal to the Court. If the parties disagree, they may submit competing proposals if necessary. Any Third Election of Asserted Claims would occur 21 days after entry of the Court's Claim Construction Order. Any Third Election of Asserted Prior Art would occur 35 days after entry of the Court's Claim Construction Order.

Upon a showing of diligence, and with due consideration for prejudice, a party may seek to modify the above limits on asserted claims and prior art references for good cause shown. Any request to increase these limits must specifically show why the inclusion of additional asserted claims or prior art references is warranted. *See In re Katz Interactive Call Processing Patent Litig.*, 639 F.3d 1303, 1312–13 (Fed. Cir. 2011). A failure to seek such a modification will constitute acquiescence to the above limits on asserted claims and prior art references.

DATED: January 3, 2023            /s/Diek O. Van Nort

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
DIEK O. VAN NORT (CA SBN 273823)
DVanNort@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

|   |   |   |
|---|---|---|
| 1 | | ROSE S. LEE (CA SBN 294658) |
|   | | RoseLee@mofo.com |
| 2 | | Morrison & Foerster LLP |
|   | | 707 Wilshire Boulevard, Suite 6000 |
| 3 | | Los Angeles, California 90017-3543 |
|   | | Telephone: (213) 892-5200 |
| 4 | | Facsimile: (213) 892-5454 |
| 5 | | Attorneys for Defendant |
|   | | PALO ALTO NETWORKS, INC. |

DATED:  January 3, 2023           */s/ Roger Denning*
                                   Juanita R. Brooks (CA SBN 75934)
                                   brooks@fr.com
                                   Roger A. Denning (CA SBN 228998)
                                   denning@fr.com
                                   Frank J. Albert (CA SBN 247741)
                                   albert@fr.com
                                   K. Nicole Williams (CA SBN 291900)
                                   nwilliams@fr.com
                                   Jared A. Smith (CA SBN 306576)
                                   jasmith@fr.com
                                   FISH & RICHARDSON P.C.
                                   12860 El Camino Real, Ste. 400
                                   San Diego, CA 92130
                                   Telephone: (858) 678-5070 / Fax: (858) 678-5099

                                   Aamir Kazi (*Pro Hac Vice*)
                                   kazi@fr.com
                                   Lawrence Jarvis (*Pro Hac Vice*)
                                   jarvis@fr.com
                                   FISH & RICHARDSON P.C.
                                   1180 Peachtree St. NE, 21st floor
                                   Atlanta, GA 30309
                                   Telephone: (404) 892-5005 / Fax: (404) 892-5002

                                   Susan E. Morrison (*Pro Hac Vice*)
                                   morrison@fr.com
                                   FISH & RICHARDSON P.C.
                                   222 Delaware Ave., 17th Floor
                                   P.O. Box 1114
                                   Wilmington, DE 19801
                                   Telephone: (302) 652-5070 / Fax: (302) 652-0607

                                   Attorneys for Plaintiff
                                   FINJAN LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Diek O. Van Nort, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Roger Denning has concurred in this filing.

Dated: January 3, 2023     /s/ *Diek O. Van Nort*
                                            Diek O. Van Nort

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable James Donato
United States District Court Judge