| | |
|---|---|
| 1 | Juanita R. Brooks (CA SBN 75934) / brooks@fr.com |
| 2 | Roger A. Denning (CA SBN 228998) / denning@fr.com |
|   | Frank J. Albert (CA SBN 247741) / albert@fr.com |
| 3 | K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com |
|   | Jared A. Smith (CA SBN 306576) / jasmith@fr.com |
| 4 | Tyler R. Train (CA SBN 318998) / train@fr.com |
|   | FISH & RICHARDSON P.C. |
| 5 | 12860 El Camino Real, Ste. 400 |
|   | San Diego, CA 92130 |
| 6 | Telephone: (858) 678-5070 / Fax: (858) 678-5099 |

Susan E. Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

Attorneys for Plaintiff
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC, | Case No. 3:14-cv-04908-JD |
| Plaintiff, | **DECLARATION OF WILLIAMS IN SUPPORT OF FINJAN LLC'S MOTION TO SEVER AND STAY PATENTS** |
| v. | |
| PALO ALTO NETWORKS, INC., | Hon. James Donato |
| Defendant. | Ctrm: 11, 19th Floor |

CASE NO. 3:14-CV-04908-JD
DECL. OF K. NICOLE WILLIAMS

I, K. Nicole Williams, declare as follows:

1. I am a principal of Fish & Richardson P.C. and counsel of record in this action for Plaintiff Finjan LLC ("Finjan"). I am a member of the Bar of the State of California. I have personal knowledge of the matters stated in this declaration, and would testify truthfully to them if called upon to do so.

2. I make this declaration in support of Finjan LLC's Opposed Motion to Sever and Stay U.S. Patent Nos. 6,804,780 ("the '780 Patent"), 7,613,926 ("the '926 Patent"), and 8,677,494 ("the '494 Patent).

3. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Diek O. Van Nort to Roger A. Denning regarding the dismissal of U.S. Patent Nos. 6,804,780, 8,677,494 and 7,613,926.

Executed at Chicago, Illinois on the 17th day of January, 2023.

/s/ K. Nicole Williams
K. Nicole Williams

1   CASE NO. 3:14-CV-04908-JD
DECL. OF K. NICOLE WILLIAMS