| | |
|---|---|
| 1 | MICHAEL A. JACOBS (CA SBN 111664) |
| | MJacobs@mofo.com |
| 2 | DIEK O. VAN NORT (CA SBN 273823) |
| | DVanNort@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC, | Case No. 3:14-CV-04908-JD |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | Judge: Honorable James Donato |
| PALO ALTO NETWORKS, INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Diek O. Van Nort, formerly a Partner with the law firm of Morrison & Foerster LLP, hereby withdraws as counsel for Defendant Palo Alto Networks, Inc. ("PAN") in this action. PAN continues to be represented in this action by the law firm of Morrison & Foerster LLP. PAN respectfully requests that the ECF Notification for this action be updated accordingly to remove Mr. Van Nort.

Dated:  January 24, 2023                                MORRISON & FOERSTER LLP

                                                        By:     */s/ Diek O. Van Nort*
                                                                Diek O. Van Nort

                                                        Attorneys for Defendant
                                                        PALO ALTO NETWORKS, INC.