UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 9, 2023                                                          Judge: Hon. James Donato

Time: 14 Minutes

Case No.        3:14-cv-04908-JD
Case Name       Finjan LLC v. Palo Alto Networks, Inc.

Attorney for Plaintiff:         Roger Denning
Attorneys for Defendant:        Michael Jacobs and Eric Lin

Court Reporter: Belle Ball

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Discovery Hearing -- Held

## NOTES AND ORDERS

For Dkt. No. 209, the parties jointly advise that Finjan declined to produce valuation documents for each of the patents-in-suit on the basis of privilege. Consequently, in response to the Court's proposal, Finjan has elected to produce the valuation documents on the privilege log in lieu of foregoing damages claims at trial. Finjan will produce the documents by February 17, 2023. No further discovery is permitted.