| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664) <br> MJacobs@mofo.com <br> MATTHEW I. KREEGER (CA SBN 153793) <br> MKreeger@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | ROSE S. LEE (CA SBN 294658) <br> RoseLee@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard, Suite 6000 <br> Los Angeles, California 90017-3543 <br> Telephone: (213) 892-5200 <br> Facsimile: (213) 892-5454 |

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC, <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | Case No.   3:14-CV-04908-JD <br><br> **DEFENDANT PALO ALTO NETWORKS, INC.'S UNOPPOSED MOTION TO CONTINUE THE WRITTEN TECHNOLOGY SYNOPSIS, TECHNOLOGY TUTORIAL, AND CLAIM CONSTRUCTION HEARING DATES** <br><br> Date:   April 6, 2023 <br> Time:   10:00 a.m. <br> Courtroom:  11, 19th Floor <br> Judge:   Honorable James Donato |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 6, 2023, at 10 a.m., or as soon thereafter as the matter may be heard in the United States District Court for the Northern District of California, San Francisco Division, in Courtroom 11 before the Honorable James Donato, Defendant Palo Alto Networks, Inc. ("PAN") will and hereby does submit its unopposed motion to continue the written technology synopsis, technology tutorial, and claim construction hearing dates.

## RELIEF REQUESTED

PAN seeks to continue the written technology synopsis, technology tutorial, and claim construction hearing dates due to trial conflicts of PAN's lead counsel.

## STATEMENT OF ISSUES

Whether the Court should continue the written technology synopsis, technology tutorial, and claim construction hearing dates.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Palo Alto Networks, Inc. ("PAN"), by and through its undersigned counsel, submits this Unopposed Motion to Continue the Written Technology Synopsis, Technology Tutorial, and Claim Construction Hearing dates. On February 15, 2023, the Court issued an order continuing the technology tutorial from April 4, 2023 to April 25, 2023, and the claim construction hearing from April 11, 2023 to May 11, 2023. (ECF No. 225.) Lead counsel for PAN has previously-scheduled trial conflicts on the rescheduled dates. (Declaration of Michael A. Jacobs, ¶ 2.)

Counsel for PAN has conferred with counsel for Finjan. Finjan confirmed that it is available on the dates in the Proposed Schedule below and that it does not oppose PAN's motion to continue the written technology synopsis, technology tutorial, and claim construction hearing dates. PAN therefore requests the following modifications to the current case schedule:

PAN'S UNOPPOSED MOTION TO CONTINUE DATES
CASE NO. 3:14-CV-04908-JD
sf-5429460

1

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Last day to file written technology synopsis | March 21, 2023 | May 5, 2023 |
| Technology tutorial | April 25, 2023, at 11 a.m. | May 16, 2023, at 11 a.m. |
| Claim construction hearing | May 11, 2023, at 10 a.m. | June 1, 2023, at 10 a.m. |

| | | |
|---|---|---|
| 1 | Dated: February 24, 2023 | MORRISON & FOERSTER LLP |

By:  */s/ Michael A. Jacobs*
     Michael A. Jacobs

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
MATTHEW I. KREEGER (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KYLE W.K. MOONEY (*Pro Hac Vice*)
KMooney@mofo.com
ERIC W. LIN (*Pro Hac Vice*)
ELin@mofo.com
MICHAEL J. DESTEFANO (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Defendant
PALO ALTO NETWORKS, INC.