Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.om
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tyler R. Train (CA SBN 318998) / train@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

*Attorneys for Plaintiff,*
*FINJAN LLC*

Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew I. Kreeger (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

*Attorneys for Defendant,*
*PALO ALTO NETWORKS, INC.*

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>            Defendant. | Case No. 3:14-cv-04908-JD<br><br>**PARTIES' JOINT STIPULATION OF DISMISSAL OF U.S. PATENT NOS. 6,804,780; 7,613,926; AND 8,677,494**<br><br>Hon. James Donato<br>Ctrm: 11, 19th Floor |

1       Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Finjan LLC ("Finjan") and
2  Defendant Palo Alto Networks, Inc. ("PAN") hereby agree and stipulate:
3       In Finjan's case against ESET, LLC and ESET SPOL. S.R.O., pending in the United States
4  District Court for the Southern District of California, Judge Bencivengo found that the asserted
5  claims of U.S. Patent No. 6,804,780 (the "'780 Patent") and four other Finjan patents are invalid on
6  the grounds that the claim term "Downloadable," as used in those claims and construed by that court,
7  is indefinite. *Finjan, Inc. v. ESET, LLC*, No. 3:17-cv-0183-CAB-BGS ("*ESET*"), Dkt No. 869 (S.
8  D. Cal. Mar. 29, 2021).  Based on that order, Judge Bencivengo entered judgment of invalidity with
9  regard to those patents. *Id.* at Dkt. No. 875 (May 20, 2021).  Finjan appealed that judgment to the
10 United States Court of Appeals for the Federal Circuit. *Id.* at Dkt. No. 878 (June 17, 2021).  On
11 November 1, 2022, the Federal Circuit reversed the district court's claim construction, vacated its
12 grant of summary judgment, and remanded for further proceedings. *Finjan LLC v. ESET, LLC*, 51
13 F.4th 1377 (Fed. Cir. 2022).  The Federal Circuit mandate issued on January 3, 2023.
14      Finjan has asserted the '780 Patent in this case against PAN.  Finjan has also asserted two
15 other patents that—although not asserted in *ESET* and therefore not included in Judge Bencivengo's
16 order and judgment—also use the claim term "Downloadable," namely U.S. Patent No. 7,613,926
17 (the "'926 Patent") and U.S. Patent No. 8,677,494 (the "'494 Patent").
18      The parties previously agreed to dismissal of Finjan's claim of infringement of the '780
19 Patent (Counts I and II of Dkt. No. 112), the '926 Patent (Counts V and VI), and the '494 Patent
20 (Counts XIII and XIV) without prejudice to Finjan's reassertion of these three patents against PAN
21 by filing a new infringement action if and only if the judgment of invalidity of the '780 Patent were
22 to be reversed or vacated on appeal.  (Dkt. No. 156.)  This Court ordered, "The court will enter
23 dismissal of Counts I, II, V, VI, XIII, XV, and XVII of Dkt. No. 112 and related counterclaims only
24 when dismissal is not conditional on subsequent appeals."  (Dkt. No. 157.)
25      On January 17, 2023, Finjan filed a motion to sever and stay its infringement claims for the
26 '780, '926, and '494 Patents for adjudication following resolution of the remaining patents-in-suit.
27 (Dkt. No. 219.)  On May 15, 2023, the Court denied Finjan's motion to sever and stay the '780,
28 '926, and '494 Patents and invited the parties to submit a proposal for litigating the claims, which

1  "may include dismissal of the relevant claims without prejudice to Finjan filing a new infringement
2  action, consistent with the parties' previous agreement at Dkt. No. 156."  (Dkt. No. 248.)
3         The parties now have agreed to stipulate to the dismissal of Finjan's claims of infringement
4  of the '780 Patent (Counts I and II of Dkt. No. 112), the '926 Patent (Counts V and VI), and the
5  '494 Patent (Counts XIII and XIV) without prejudice to Finjan's reassertion of these three patents
6  against PAN by filing a new infringement action if and when Finjan chooses to do so.  The parties
7  also have agreed to stipulate to the dismissal of PAN's counterclaims for the '780, '926, and '494
8  Patents without prejudice (Counts I, II, V, VI, XIII, XIV, XV, and XVII of Dkt. No. 116).
9         Finjan and PAN entered into a separate Patent Assertion Agreement in August 2021 that
10 includes a tolling provision relating to damages for the '780, '926 and '494 Patents following
11 reversal of the judgment of invalidity of the '780 Patent.
12        Each party shall bear its own costs and fees pertaining to the dismissed patents.
13        **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**
14
15 Dated:  May 30, 2023                                Respectfully Submitted,
16
                                                     */s/ Juanita R. Brooks*
17                                                   Juanita R. Brooks (CA SBN 75934)
                                                     brooks@fr.com
18                                                   Roger A. Denning (CA SBN 228998)
                                                     denning@fr.com
19                                                   Frank J. Albert (CA SBN 247741)
                                                     albert@fr.com
20                                                   K. Nicole Williams (CA SBN 291900)
                                                     nwilliams@fr.com
21                                                   Jared A. Smith (CA SBN 306576)
22                                                   jasmith@fr.com
                                                     Tyler R. Train (CA SBN 318998)
23                                                   train@fr.com
                                                     FISH & RICHARDSON P.C.
24                                                   12860 El Camino Real, Ste. 400
                                                     San Diego, CA 92130
25                                                   Telephone: (858) 678-5070 / Fax: (858) 678-5099
26
27
28

1
2
3
4

John M. Farrell (CA SBN 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070 / Fax: (650) 839-5071

5
6
7
8
9

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

10
11
12
13
14

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

15

*Attorneys for Plaintiff FINJAN LLC*

16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted,

*/s/ Michael A. Jacobs*
Michael A. Jacobs (CA SBN 111664)
MJacobs@mofo.com
Matthew I. Kreeger (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Kyle W.K. Mooney (*Pro Hac Vice*)
KMooney@mofo.com
Eric W. Lin (*Pro Hac Vice*)
Elin@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000/Fax: (212) 468-7900

Rose S. Lee (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90071-3543
Telephone: (415) 268-7000/Fax: (415) 268-7522

*Attorneys for Defendant*
*PALO ALTO NETWORKS, INC.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION**, the Court hereby orders the following:

Finjan's claims for infringement of U.S. Patent No. 6,804,780 (Counts I and II of Dkt. No. 112) are dismissed without prejudice;

PAN's counterclaims and defenses with regard to U.S. Patent No. 6,804,780 (Counts I and II of Dkt. No. 116) are dismissed without prejudice;

Finjan's claims for infringement of U.S. Patent No. 7,613,926 (Counts V and VI of Dkt. No. 112) are dismissed without prejudice;

PAN's counterclaims and defenses with regard to U.S. Patent No. 7,613,926 are dismissed without prejudice (Counts V and VI of Dkt. No. 116).

Finjan's claims for infringement of U.S. Patent No. 8,677,494 (Counts XIII and XIV of Dkt. No. 112) are dismissed without prejudice;

PAN's counterclaims and defenses with regard to 8,677,494 (Counts XIII, XIV, XV, and XVII of Dkt. No. 116) are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 1, 2023

_____
Hon. James Donato
United States District Judge