Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
K. Nicole Williams (CA SBN 291900) / nwilliams@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tyler R. Train (CA SBN 318998) / train@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Susan E. Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607
*Additional counsel listed on signature page*

Attorneys for Plaintiff,
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　　Defendant. | Case No. 3:14-cv-04908-JD<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO RE-CALENDAR THE TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING FOR JANUARY 2, 2024 AND JANUARY 18, 2024, RESPECTIVELY**<br><br>Hon. James Donato<br>Ctrm: 11, 19th Floor |

1  Pursuant to Civil Local Rule 7-11, and for the reasons discussed below, Finjan respectfully requests that the Court reinstate the dates for the technology tutorial and claim construction hearing for January 2, 2024, and January 18, 2024, respectively.  As indicated in the stipulation filed herewith, PAN has stipulated to Finjan's request.

Finjan has received today's Order from the Court vacating the technology tutorial set for January 2, 2024, and the claim construction hearing set for January 18, 2024.  (DI 263)  The Order states that the dates were vacated because Finjan has not filed an opening claim construction brief, which was due at least six weeks prior to the hearing.

The Order is in error.  Finjan filed its opening claim construction brief on August 30, 2021. (DI 158).  PAN has also filed its responsive brief, Finjan has filed its reply brief, and the parties have filed all of the other required papers leading up to the technology tutorial and claim construction hearing.  Those documents include:

- DI 142 – Joint Claim Construction and Pre-Hearing Statement, filed on July 16, 2021.
- DI 158 – Finjan's Opening Claim Construction Brief, filed on August 30, 2021.
- DI 159 – PAN's Responsive Claim Construction Brief, filed on September 13, 2021.
- DI 163 – Finjan's Reply Claim Construction Brief, filed on September 20, 2021.
- DI 164 – Final Amended Joint Claim Construction and Pre-Hearing Statement, filed on September 20, 2021.
- DI 245 – Finjan's Written Technology Synopsis, filed on May 5, 2023.
- DI 246 – PAN's Written Technology Synopsis, filed on May 5, 2023.

The claim construction hearing in this case has previously been scheduled five times: October 13, 2021 (DI 106); April 11, 2023 (DI 194); June 1, 2023 (DI 228); September 7, 2023 (DI 247); and October 25, 2023 (DI 254).  For various reasons, each of those dates was vacated.  As a result, the date for trial in this case, which was filed nearly 10 years ago, has continued to be pushed out, as well.  And now the current date for the claim construction hearing—January 18, 2024 (DI 260)—has also been vacated due to the mistaken understanding that Finjan did not file its claim construction brief in a timely fashion.

Because all of the required claim construction briefing is complete, Finjan respectfully

requests that the Court reinstate the dates for the technology tutorial and claim construction hearing for January 2, 2024, and January 18, 2024, respectively.  This would allow the case to remain on track to be tried on the date currently set for trial, October 21, 2024.

Dated:  December 27, 2023

Respectfully Submitted,

*/s/ Roger A. Denning*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tyler R. Train (CA SBN 318998)
train@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

John M. Farrell (CA SBN 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070 / Fax: (650) 839-5071

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

| | |
|---|---|
| 1 | Susan E. Morrison (*Pro Hac Vice*) |
| 2 | morrison@fr.com |
| | FISH & RICHARDSON P.C. |
| 3 | 222 Delaware Ave., 17th Floor |
| | P.O. Box 1114 |
| 4 | Wilmington, DE  19801 |
| | Telephone: (302) 652-5070 / Fax: (302) 652-0607 |

*Attorneys for Plaintiff FINJAN LLC*