UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 3:14-cv-04908-JD<br><br>**ORDER OF RECUSAL** |

The Court recuses itself from all further proceedings in this matter, and requests that the Clerk reassign the case to another district judge.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: March 8, 2024

JAMES DONATO
United States District Judge