UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-04908-RS<br><br>**ORDER RE SUPPLEMENTAL CLAIMS CONSTRUCTION MATERIALS** |

At the Case Management Conference on April 4, 2024, the parties were asked if they wished to supplement their prior claims construction briefing, and they responded it was not necessary to do so. On April 17, 2024, defendant filed a motion for leave to submit supplemental claim construction authority.[1] Plaintiff opposes the motion and objects to consideration of the additional material offered, but argues that if it is allowed, then the Court should also consider certain additional material offered by plaintiff for full context.

No hearing will be held on defendant's motion for leave to submit supplemental authority. When the claims construction is fully considered, the Court will either take into account both sides' supplemental submissions, or neither, as may appear appropriate.

---

[1] The motion was noticed for May 23, 2024, but not set for hearing on the docket.

**IT IS SO ORDERED**.

Dated: May 2, 2024

_____
RICHARD SEEBORG
Chief United States District Judge