Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.om
Frank J. Albert (CA SBN 247741) / albert@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tyler R. Train (CA SBN 318998) / train@fr.com
Elliot N. Scher (CA SBN 343705) / scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Attorneys for Plaintiff,
FINJAN LLC

Daralyn J. Durie (CA SBN 169825)
DDurie@mofo.com
Timothy Chen Saulsbury (CA SBN 281434)
TSaulsbury@mofo.com
Matthew I. Kreeger (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Attorneys for Defendant,
PALO ALTO NETWORKS, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No. 3:14-cv-04908-RS<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT AND ORDER**<br><br>Hon. Richard Seeborg<br>Ctrm. 3, 17th Floor |

WHEREAS, following the Court's Claim Construction Order (Dkt. 290), Plaintiff Finjan LLC ("Finjan") and Defendant Palo Alto Networks, Inc. ("PAN") (Finjan and PAN together "the Parties") stipulate to PAN's non-infringement of all asserted claims of U.S. Patent No. 8,141,154 ("the '154 Patent");

WHEREAS, stipulating to PAN's non-infringement now will allow the Parties to forego further litigation in this Court as to the '154 Patent, while preserving Finjan's right to appeal the Court's Claim Construction Order as it relates to the '154 Patent (Dkt. 290);

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, as follows:

1. Finjan filed this patent litigation action against PAN on November 4, 2014 (Dkt. 1). Finjan filed its Amended Complaint on March 31, 2021 (Dkt. 112). PAN filed its First Amended Answer and Affirmative Defenses to Finjan's Amended Complaint on April 14, 2021 (Dkt. 116). Finjan has asserted that PAN infringes claims 1, 2, and 4 of the '154 Patent ("Finjan's '154 Patent Claims"). PAN has asserted various defenses and counterclaims relating to the '154 Patent including counterclaims seeking declaratory judgments that the claims of the '154 Patent are invalid, not infringed, and unenforceable ("PAN's '154 Patent Defenses and Counterclaims").

2. Finjan has also asserted that PAN infringes certain claims of U.S. Patent Nos. 7,418,731; 7,647,633; and 8,225,408, and PAN has asserted various defenses and counterclaims relating to these other claims ("Other Patent Claims").

3. The Parties disputed the construction of the terms "content processor" of claims 1 and 2 of the '154 Patent, and "content" of claims 1, 2, and 4 of the '154 Patent. On June 14, 2024, this Court construed those claim terms. (Claim Construction Order, Dkt. 290). The Court construed "content" to mean "data or information which has been modified and is received over a network." (*Id.* at 15.) The Court construed "content processor" to mean "a processor that processes modified content." (*Id.*)

4. The Parties stipulate that Finjan cannot prove that PAN infringes claims 1, 2, and 4 of the '154 Patent under the Court's constructions of "content processor" and "content" and that judgment of PAN's non-infringement of the '154 Patent be entered at such time that the Court

enters final judgment in this action, including final judgment on the Other Patent Claims.  For the sake of clarity, the Parties agree that Finjan cannot appeal the claim constructions for the '154 Patent, or any other issues relating to Finjan's '154 Patent Claims, until final judgment is entered in this action, including final judgment on the Other Patent Claims.

5. Finjan reserves all rights to reassert Finjan's '154 Patent Claims in the event the judgment of non-infringement is remanded to the Court after appeal.

6. PAN reserves all rights in its defenses and counterclaims.  PAN's '154 Patent Defenses and Counterclaims are dismissed without prejudice to the right to reassert them in the event the judgment of non-infringement is remanded to the Court after appeal.

Dated:  July 11, 2024                                   Respectfully Submitted,

/s/ Roger A. Denning
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tyler R. Train (CA SBN 318998)
train@fr.com
Elliot N. Scher (CA SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099


Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st floor
Atlanta, GA  30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Attorneys for Plaintiff FINJAN LLC*

Respectfully Submitted,

/s/ Timothy Chen Saulsbury
Daralyn J. Durie (CA SBN 169825)
DDurie@mofo.com
Timothy Chen Saulsbury (CA SBN 281434)
TSaulsbury@mofo.com
Matthew I. Kreeger (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000/Fax: (415) 268-7522

Michael J. DeStefano (*Pro Hac Vice*)
Mdestefano@mofo.com
Kyle W.K. Mooney (*Pro Hac Vice*)
KMooney@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000/Fax: (212) 468-7900

Rose S. Lee
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles CA 90017-3543
Phone: (213) 892-5200/Fax: (213) 892-5454


Attorneys for Defendant
PALO ALTO NETWORKS, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                         */s/ Roger A. Denning*
                                         Roger A. Denning

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/11/2024

_____
Hon. Richard Seeborg
United States Chief District Court Judge