UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>   Defendant. | Case No. 14-cv-04908-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Further Case Management Conference on July 25, 2024.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be filed no later than September 11, 2024. Any oppositions or responses are due October 2, 2024. Any reply briefs shall be filed by October 16, 2024. A hearing on any dispositive pretrial motion will be held on November 14, 2024. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

2. PRETRIAL CONFERENCE.

The dates preceding trial will be as follows:

 a. A joint pretrial statement shall be filed no later than April 28, 2025.

    b. Any motions in *limine* shall be filed by May 19, 2025.

    c. The parties shall exchange trial exhibits by May 19, 2025.

    d. Pre-marked exhibits shall be provided to the Court by May 23, 2025.

    e. Deposition designations shall be filed and served by May 23, 2025.

    f. The parties are to file and serve jury voir dire questions, proposed jury instructions, and proposed jury verdict forms by May 23, 2025.

    g. Trial briefs shall be filed by May 23, 2025.

    h. Oppositions to any motions in *limine* are due by May 26, 2025.

    i. A final pretrial conference will be held on **May 28, 2025 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

3. TRIAL DATE.

A jury trial shall commence on **June 9, 2025 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: July 25, 2024

_____
RICHARD SEEBORG
Chief United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 14-cv-04908-RS

2