```
1  DARALYN J. DURIE (CA SBN 169825)
   DDurie@mofo.com
2  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
3  MATTHEW I. KREEGER (CA SBN 153793)
   MKreeger@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000 / Fax: (415) 268-7522
6
7
   *Attorneys for Defendant,*
8  *PALO ALTO NETWORKS, INC.*

9  *Additional counsel on signature page*
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FINJAN LLC, | Case No.   3:14-CV-04908-RS |
|---|---|
| Plaintiff, | **DEFENDANT PALO ALTO NETWORKS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| PALO ALTO NETWORKS, INC., | |
| Defendant. | Courtroom: 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

In accordance with Civil Local Rules 7-11 and 79-5(f) and Section 14.4 of the Stipulated Protective Order (Dkt. No. 110), Defendant Palo Alto Networks, Inc. ("PAN") hereby submits this administrative motion to consider whether Plaintiff Finjan LLC's (Finjan) materials should be sealed.  The materials include portions of PAN's Renewed Motion to Strike Finjan's Infringement Contentions for the '408 and '731 Patents and to Dismiss these Patent Claims with Prejudice ("Motion") and exhibits hereto.  PAN asks the court to consider and identifies the following as containing information that has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" by Finjan

| **Document** | **Citation to Sealable Information** | **Designating Party** |
|---|---|---|
| Exhibit 8 to Declaration of Michael J. DeStefano in Support of Motion to Strike (Finjan's Amended Appendix F1 Infringement Chart for the '408 Patent) | Entire Document | Finjan |
| Exhibit 9 to Declaration of Michael J. DeStefano in Support of Motion to Strike (Redline of Finjan's Amended Appendix F1 Infringement Chart for the '408 Patent) | Entire Document | Finjan |
| Exhibit 10 to the Declaration of Michael J. DeStefano in support of PAN's Motion to Strike and Dismiss (Excerpts of the Deposition Transcript of Paul S. Min, Ph.D., taken March 17, 2023) | Entire Document | Finjan |
| Exhibit 11 to the Declaration of Michael J. DeStefano in support of PAN's Motion to Strike and Dismiss (Excerpts of the Opening Expert Report of Dr. Paul Min, signed on January 27, 2023) | Entire Document | Finjan |

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Exhibit 13 to Declaration of Michael J. DeStefano in Support of Motion to Strike (Finjan's Amended Appendix B1 Infringement Chart for the '731 Patent) | Entire Document | Finjan |
| Exhibit 14 to Declaration of Michael J. DeStefano in Support of Motion to Strike (Redline of Finjan's Amended Appendix B1 Infringement Chart for the '731 Patent) | Entire Document | Finjan |
| Exhibit 15 to Declaration of Michael J. DeStefano in Support of Motion to Strike (Excerpt of Expert Report of Markus Jakobsson, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of Patent Nos. 7,418,731 and 8,141,154) | Entire Document | Finjan |

| | | |
|---|---|---|
| 1 | Dated: September 11, 2024 | /s/ Kyle W.K. Mooney |
| 2 | | Daralyn J. Durie (CA SBN 169825) |
| | | DDurie@mofo.com |

Dated: September 11, 2024                    /s/ Kyle W.K. Mooney

Daralyn J. Durie (CA SBN 169825)
DDurie@mofo.com
Timothy Chen Saulsbury (CA SBN 281434)
TSaulsbury@mofo.com
Matthew I. Kreeger (CA SBN 153793)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Phone: (415) 268-7000
Fax: (415) 268-7522

Kyle W.K. Mooney (*Pro Hac Vice*)
KMooney@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Phone: (212) 468-8000
Fax: (212) 468-7900

Rose S. Lee
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles CA 90017-3543
Phone: (213) 892-5200
Fax: (213) 892-5454

*Attorneys for Defendant*
*PALO ALTO NETWORKS, INC.*