1  DARALYN J. DURIE (CA SBN 169825)
   DDurie@mofo.com
2  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
3  MATTHEW I. KREEGER (CA SBN 153793)
   MKreeger@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000 / Fax: (415) 268-7522
6
7  *Attorneys for Defendant,*
   *PALO ALTO NETWORKS, INC.*
8
9  *Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FINJAN LLC, | Case No.   3:14-CV-04908-RS |
|---|---|
| Plaintiff, | **DEFENDANT PALO ALTO NETWORKS INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| PALO ALTO NETWORKS, INC., | |
| Defendant. | Courtroom: 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

In accordance with Civil Local Rules 7-11 and 79-5(f) and Section 14.4 of the Stipulated Protective Order (Dkt. No. 110), Defendant Palo Alto Networks, Inc. ("PAN") hereby submits this administrative motion to consider whether Plaintiff Finjan LLC's (Finjan) materials should be sealed.  The materials include portions of PAN's Motion to Exclude Testimony of Drs. Angelos Keromytis and Robert Maness and exhibits hereto.  PAN asks the court to consider and identifies the following as containing information that has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" by Finjan.

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Palo Alto Networks' Motion to Exclude Testimony of Drs. Angelos Keromytis and Robert Maness | Blue Highlighted Portions | Finjan |
| Exhibit 1 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Expert Report of Angelos Keromytis, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of U.S. Patent No. 7,647,633) | Entire Document<br><br>(Yellow highlights reflect portions of document containing PAN confidential information.  PAN has concurrently submitted an administrative motion to seal those materials.) | Finjan<br><br>PAN (Yellow highlights) |
| Exhibit 2 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Corrected Appendix G to Expert Report of Angelos Keromytis, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of U.S. Patent No. 7,647,633) | Entire Document | Finjan |

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Exhibit 3 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Appendix H to Expert Report of Angelos Keromytis, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of U.S. Patent No. 7,647,633) | Entire Document | Finjan |
| Exhibit 4 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Expert Report of Markus Jakobsson, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of Patent Nos. 7,418,731 and 8,141,154) | Entire Document | Finjan |
| Exhibit 5 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Opening Expert Report of Dr. Paul Min) | Entire Document | Finjan |
| Exhibit 6 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Amended Expert Report of Robert S. Maness, Ph.D.) | Entire Document<br><br>Yellow highlights reflect portions of document containing PAN confidential information. PAN has concurrently submitted an administrative motion to seal those materials. | Finjan<br><br>PAN (Yellow highlights) |
| Exhibit 7 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Transcript of Deposition of Dr. Angelos Keromytis, taken on March 15-16, 2023) | Entire Document | Finjan |

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Exhibit 8 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Transcript of Deposition of Dr. Robert Maness, taken March 14, 2023) | Entire Document | Finjan |
| Exhibit 10 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Transcript of Deposition of Dr. Paul Min, taken March 16-17, 2023) | Entire Document | Finjan |
| Exhibit 11 to Declaration of Kyle W.K. Mooney in Support of Motion to Exclude (Excerpt of Transcript of Deposition of Philip Hartstein, taken on December 13-14, 2023. | Entire Document | Finjan |

| | | |
|---|---|---|
| 1 | Dated: September 11, 2024 | /s/ Kyle W.K. Mooney |
| 2 | | Daralyn J. Durie (CA SBN 169825) |
| | | DDurie@mofo.com |
| 3 | | Timothy Chen Saulsbury (CA SBN 281434) |
| | | TSaulsbury@mofo.com |
| 4 | | Matthew I. Kreeger (CA SBN 153793) |
| | | MKreeger@mofo.com |
| 5 | | MORRISON & FOERSTER LLP |
| 6 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 7 | | Phone: (415) 268-7000 |
| | | Fax: (415) 268-7522 |
| 8 | | |
| 9 | | Kyle W.K. Mooney (*Pro Hac Vice*) |
| | | KMooney@mofo.com |
| 10 | | Michael J. DeStefano (*Pro Hac Vice*) |
| | | Mdestefano@mofo.com |
| 11 | | MORRISON & FOERSTER LLP |
| 12 | | 250 West 55th Street |
| | | New York, New York 10019-9601 |
| 13 | | Phone: (212) 468-8000 |
| | | Fax: (212) 468-7900 |
| 14 | | |
| 15 | | Rose S. Lee |
| | | RoseLee@mofo.com |
| 16 | | MORRISON & FOERSTER LLP |
| | | 707 Wilshire Boulevard |
| 17 | | Los Angeles CA 90017-3543 |
| | | Phone: (213) 892-5200 |
| 18 | | Fax: (213) 892-5454 |
| 19 | | *Attorneys for Defendant* |
| 20 | | *PALO ALTO NETWORKS, INC.* |