1  DARALYN J. DURIE (CA SBN 169825)
   DDurie@mofo.com
2  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
3  MATTHEW I. KREEGER (CA SBN 153793)
4  MKreeger@mofo.com
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, California 94105-2482
6  Telephone: (415) 268-7000 / Fax: (415) 268-7522

7
   *Attorneys for Defendant,*
8  *PALO ALTO NETWORKS, INC.*

9  *Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>  Defendant. | Case No.   3:14-CV-04908-RS<br><br>**DEFENDANT PALO ALTO NETWORKS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Courtroom: 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

In accordance with Civil Local Rules 7-11 and 79-5(f) and Section 14.4 of the Stipulated Protective Order (Dkt. No. 110), Defendant Palo Alto Networks, Inc. ("PAN") hereby submits this administrative motion to consider whether Plaintiff Finjan LLC's (Finjan) materials should be sealed.  The materials include portions of PAN's Motion for Summary Judgment ("Motion") and exhibits hereto.  PAN asks the court to consider and identifies the following as containing information that has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" by Finjan:

| **Document** | **Citation to Sealable Information** | **Designating Party** |
|---|---|---|
| PAN's Motion for Summary Judgment | Blue and Yellow highlighted portions on pages 7-21 | Finjan |
| Exhibit 6 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of the deposition transcripts of Dr. Paul Min, taken on March 16 and 17, 2023) | Entire Document | Finjan |
| Exhibit 7 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Exhibit 38 from the Min deposition) | Entire Document | Finjan |
| Exhibit 8 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Exhibit 43 from the Min deposition) | Entire Document | Finjan |
| Exhibit 9 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of the Opening Expert Report of Dr. Paul Min) | Entire Document | Finjan |

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Exhibit 10 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Exhibit 37 from the Min Deposition) | Entire Document | Finjan |
| Exhibit 11 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of Expert Report of Angelos Keromytis, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of U.S. Patent No. 7,647,633) | Entire Document | Finjan |
| Exhibit 12 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Appendix D1 Infringement Chart for the '633 Patent) | Entire Document | Finjan |
| Exhibit 13 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of Transcripts of Deposition of Dr. Angelos Keromytis, taken March 16, 2023) | Entire Document | Finjan |
| Exhibit 14 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of Expert Report of Markus Jakobsson, Ph.D. Regarding Infringement by Palo Alto Networks, Inc. of Patent Nos. 7,418,731 and 8,141,154) | Entire Document | Finjan |

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Exhibit 17 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of Transcripts of Deposition of Dr. Markus Jakobsson, taken March 15, 2023) | Entire Document | Finjan |
| Exhibit 19 to Declaration of Michael J. DeStefano in Support of Motion for Summary Judgment (Excerpt of Finjan's Responses to PAN's First Set of Interrogatories (Nos.1-13)) | Entire Document | Finjan |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 11, 2024 | /s/ Kyle W.K. Mooney |
| 3 | | Daralyn J. Durie (CA SBN 169825) |
| | | DDurie@mofo.com |
| 4 | | Timothy Chen Saulsbury (CA SBN 281434) |
| | | TSaulsbury@mofo.com |
| 5 | | Matthew I. Kreeger (CA SBN 153793) |
| 6 | | MKreeger@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 7 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 8 | | Phone: (415) 268-7000 |
| 9 | | Fax: (415) 268-7522 |

Kyle W.K. Mooney (*Pro Hac Vice*)
KMooney@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Phone: (212) 468-8000
Fax: (212) 468-7900

Rose S. Lee
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles CA 90017-3543
Phone: (213) 892-5200
Fax: (213) 892-5454

*Attorneys for Defendant*
*PALO ALTO NETWORKS, INC.*