Juanita R. Brooks (CA SBN 75934) / brooks@fr.com
Roger A. Denning (CA SBN 228998) / denning@fr.com
Frank J. Albert (CA SBN 247741) / albert@fr.com
Jared A. Smith (CA SBN 306576) / jasmith@fr.com
Tyler R. Train (CA SBN 318998) / train@fr.com
Elliot N. Scher (CA SBN 343705) / scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Susan E. Morrison (*Pro Hac Vice*) / morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Additional counsel listed on signature page*

Attorneys for Plaintiff,
FINJAN LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 3:14-cv-04908-RS<br><br>**FINJAN LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER THIRD-PARTY CHECK POINT SOFTWARE TECHNOLOGIES, LTD.'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Richard Seeborg<br>Ctrm: 31, 17th Floor |

1    In accordance with Civil Local Rules 79-5(f), Plaintiff Finjan LLC ("Finjan") hereby
2   moves the Court to consider whether the following documents, which have been designated, or
3   rely on documents that have been designated, "HIGHLY CONFIDENTIAL – ATTORNEYS'
4   EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" by third-party Check Point
5   Software Technologies, LTD. pursuant to the Stipulated Order (Dkt. 110), should be filed under
6   seal: Exhibit 5 to Finjan's Motion For Partial Summary Judgment Of No Invalidity.

| | | |
|---|---|---|
| 1 | Dated: September 11, 2024 | */s/ Juanita R. Brooks* |
| 2 | | Juanita R. Brooks (CA SBN 75934) |
| | | brooks@fr.com |
| 3 | | Roger A. Denning (CA SBN 228998) |
| | | denning@fr.com |
| 4 | | Frank J. Albert (CA SBN 247741) |
| | | albert@fr.com |
| 5 | | Jared A. Smith (CA SBN 306576) |
| | | jasmith@fr.com |
| 6 | | Tyler R. Train (CA SBN 318998) |
| | | train@fr.com |
| 7 | | Elliot N. Scher (CA SBN 343705) |
| | | scher@fr.com |
| 8 | | FISH & RICHARDSON P.C. |
| | | 12860 El Camino Real, Ste. 400 |
| | | San Diego, CA 92130 |
| 9 | | Telephone: (858) 678-5070 / Fax: (858) 678-5099 |

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, 21st floor
Atlanta, GA 30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Attorneys for Plaintiff FINJAN LLC*