1  DARALYN J. DURIE (CA SBN 169825)
   DDurie@mofo.com
2  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
3  MATTHEW I. KREEGER (CA SBN 153793)
4  MKreeger@mofo.com
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, California 94105-2482
6  Telephone: (415) 268-7000 / Fax: (415) 268-7522

7  *Attorneys for Defendant,*
8  *PALO ALTO NETWORKS, INC.*

9  *Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No.   3:14-CV-04908-RS<br><br>**DEFENDANT PALO ALTO NETWORKS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Courtroom: 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

In accordance with Civil Local Rules 7-11 and 79-5(f) and Section 14.4 of the Stipulated Protective Order (Dkt. No. 110), Defendant Palo Alto Networks, Inc. ("PAN") hereby submits this administrative motion to consider whether third-party, Check Point Software Technologies, LTD. ("Check Point"), materials should be sealed. The materials include exhibits to PAN's Opposition to Finjan, LLC's ("Finjan") Motion for Partial Summary Judgment ("Opposition Motion"). PAN asks the court to consider and identifies the following as containing information that has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE" by Check Point:

| **Document** | **Citation to Sealable Information** | **Designating Party** |
|---|---|---|
| Exhibit 1 to Declaration of Michael DeStefano in Support of PAN's Opposition to Finjan's Motion for Partial Summary Judgment (Excerpt of Opening Expert Report of Dr. Aviel Rubin, dated January 27, 2023). | Entire Document | Check Point |
| Exhibit 3 to the DeStefano Declaration in Support of PAN's Opposition to Finjan's Motion for Partial Summary Judgment (Declaration of Tamir Zegman, dated December 23, 2022). | Entire Document | Check Point |

| | | |
|---|---|---|
| 1 | Dated: October 2, 2024 | /s/Kyle W.K. Mooney |
| 2 | | Daralyn J. Durie (CA SBN 169825) |
| | | DDurie@mofo.com |
| 3 | | Timothy Chen Saulsbury (CA SBN 281434) |
| | | TSaulsbury@mofo.com |
| 4 | | Matthew I. Kreeger (CA SBN 153793) |
| | | MKreeger@mofo.com |
| 5 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 6 | | San Francisco, California 94105-2482 |
| 7 | | Phone: (415) 268-7000 |
| | | Fax: (415) 268-7522 |

Kyle W.K. Mooney (*Pro Hac Vice*)
KMooney@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
Mdestefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Phone: (212) 468-8000
Fax: (212) 468-7900

Rose S. Lee
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles CA 90017-3543
Phone: (213) 892-5200
Fax: (213) 892-5454

*Attorneys for Defendant*
*PALO ALTO NETWORKS, INC.*