1  DARALYN J. DURIE (CA SBN 169825)
   DDurie@mofo.com
2  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
3  MATTHEW I. KREEGER (CA SBN 153793)
   MKreeger@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000 / Fax: (415) 268-7522
6
   KYLE W.K. MOONEY (*Pro Hac Vice*)
7  KMooney@mofo.com
   MICHAEL J. DESTEFANO (*Pro Hac Vice*)
8  MDeStefano@mofo.com
   MORRISON & FOERSTER LLP
9  250 West 55th Street
   New York, New York 10019-9601
10 Telephone: (212) 468-8000
   Facsimile: (212) 468-7900
11
   ROSE S. LEE (CA SBN 294658)
12 RoseLee@mofo.com
   MORRISON & FOERSTER LLP
13 707 Wilshire Boulevard, Suite 6000
   Los Angeles, California 90017-3543
14 Telephone: (213) 892-5200
   Facsimile: (213) 892-5454
15
   *Attorneys for Defendant,*
16 *PALO ALTO NETWORKS, INC.*

17

18 UNITED STATES DISTRICT COURT

19 NORTHERN DISTRICT OF CALIFORNIA

20

21 FINJAN LLC,                            Case No.  3:14-CV-04908-RS

22           Plaintiff,                   **DECLARATION OF MICHAEL J. DESTEFANO IN SUPPORT OF**
23     v.                                 **ADMINISTRATIVE MOTION TO CONSIDER WHETHER**
24 PALO ALTO NETWORKS, INC.,              **ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
25           Defendant.

26                                        Courtroom: 3, 17th Floor
                                          Judge: Honorable Richard Seeborg
27

28

I, MICHAEL J. DESTEFANO, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am submitting this declaration in support of Defendant Palo Alto Networks, Inc.'s ("PAN") Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. The materials include exhibits to PAN's Opposition to Finjan, LLC's ("Finjan") Motion for Partial Summary Judgment ("Opposition Motion").

2. I am an Associate at the law firm of Morrison & Foerster LLP. I am counsel for PAN in this litigation.

3. The documents listed below contain information that Check Point Software Technologies, LTD. ("Check Point") has designated as at least "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.

| Document | Citation to Sealable Information | Designating Party |
|---|---|---|
| Exhibit 1 to Declaration of Michael DeStefano in Support of PAN's Opposition to Finjan's Motion for Partial Summary Judgment (Excerpt of Opening Expert Report of Dr. Aviel Rubin, dated January 27, 2023). | Entire Document | Check Point |
| Exhibit 3 to the DeStefano Declaration in Support of PAN's Opposition to Finjan's Motion for Partial Summary Judgment (Declaration of Tamir Zegman, dated December 23, 2022). | Entire Document | Check Point |

4. Pursuant to Sections 2.16 and 14.4 of the Stipulated Protective Order (Dkt. No. 110), PAN is prohibited from publicly disclosing information that Check Point has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," absent written permission from Check Point or a court order.

5. PAN respects Check Point's designations of confidentiality and seeks to abide by its obligations to maintain confidentiality by filing this Administrative Motion to Consider Whether Another Party's Materials Should be Sealed pursuant to Local Rule 79-5. PAN takes no position on whether the information submitted under seal based on Check Point's designations meets the standard for sealing set forth in *Kamakana v. City & City of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). Check Point, as the designating party, bears the burden of establishing that these documents should be maintained under seal pursuant to Civil Local Rule 79-5(c).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October 2024, in Miami, Florida.

                                                 */s/Michael J. DeStefano*
                                                 Michael J. DeStefano

DeStefano Decl. ISO Admin. Mot. to Consider Sealing Another Party's Material
Case No. 3:14-CV-04908-RS

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Kyle W.K. Mooney, am the ECF User whose ID and password are being used to file this Declaration of Michael J. DeStefano in Support of Administrative Motion to Consider Whether Another Party's Materials Should be Sealed. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Michael J. DeStefano has concurred in this filing.

Dated:  October 2, 2024                              /s/Kyle W.K. Mooney
                                                                  Kyle W.K. Mooney

DeStefano Decl. ISO Admin. Mot. to Consider Sealing Another Party's Material
Case No. 3:14-CV-04908-RS

3