Juanita R. Brooks (CA SBN 75934)/
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tyler R. Train (CA SBN 318998)
train@fr.com
Elliot N. Scher (CA SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st floor
Atlanta, GA 30309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Tel: (302) 652-5070 / Fax: (302) 652-0607

Attorneys for Plaintiff
FINJAN LLC

Daralyn J. Durie (CA SBN 169825)
DDurie@mofo.com
Matthew I. Kreeger (CA SBN 153793)
MKreeger@mofo.com
Timothy Chen Saulsbury (CA SBN 281434)
TSaulsbury@mofo.com
John S. Douglass (CA SBN 322801)
JDouglass@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000 / Fax: (415) 268-7522

Kyle W.K. Mooney (*Pro Hac Vice*)
KMooney@mofo.com
Michael J. DeStefano (*Pro Hac Vice*)
MDeStefano@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel: (212) 468-8000 / Fax: (212) 468-7900

Rose S. Lee
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Tel: (213) 892-5200 / Fax: (213) 892-5454

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No.   3:14-CV-04908-RS<br><br>**JOINT PROPOSED ORDER ON SEALING**<br><br>Judge: Hon. Richard M. Seeborg<br>Ctrm: 3, 17th Floor |

Plaintiff Finjan LLC's ("Finjan") and Defendant Palo Alto Networks, Inc.'s ("PAN") have filed, pursuant to Civil Local Rules, administrative motions to seal (ECF Nos. 300, 303, 306, 320, 337, 341, 346, 363, 367), administrative motions to consider whether another party's material should be sealed (ECF Nos. 301, 304, 307, 311, 312, 313, 317, 321, 333, 334, 335, 339, 342, 347, 361, 364), and statements in support of the administrative motions to consider whether another party's material should be sealed (ECF Nos., 324, 325, 326, 329, 331, 352, 353, 354, 356, 370).

There is a basic principle that the public has a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978)).  There is, thus, a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  This presumption applies to records that relate to motions more than "tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016).  To overcome this presumption, a party generally must show "compelling reasons supported by specific factual findings" and that these reasons "outweigh the general history of access and the public policies favoring disclosure." *Kamakana*, 447 F.3d at 1178-79 (cleaned up).  For records to which this "compelling reasons" standard does not apply, the less-stringent "good cause" standard requires a particularized showing of the "specific prejudice or harm" that will result absent sealing. *Foltz*, 331 F.3d at 1130.

Upon consideration of the parties' motions to seal and statements in support of the administrative motions to consider whether another party's material should be sealed, the Court finds that the parties have shown compelling reasons warranting their requests.  The Court thus grants the parties' respective motions sets forth its reasons in the tables below:

## I.     Motions to Seal Related to PAN's Motion to Exclude Testimony of Drs. Angelos Keromytis and Robert Maness (ECF Nos. 303, 304, 326, 337, 361, 370)

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| Palo Alto Networks' | Blue highlighted | The blue highlighted | Finjan |

