United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No. 14-cv-04908-RS<br><br>**JUDGMENT** |

Pursuant to the order granting defendant's motion for summary judgment filed this date, judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated: March 21, 2025

_____
RICHARD SEEBORG
Chief United States District Judge