1  DARALYN J. DURIE (CA SBN 169825)
   DDurie@mofo.com
2  MATTHEW I. KREEGER (CA SBN 153793)
   MKreeger@mofo.com
3  TIMOTHY CHEN SAULSBURY (CA SBN 281434)
   TSaulsbury@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000 / Fax: (415) 268-7522
6
   *Attorneys for Defendant,*
7  *PALO ALTO NETWORKS, INC.*

8  *Additional counsel on signature page*

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  FINJAN LLC,                            Case No.   3:14-CV-04908-RS

15                  Plaintiff,             **PUBLIC RE-FILING IN RESPONSE
                                           TO JOINT ORDER ON SEALING
16       v.                                (DKT. 382)**

17  PALO ALTO NETWORKS, INC.,
                                           Judge:  Honorable Richard Seeborg
18                  Defendant.

In accordance with the Court's Joint Order on Sealing (Dkt. 382), the parties hereby submit public versions of the documents redacted consistent with the Court's rulings.

Dated: April 3, 2025                    Respectfully Submitted,

*/s/ Tyler R. Train*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tyler R. Train (CA SBN 318998)
train@fr.com
Elliot N. Scher (CA SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st floor
Atlanta, GA 30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Attorneys for Plaintiff*
*FINJAN LLC*

| | | |
|---|---|---|
| 1 | Dated:  April 3, 2025 | Respectfully Submitted, |
| 2 | | /s/ Kyle W.K. Mooney |
| 3 | | Daralyn J. Durie (CA SBN 169825) |
| | | DDurie@mofo.com |
| 4 | | Timothy Chen Saulsbury (CA SBN 281434) |
| | | TSaulsbury@mofo.com |
| 5 | | Matthew I. Kreeger (CA SBN 153793) |
| 6 | | MKreeger@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 7 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 8 | | Telephone: (415) 268-7000/Fax: (415) 268-7522 |
| 9 | | Michael J. DeStefano (*Pro Hac Vice*) |
| 10 | | Mdestefano@mofo.com |
| | | Kyle W.K. Mooney (*Pro Hac Vice*) |
| 11 | | KMooney@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 12 | | 250 West 55th Street |
| | | New York, New York 10019-9601 |
| 13 | | Telephone: (212) 468-8000/Fax: (212) 468-7900 |
| 14 | | *Attorneys for Defendant* |
| 15 | | PALO ALTO NETWORKS, INC. |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

/s/ Kyle W.K. Mooney
Kyle W.K. Mooney

PUBLIC RE-FILING IN RESPONSE TO JOINT ORDER ON SEALING (DKT. 382)
CASE NO. 3:14-CV-04908-RS

3