JUANITA R. BROOKS (CA SBN 75934) / brooks@fr.com
ROGER A. DENNING (CA SBN 228998 / denning@fr.com)
FRANK J. ALBERT (CA SBN 247741) / albert@fr.com
JARED A. SMITH (CA SBN 306576) / jasmith@fr.com
TYLER R. TRAIN (CA SBN 318998) / train@fr.com
ELLIOT N. SCHER (CA SBN 343705) / scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, California 92130
Telephone:   858.678.5070
Facsimile:   858.678.5099

Attorneys for Plaintiff
FINJAN LLC

DARALYN J. DURIE (CA SBN 169825)
DDurie@mofo.com
TIMOTHY CHEN SAULSBURY (CA SBN 281434)
TSaulsbury@mofo.com
MATTHEW I. KREEGER
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>        Defendant. | Case No. 3:14-cv-04908-RS<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT AND [PROPOSED] ORDER**<br><br>Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1  WHEREAS, on July 11, 2024, the Parties filed a Joint Stipulation for Entry of Final Judgement and Order ("'154 Patent Stipulation") providing, *inter alia*, that Finjan cannot prove PAN's infringement of asserted claims 1, 2 and 4 of U.S. Patent No. 8,141,154 ("'154 Patent") under the Court's constructions of "content processor" and "content" and that judgment of PAN's non-infringement of the '154 Patent "be entered at such time that the Court enters final judgment in this action" (Dkt. No. 291);

WHEREAS, on July 11, 2024, the Court "So Ordered" the '154 Patent Joint Stipulation ("'154 Patent Order") (Dkt. No. 292);

WHEREAS, on March 21, 2025, the Court issued an Order Granting Motion for Summary Judgment of Non-Infringement ("Summary Judgment Order") of U.S. Patent Nos. 8,225,408 ("'408 Patent"), 7,647,633 ("'633 Patent"), 7,418,731 ("'731 Patent"), and entered judgment in favor of Defendant Palo Alto Networks, Inc. ("PAN") and against Plaintiff Finjan LLC ("Finjan"; collectively, with PAN, the "Parties") (Dkt. Nos. 381, 383);

WHEREAS, at the time of the Summary Judgment Order, PAN had pending counterclaims seeking a declaration of invalidity of the '154 Patent, '408 Patent, '633 Patent, and '731 Patent ("PAN's Invalidity Counterclaims") (Dkt. No. 116);

WHEREAS, on April 21, 2025, Finjan filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit (Dkt. No. 388);[1] and

WHEREAS, the Parties desire to ensure that the record is clear that final judgment has been entered on all claims and counterclaims that were pending at the time of the Summary Judgment Order, including PAN's pending counterclaims, such that the Federal Circuit has jurisdiction under 28 U.S.C. § 1295(a)(1);[2]

---

[1] *See Gilda Indus., Inc. v. United States*, 511 F.3d 1348, 1350–51 (Fed. Cir. 2008) ("[W]here the deficiency in a notice of appeal, by reason of . . . reference to a non-appealable order, is clear to the district court, it may disregard the purported notice of appeal and proceed with the case, knowing that it has not been deprived of jurisdiction.") (quoting *Ruby v. Sec'y of U.S. Navy*, 365 F.2d 385, 389 (9th Cir.1966) (en banc)).

[2] *See, e.g.*, *Atlas IP, LLC v. Medtronic, Inc.*, 809 F.3d 599, 605 (Fed. Cir. 2015) ("[T]he district court's order dismissing all pending counterclaims without prejudice, after fully adjudicating some of the claims, is final, and we have jurisdiction here under § 1295(a)(1)." (internal citations omitted)); *see also ParkerVision, Inc. v. Qualcomm Inc.*, 116 F.4th 1345, 1354 (Fed. Cir. 2024) ("ParkerVision timely appealed. After briefing was completed and oral argument

1       IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of
the Court as follows:

1.      Pursuant to the '154 Patent Order and Summary Judgment Order, the Court has entered judgment of non-infringement in PAN's favor for the '154 Patent, '408 Patent, '633 Patent, and '731 Patent resolving Finjan's claims for infringement and PAN's counterclaims for a declaration of non-infringement of those patents.

2.      PAN's Invalidity Counterclaims shall be dismissed without prejudice with the right to reassert them in the event that the judgment of non-infringement of any of those patents is remanded to the Court after appeal.

3.      Finjan may file a notice of appeal in compliance with Federal Rule of Appellate procedure 4(a)(1)(A) within 30 days of entry of the order issued pursuant to this joint stipulation.

---

was heard . . . , we determined *sua sponte* that we lacked jurisdiction over the appeal because Qualcomm's counterclaims for invalidity remained unadjudicated and, consequently, there was no final judgment . . . . [W]e dismissed the appeal for lack of jurisdiction, subject to reinstatement . . . . [Thereafter, t]he district court entered a new judgment, which incorporated its prior order granting Qualcomm's summary judgment of non-infringement and its prior judgment in favor of Qualcomm and against ParkerVision, and also expressly dismissed without prejudice Qualcomm's counterclaims for invalidity and any remaining claims and counterclaims in the case. ParkerVision appealed from the [new] final judgment. We reinstated ParkerVision's initial appeal . . . and consolidated it with the new appeal.").

Dated: May 15, 2025

Respectfully Submitted,

By: */s/ Juanita R. Brooks*
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tyler R. Train (CA SBN 318998)
train@fr.com
Elliot N. Scher (CA SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 5099

Aamir Kazi (*Pro Hac Vice*)
kazi@fr.com
Lawrence Jarvis (*Pro Hac Vice*)
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Susan E. Morrison (*Pro Hac Vice*)
morrison@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Telephone: (302) 652-5070 / Fax: (302) 652-0607

*Attorneys for Plaintiff* FINJAN LLC

Respectfully Submitted,

By: */s/ Kyle W.K. Mooney*
   Daralyn J. Durie (CA SBN 169825)
   DDurie@mofo.com
   Timothy Chen Saulsbury (CA SBN 281434)
   TSaulsbury@mofo.com
   Matthew I. Kreeger (CA SBN 153793)
   MKreeger@mofo.com
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, CA  94105-2482
   Telephone: (415) 268-7000 / Fax: (415) 268-7522

   Michael J. DeStefano (*Pro Hac Vice*)
   Mdestefano@mofo.com
   Kyle W.K. Mooney (*Pro Hac Vice*)
   KMooney@mofo.com
   MORRISON & FOERSTER LLP
   250 West 55th Street
   New York, New York  10019-9601
   Telephone: (212) 468-8000 / Fax: (212) 468-7900

   Rose S. Lee
   RoseLee@mofo.com
   MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
   Los Angeles, CA  90017-3543
   Telephone: (213) 892-5200 / Fax: (213) 892-5454

   *Attorneys for Defendant*
   PALO ALTO NETWORKS, INC.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                       */s/ Juanita R. Brooks*
                                         Juanita R. Brooks

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Richard Seeborg
United States Chief District Court Judge