| **Document** | **Citation to Sealable Information** | **Reason for Sealing** | **Party Requesting Sealing** |
|---|---|---|---|
| Motion to Exclude Testimony of Drs. Angelos Keromytis and Robert Maness<br><br>(ECF No. 327.) | portions with pink borders | portions with pink borders reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl. ¶¶ 2-6, ECF No. 328.) | |
| Exhibit 1 to Declaration of Kyle W.K. Mooney in Support of PAN's Motion to Exclude Testimony of Angelos Keromytis and Robert Maness<br><br>(Excerpt of Expert Report of Dr. Angelos Keromytis, ECF No. 303-3) | Yellow highlighted portions | The yellow highlighted portions reflect highly confidential and commercially sensitive information concerning terms of PAN's agreements with third parties, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-6, ECF No. 303-1.) | PAN |
| Exhibit 6 to Declaration of Kyle W.K. Mooney in Support of PAN's Motion to Exclude Testimony of Angelos Keromytis and Robert Maness<br><br>(Amended Expert Report of Robert S. Maness, Ph.D., ECF Nos. 303-4, 327-1) | Yellow highlighted portions in ECF No. 303-4 and blue highlighted portions in ECF No. 327-1 | The yellow highlighted portions reflect highly confidential and commercially sensitive information concerning PAN's sales information and marketing strategy, as well as terms of PAN's agreements with third parties, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-6, ECF No. 303-1.)<br><br>The blue highlighted portions reflect | PAN (yellow highlighted portions)<br><br>Finjan (blue highlighted portions) |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | | confidential business and licensing information of Finjan and third parties. (*See* Train Decl. ¶¶ 2-6, ECF No. 328.) | |
| Exhibit 8 to Declaration of Kyle W.K. Mooney in Support of PAN's Motion to Exclude Testimony of Angelos Keromytis and Robert Maness<br><br>(Excerpt of Transcript of Deposition of Dr. Robert Maness, taken March 14, 2023, ECF No. 327-2) | Blue highlighted portions | The blue highlighted portions reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl. ¶¶ 2-6, ECF No. 328.) | Finjan |
| Exhibit 11 to Declaration of Kyle W.K. Mooney in Support of PAN's Motion to Exclude Testimony of Angelos Keromytis and Robert Maness<br><br>(Excerpt of Transcript of Deposition of Philip Hartstein, taken December 13, 2022, ECF No. 327-3) | Blue highlighted portions | The blue highlighted portions reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl. ¶¶ 2-6, ECF No. 328.) | Finjan |
| Opposition To Pan's Motion to Exclude Testimony of Drs. Angelos Keromytis and Robert Maness<br><br>(ECF No. 337-3) | Blue highlighted portions | The blue highlighted portions reflect confidential business and licensing information of Finjan and its licensees. | Finjan (blue highlighted portions) |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| PAN's Reply in Support of Its Motion to Exclude Testimony of Drs. Angelos Keromytis and Robert Maness<br><br>(ECF No. 370.) | Blue highlighted portions | The blue highlighted portions reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl., ECF No. 370-1.) | Finjan |

## II. Motions to Seal Related to PAN's Motion for Summary Judgment (ECF Nos. 306, 307, 325, 339, 356, 367)

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| Exhibit 4 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the Rebuttal Expert Report of Dr. Aviel Rubin, ECF No. 306-4) | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products and PAN-OS source code that runs PAN's NGFW products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 4, 6, ECF No. 306-1.) | PAN |
| Exhibit 5 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's | PAN |

| **Document** | **Citation to Sealable Information** | **Reason for Sealing** | **Party Requesting Sealing** |
|---|---|---|---|
| deposition transcript of Jesse Ralston, taken on October 17, 2022, ECF No. 306-5) | | competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 306-1.) | |
| Exhibit 6 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the deposition transcripts of Dr. Paul Min, taken on March 16 and 17, 2023, ECF No. 306-6) | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 306-1.) | PAN |
| Exhibit 7 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Exhibit 38 of Min Deposition, ECF No. 306-7) | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | | 6, ECF No. 306-1.) | |
| Exhibit 8 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Exhibit 43 of Min Deposition, ECF No. 306-8) | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 306-1.) | PAN |
| Exhibit 9 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the Opening Expert Report of Dr. Paul Min, ECF No. 306-9) | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3- | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | | 6, ECF No. 306-1.) | |
| Exhibit 11 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the Expert Report of Angelos Keromytis, Ph.D. regarding Infringement by Palo Alto Networks, Inc. of U.S. Patent No. 7,647,633, ECF No. 306-10) | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 306-1.) | PAN |
| Exhibit 12 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of Finjan's Amended Appendix D1 Infringement Chart for the '633 Patent, ECF No. 306-11) | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | | competitive standing and would compromise the security of computers and networks protected by PAN products.  (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 306-1.) | |
| Exhibit 14 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the Expert Report of Markus Jakobsson, Ph.D. regarding Infringement by Palo Alto Networks, Inc. of Patent Nos. 7,418,731 and 8,141,154, ECF No. 306-12) | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products.  (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 306-1.) | PAN |
| Exhibit 17 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the of the deposition transcripts | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| of Dr. Markus Jakobsson, taken March 15, 2023, ECF No. 306-13.) | | competitive standing and would compromise the security of computers and networks protected by PAN products.  (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 306-1.) | |
| Exhibit 18 to the Declaration of Michael J. DeStefano in support of PAN's Motion for Summary Judgment<br><br>(Excerpt of the deposition transcript of Wei Cao, taken October 20, 2022, ECF No. 306-14) | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products.  (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 306-1.) | PAN |
| Finjan's Opposition to PAN's Motion for Summary Judgment<br><br>(ECF No. 339-1) | Yellow highlighted portions at 2:18-24, 2:27-28, 3:9-11, 3:13-17, 6:24-28, 7:1-7, 7:12-15, 7:17-20, 7:27-28; 8:1-2; 8:12:6-11; 8:23:7- 10, 8:11-21, 19:15-18, 19:21-26, 20:3-6, 20:8-18, 20:22:6-14, 22:21-24 (the text in between "(e.g., security profile cache) is" and "(e.g., derived security profiles that include a list of computer | The yellow highlighted portions identified in this table reflect confidential details of the PAN-OS source code that runs PAN's NGFW and WildFire products and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | commands."), 22:26-28, 23:1-5. | compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 4, 6, ECF No. 356-1.) | |
| Exhibit A to the Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment<br><br>(Opening Expert Report of Paul Min, Ph.D, dated January 27, 2023, ECF No. 357). | Yellow highlighted portions. | The yellow identified in this table reflect confidential details of the PAN-OS source code that runs PAN's NGFW and WildFire products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW and WildFire products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 356-1.) | PAN |
| Exhibit B to the Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment<br><br>(Excerpt of deposition transcript | Yellow highlighted portions. | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| of Paul Min, Ph.D, taken on March 17, 2023, ECF No. 357-1) | | and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 356-1.) | |
| Exhibit C to the Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment <br><br> (Rebuttal Expert Report of Dr. Aviel D. Rubin, dated February 24, 2023, ECF No. 357-2). | Yellow highlighted portions. | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW and WildFire products and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 4, 6, ECF No. 356-1.) | PAN |
| Exhibit D to the Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment <br><br> (Opening Expert Report of Angelos Keromytis, Ph.D, dated January 27, 2023, | Yellow highlighted portions. | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW and WildFire products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW and WildFire products, and | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| ECF No. 357-3). | | technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 356-1.) | |
| Exhibit G to the Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment<br><br>(Opening Expert Report of Markus Jakobsson, Ph.D, dated January 27, 2023, ECF No. 357-4). | Yellow highlighted portions. | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW and WildFire products, pathnames and filenames of the PAN-OS source code that runs PAN's NGFW and WildFire products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 356-1.) | PAN |
| Exhibit H to the | Yellow highlighted | The yellow | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment<br><br>(PAN produced document bearing BATES number PAN_FIN00008333, ECF No. 357-5). | portions. | highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 356-1.) | |
| Exhibit I to the Declaration of Juanita R. Brooks in support of Finjan's Opposition to PAN's Motion for Summary Judgment<br><br>(PAN produced document bearing BATES number PAN_FIN00008325, ECF No. 357-6). | Yellow highlighted portions. | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3, 6, ECF No. 356-1.) | PAN |
| PAN's Reply brief in support of its Motion for Summary Judgment<br><br>(ECF No. 367-3) | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW and WildFire products, pathnames and filenames of the | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | | PAN-OS source code that runs PAN's NGFW and WildFire products, and technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (DeStefano Decl. ¶¶ 3-6, ECF No. 367-1.) | |
| Exhibit 23 to the Declaration of Michael J. DeStefano in support of PAN's Reply in Support of PAN's Motion for Summary Judgment<br><br>(PAN's Supplemental Objections and Responses to Finjan's Interrogatory Nos. 1, 2, 4, 6-13, 15-19, 21; and Objections and Responses to Finjan's Interrogatory No. 23, dated December 23, 2022, ECF No. 367-4) | Yellow highlighted portions. | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (DeStefano Decl. ¶¶ 3-6, ECF No. 367-1.) | PAN |

**III.    Motions to Seal Related to Finjan's Motion for Partial Summary Judgment (ECF Nos. 311, 312, 313, 329, 333, 334, 335, 352)**

Finjan's motion for partial summary judgment does not include or attach any confidential

Finjan or PAN information requiring sealing.  Finjan's motion includes and relies on materials originally designated as confidential by third-parties Trend Micro, Inc. ("Trend Micro") and Check Point Software Technologies, Ltd. ("Check Point"). Counsel for Check Point has confirmed such materials did not require sealing.  Counsel for Trend Micro has confirmed that only the materials discussed below require sealing, for the reasons discussed below and in the attached Declaration of Radhesh Devendran (Devendran Decl.).

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| Exhibit 4 to Finjan's Motion for Partial Summary Judgment<br><br>(Opening Expert Report of Aviel Rubin, ECF. No. 312-1) | Paragraph 68 | Specific technical details regarding Trend Micro InterScan Applet Trap product. *See* Ex. 1 (Devendran Decl.), ¶¶ 2-3. | Trend Micro |
| Exhibit 10 to Finjan's Motion for Partial Summary Judgment<br><br>(Trend Micro produced document bearing BATES number TFS00004347, ECF. No. 312-5) | Entire document | Specific technical details regarding Trend Micro InterScan Virus Wall product. *See* Ex. 1 (Devendran Decl.), ¶¶ 2-3. | Trend Micro |

**IV.    Motions to Seal Related to Finjan's Motion to Exclude Opinions of Dr. Aviel D. Rubin (ECF Nos. 317, 329, 346, 347, 353)**

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| Exhibit 4 to the Declaration of Juanita Brooks in support of Motion to Exclude Opinions of Dr. Aviel Rubin | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire | PAN |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| (ECF. No. 330) | | products, details of the PAN-OS source code that runs PAN's NGFW products, and pathnames and filenames of the PAN-OS source code that runs PAN's NGFW products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3-6, ECF No. 329-1.) | |
| Attachment A to the Declaration of Juanita Brooks in support of Motion to Exclude Opinions of Dr. Aviel Rubin<br><br>(ECF. No. 330-1) | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW products and pathnames and filenames of the PAN-OS source code that runs PAN's NGFW products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* DeStefano Decl. ¶¶ 3-5, ECF No. 329-1.) | PAN |
| Exhibit 2 to the | Yellow highlighted | The yellow | PAN |

| **Document** | **Citation to Sealable Information** | **Reason for Sealing** | **Party Requesting Sealing** |
|---|---|---|---|
| Declaration of Kyle W.K. Mooney in support of PAN's Opposition to Finjan's Motion to Exclude Certain Opinions of Dr. Aviel D. Rubin<br><br>(Opening Expert Report of Angelos Keromytis, dated January 27, 2023, ECF No. 346-3). | portions | highlighted portions reflect confidential technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* Mooney Decl. ¶¶ 3, 6, ECF No. 346-1.) | |
| Exhibit 3 to the Declaration of Kyle W.K. Mooney in support of PAN's Opposition to Finjan's Motion to Exclude Certain Opinions of Dr. Aviel D. Rubin<br><br>(Rebuttal Expert Report of Aviel Rubin dated February 24, 2023, ECF No. 346-4). | Yellow highlighted portions | The yellow highlighted portions reflect confidential details of the PAN-OS source code that runs PAN's NGFW products and specific technical details regarding PAN's NGFW and WildFire products, the disclosure of which would harm PAN's competitive standing and would compromise the security of computers and networks protected by PAN products. (*See* Mooney Decl. ¶¶ 3, 5, 6, ECF No. 346-1.) | |

**V.    Motions to Seal Related to Finjan's Motion to Exclude Opinions of Stephen E. Dell (ECF Nos. 320, 321, 331, 341, 342, 354, 363, 364)**

| **Document** | **Citation to Sealable Information** | **Reason for Sealing** | **Party Requesting Sealing** |
|---|---|---|---|
| Finjan's Motion to Exclude Opinions of Stephen E. Dell<br><br>(ECF No. 320-3.) | Blue highlighted portions at 3:27; 5:15-16; 6:1-4; 6:11-16; and yellow highlighted portions at 3:13-15. | The blue highlighted portions reflect confidential business and licensing information of Finjan and its licensees. (*See* Train Decl. ¶¶ 2-5, ECF No. 320-1.)<br><br>The yellow highlighted portions identified in this table reflect highly confidential and commercially sensitive information concerning terms of PAN's sales revenues, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-5, ECF No. 331-1.) | Finjan (blue highlighted portions)<br><br>PAN (yellow highlighted potions identified in this table) |
| Exhibit 1 to Declaration of Tyler R. Train in Support of Finjan LLC's Motion to Exclude Opinions of Stephen E. Dell<br><br>(Excerpts from Rebuttal Expert Report of Stephen E. Dell, ECF Nos. 320-4, 332) | *Blue highlighted portions in ECF No. 355-1; and yellow highlighted portions in ECF No. 332<br><br>*Finjan originally filed an excerpted version of Mr. Dell's report with its Motion to Exclude Opinions of Mr. Dell (ECF No. 320-4). PAN subsequently filed a larger excerpt of the same report with its Opposition to Finjan's Motion to | The blue highlighted portions of ECF No. 355-1 reflect confidential business and licensing information of Finjan and its licensees. (*See* Train Decl. ¶¶ 2-6, ECF No. 354-1.)<br><br>The yellow highlighted portions in ECF No. 332 reflect highly confidential and commercially sensitive information concerning PAN's sales revenues and terms of PAN's | Finjan:  Blue highlighted portions in ECF No. 355-1<br><br>PAN: Yellow highlighted portions in ECF No. 332. |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | Exclude (ECF No. 341-4). In response, Finjan narrowed its confidentiality designations and is relying upon those narrowed designations, which are reflected in ECF No. 355-1. | agreements with third parties, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-5, ECF No. 331-1.) | |
| Exhibit 2 to Declaration of Tyler R. Train in Support of Finjan LLC's Motion to Exclude Opinions of Stephen E. Dell<br><br>(Excerpts from Deposition Transcript of Stephen E. Dell, ECF No. 320-5) | Entire document | The excerpted pages of this document reflect confidential business and licensing information of Finjan and its licensees. (*See* Train Decl. ¶¶ 2-5, ECF No. 320-1.) | Finjan |
| Defendant Palo Alto Networks Inc.'s Opposition to Finjan, LLC's Motion to Exclude Certain Opinions of Stephen E. Dell<br><br>(ECF No. 341-3) | Yellow, green, and blue highlighted portions. | The yellow and green highlighted portions reflect highly confidential and commercially sensitive information concerning PAN's sales information, as well as terms of PAN's agreements with third parties, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-6, ECF No. 341-1.)<br><br>The blue and green highlighted reflect confidential business and licensing | PAN (yellow and green highlighted portions)<br><br>Finjan (blue and green highlighted portions) |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| | | information of Finjan and third parties. (*See* Train Decl., ECF No. 354-1.) | |
| Exhibit 1 to the Declaration of Kyle Mooney in Support of Palo Alto Networks, Inc.'s Opposition to Finjan, LLC's Motion to Exclude Certain Opinions of Stephen E. Dell<br><br>(Excerpt of Corrected Rebuttal Expert Report of Stephen E. Dell, CVA, ECF Nos. 341-4, 355-1) | Yellow highlighted portions in ECF No. 341-4 and blue highlighted portions in ECF No. 355-1. | The yellow highlighted portions reflect highly confidential and commercially sensitive information concerning PAN's sales information, as well as terms of PAN's agreements with third parties, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-6, ECF No. 341-1.)<br><br>The blue highlighted portions reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl., ECF No. 354-1.) | PAN (yellow highlighted portions of ECF No. 341-4)<br><br>Finjan (blue highlighted portions of ECF No. 355-1) |
| Exhibit 2 to the Declaration of Kyle Mooney in Support of Palo Alto Networks, Inc.'s Opposition to Finjan, LLC's Motion to Exclude Certain Opinions of Stephen E. Dell<br><br>(Excerpt of the transcript of the deposition of Robert | Blue highlighted portions. | The blue highlighted portions reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl. ECF No. 354-1.) | Finjan |

| Document | Citation to Sealable Information | Reason for Sealing | Party Requesting Sealing |
|---|---|---|---|
| Maness, taken March 14, 2023, ECF No. 355-2) | | | |
| Exhibit 3 to the Declaration of Kyle Mooney in Support of Palo Alto Networks, Inc.'s Opposition to Finjan, LLC's Motion to Exclude Certain Opinions of Stephen E. Dell<br><br>(Excerpt of Deposition Transcript of Paul S. Min, Taken on March 17, 2023, ECF No. 341-5) | Yellow highlighted portions | The yellow highlighted portions reflect confidential technical details regarding PAN's NGFW products, the disclosure of which would harm PAN's competitive standing. (*See* Mooney Decl. ¶¶ 3-6, ECF No. 341-1.) | PAN |
| Exhibit 4 to the Declaration of Kyle Mooney in Support of Palo Alto Networks, Inc.'s Opposition to Finjan, LLC's Motion to Exclude Certain Opinions of Stephen E. Dell<br>(Excerpt of the transcript of the deposition of Stephen Dell, taken March 10, 2023, ECF No. 355-3) | Blue highlighted portions | The blue highlighted portions reflect confidential business and licensing information of Finjan and third parties. (*See* Train Decl. ¶¶ 2-6, ECF No. 354-1.) | Finjan |
| Finjan's Reply in Support of its Motion to Exclude Opinions of Stephen E. Dell<br><br>(ECF No. 363-2) | Blue highlighted portions | The blue highlighted portions reflect confidential business and licensing information of Finjan and its licensees. (*See* Train Decl. ¶¶ 2-5, ECF No. 363-1.) | Finjan |

1    **IT IS SO ORDERED.**

2

3    Dated: _____, 2024

4                                          _____
                                          Honorable Richard Seeborg
5                                          United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28